Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
    amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Linear Mold & Engineering, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Linear AMS** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-2121877** |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **12163 Globe Street**<br>**Livonia, MI 48150**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Wayne**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)   _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     9900

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2021**
                MM / DD / YYYY

X  **/s/ John Tenbusch**                                      **John Tenbusch**
   Signature of authorized representative of debtor            Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X  **/s/ Lynn M. Brimer**                           Date   **March 26, 2021**
   Signature of attorney for debtor                          MM / DD / YYYY

**Lynn M. Brimer P43291**
Printed name

**Strobl Sharp PLLC**
Firm name

**300 East Long Lake Road**
**Suite 200**
**Bloomfield Hills, MI 48304-2376**
Number, Street, City, State & ZIP Code

Contact phone    **(248) 540-2300**        Email address _____

**P43291 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2021**          X **/s/ John Tenbusch**
                                               Signature of individual signing on behalf of debtor

                                             **John Tenbusch**
                                               Printed name

                                             **Chief Executive Officer**
                                               Position or relationship to debtor

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...............................................................................................    $          0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................    $      1,565,224.60

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................................    $      1,565,224.60

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      1,117,945.02

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $          0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      2,031,200.32

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b        $      3,149,145.34

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 7 of 73

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Level One Bank** | **checking** | **5574** | $53,998.37 |
| 3.2. | **Level One Bank** | **Payroll account** | **5582** | $100.12 |
| 3.3. | **Level One Bank** | **Escrow Account** | **8732** | $122,702.77 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $176,801.26 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

■ Yes Fill in the information below.

| 11. | **Accounts receivable** |
|---|---|

| 11a. 90 days old or less: | **723,835.35** | - | **0.00** | = .... | **$723,835.35** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts Receivable** | | | | |

| 11b. Over 90 days old: | **393,362.99** | - | **0.00** | = .... | **$393,362.99** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts Receivable** | | | | |

| 12. | **Total of Part 3.** | | **$1,117,198.34** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture and equipment | **$0.00** | | **$14,500.00** |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 9 of 73

**43.**  **Total of Part 7.**                                                                    | $14,500.00 |

Add lines 39 through 42.  Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Machinery and Equipment** | $0.00 | Appraisal | $187,125.00 |
| 47.2.  **Vehicles** | $0.00 | | $9,800.00 |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**  **Aircraft and accessories** | | | |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Shop Equipment** | $0.00 | | $9,000.00 |
| **Material Handling Equipment** | $0.00 | | $19,800.00 |
| **Quality Control Equipment** | $0.00 | | $5,100.00 |
| **Miscellaneous equipment** | $0.00 | | $25,900.00 |

**51.**  **Total of Part 8.**                                                                   | $256,725.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

21-42617-mar   Doc 1   Filed 03/26/21   Entered 03/26/21 14:18:07   Page 10 of 73

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 11 of 73

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $176,801.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,117,198.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $256,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,565,224.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,565,224.60 |

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 12 of 73

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Level One Bank**<br>Creditor's Name<br>**Jacob Hachey**<br>**32991 Hamilton Court**<br>**Farmington, MI 48334**<br>Creditor's mailing address<br><br>**jhachey@levelonebank.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br><br>Describe the lien<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$967,945.02** | **$1,565,224.00** |
| **2.2** **Small Business Administration**<br>Creditor's Name<br>**SBA Disaster Loan Service Center**<br>**2 North 20th Street, Ste. 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br>**Kevin.Erskine@usdoj.gov**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**All assets**<br><br><br>Describe the lien<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$150,000.00** | **Unknown** |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,117,945.02 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Frances Belzer Wilson**<br>**DAwda, Mann, Mulcahy & Sadler, PLC**<br>**39533 Woodward Ave., Ste. 200**<br>**Bloomfield Hills, MI 48304-5103** | Line  2.1 | |
| **Kevin Erskine**<br>**211 W. Fort Street, Ste. 2100**<br>**Detroit, MI 48226-3220** | Line  2.2 | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Boers, Michael**<br>**302 W. Front Street**<br>**Grand Ledge, MI 48837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Burrows, Adam**<br>**30800 South Hill Road**<br>**New Hudson, MI 48165** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     26195     Best Case Bankruptcy

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 15 of 73

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Coats, John**<br>**1651 Lansing Road**<br>**Charlotte, MI 48813** | | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Dickerson, David**<br>**20409 Luckey Road**<br>**Pemberville, OH 43450** | | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Eitniear, Ike**<br>**564 Elm Street**<br>**Vermontville, MI 49096** | | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fanfair, Michael G.**<br>**2482 Burwood Court**<br>**Highland, MI 48357** | | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Gonzales, Josef** | Check all that apply. | | |
| | **765 3rd Avenue** | ☐ Contingent | | |
| | **Pontiac, MI 48340** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Haglund, Joseph** | Check all that apply. | | |
| | **33639 Beechnut Street** | ☐ Contingent | | |
| | **Westland, MI 48186** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Jones, Joshua** | Check all that apply. | | |
| | **1716 Lansing Road** | ☐ Contingent | | |
| | **Lot 20** | ☐ Unliquidated | | |
| | **Charlotte, MI 48813** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Kerekes, Steven C.** | Check all that apply. | | |
| | **350 Church Street** | ☐ Contingent | | |
| | **Apt. 5A** | ☐ Unliquidated | | |
| | **Olivet, MI 49076** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kleinfelt, Kenneth**<br>**43 Lake Ride Drive**<br>**Mason, MI 48854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kowalk, Douglas**<br>**824 W. Shepherd**<br>**Charlotte, MI 48813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Krawczyk, James**<br>**5370 E. Kinsle**<br>**Charlotte, MI 48813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Kunar, Craig A.**<br>**4429 Boydson Drive**<br>**Toledo, OH 43623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Landgraf, Manuela** | Check all that apply. | | |
| | **235 N. Cochran Avenue** | ☐ Contingent | | |
| | **Charlotte, MI 48813** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Lawrence, Debora** | Check all that apply. | | |
| | **228 Van Lieu Street** | ☐ Contingent | | |
| | **Charlotte, MI 48813** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **McFee, John** | Check all that apply. | | |
| | **113 Grant Avenue** | ☐ Contingent | | |
| | **Alma, MI 48801** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Mead, Jennifer** | Check all that apply. | | |
| | **235 1/2 N. Cochran Avenue** | ☐ Contingent | | |
| | **Charlotte, MI 48813** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 19, 2021** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Milligan, Christina**
**3773 Toles Road**
**Mason, MI 48854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Myers, David**
**17467 Cedarlake Circle**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Olivio, Sheila**
**1615 Oak Squire Lane**
**Howell, MI 48855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Peck, Trever R.**
**456 North Stine Road**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Penn, Hope**<br>**14196 Susanna Street**<br>**Livonia, MI 48154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Richardson, Cody**<br>**3716 W. Jolly Road**<br>**Apt. #8**<br>**Lansing, MI 48911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Rivera, Nelson**<br>**419 E. Lovett**<br>**Charlotte, MI 48813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Sinclair, Michael**<br>**416 E. Lovett**<br>**Charlotte, MI 48813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Skrip, Steven**
**223 Prairie Street**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Spicer, Robyn**
**715 Arrowhead**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tenbusch, Jack**
**49098 Veneto Drive**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tenbusch, John**
**49098 Veneto Drive**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 22 of 73

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Thompson, Tyler**
**618 Pearl Street**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 19, 2021** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Thuma, Jacqueline**
**414 Pearl Street**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 19, 2021** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tyler, Ryan**
**10021 Barnes Road**
**Eaton Rapids, MI 48827**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 19, 2021** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Young, Louis J.**
**34678 Pembroke**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 19, 2021** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 23 of 73

Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,515.00 |
|---|---|---|---|

**2K Tool**
**3025 Madison Avenue SE**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,021.12 |
|---|---|---|---|

**Absolute Machine Tools, Inc**
**7420 Industrial Parkway**
**Lorain, OH 44053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,193.84 |
|---|---|---|---|

**AIC Equipment & Controls, Inc.**
**37 Summit Street**
**Brighton, MI 48116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,283.10 |
|---|---|---|---|

**Air Technologies**
**160 84th St SW**
**Ste 1**
**Byron Center, MI 49315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,994.00 |
|---|---|---|---|

**Alro Steel Corporation**
**Dept 771478**
**PO Box 77000**
**Detroit, MI 48277-1478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,263.30 |
|---|---|---|---|

**Apac Paper & Packaging Corp.**
**4000 Enterprise Drive**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,750.00 |
|---|---|---|---|

**Arcam**
**Krokslatts Fabriker 27A**
**Se-431 37**
**Molbdal Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,245.00 |
|---|---|---|---|

**Birch Machinery Co**
**PO Box 15**
**Birch Run, MI 48415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**CBS Tool**
**51601 Oro Drive**
**Shelby Township, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 1, 2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,040.00 |
|---|---|---|---|

**Chase Plastics**
**6467 Waldon Center Drive**
**Clarkston, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,427.99 |
|---|---|---|---|

**City of Charlotte**
**111 E. Lawrence Ave**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292,849.16 |
|---|---|---|---|

**Clinton Aluminum & Stainless Steel Sales**
**6720 Van Buren**
**Clinton, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,519.95 |
|---|---|---|---|

**Consumers Energy**
**PO Box 30079**
**Lansing, MI 48937-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,510.00 |
|---|---|---|---|

**Creative Foam Corporation**
**300 N Alloy Dr**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 25 of 73

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,950.66 |
|---|---|---|---|
| | **Dassault Systemes** | ☐ Contingent | |
| | **175 Wyman Street** | ☐ Unliquidated | |
| | **Waltham, MA 02451-1223** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,224.78 |
|---|---|---|---|
| | **Dell Financial Services** | ☐ Contingent | |
| | **Payment Processing Center** | ☐ Unliquidated | |
| | **PO Box 5275** | ☐ Disputed | |
| | **Carol Stream, IL 60197-5275** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,100.00 |
|---|---|---|---|
| | **DRS Industries Inc.** | ☐ Contingent | |
| | **1067 Hamilton Dr. E** | ☐ Unliquidated | |
| | **Holland, OH 43528** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,880.27 |
|---|---|---|---|
| | **DTE Energy** | ☐ Contingent | |
| | **PO Box 2859** | ☐ Unliquidated | |
| | **Detroit, MI 48260-0001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,221.00 |
|---|---|---|---|
| | **Ellwood Specialty Steel** | ☐ Contingent | |
| | **499 Honeybee Lane** | ☐ Unliquidated | |
| | **New Castle, PA 16105** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,240.77 |
|---|---|---|---|
| | **EOS of North America Inc** | ☐ Contingent | |
| | **28970 Cabot Dr** | ☐ Unliquidated | |
| | **Novi, MI 48377-2978** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,299.00 |
|---|---|---|---|
| | **Frankenmuth Insurance** | ☐ Contingent | |
| | **One Mutual Ave** | ☐ Unliquidated | |
| | **Frankenmuth, MI 48787-0001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.45 |
|---|---|---|---|
| | **Fraza Forklifts**<br>**PO Box 77000**<br>**Detroit, MI 48277-1318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,669.21 |
|---|---|---|---|
| | **General Electric Company**<br>**Bank of America**<br>**PO Box 412271**<br>**Boston, MA 02241-2271** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,447.50 |
|---|---|---|---|
| | **Gerotech, Inc.**<br>**29220 Commerce Dr**<br>**Flat Rock, MI 48134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,335.00 |
|---|---|---|---|
| | **Grady Bell LLP**<br>**53 W Jackson Blvd**<br>**Suite 1250**<br>**Chicago, IL 60604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,168.48 |
|---|---|---|---|
| | **Graye Electrical Services, Inc**<br>**12257 Market St**<br>**Livonia, MI 48150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,593.55 |
|---|---|---|---|
| | **Guardian Environmental Services**<br>**34400 Glendale St**<br>**Livonia, MI 48150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,545.00 |
|---|---|---|---|
| | **H & M Machine Tool**<br>**3823 Seiss Ave**<br>**Toledo, OH 43612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$4,272.53** |

**3.29**   **Nonpriority creditor's name and mailing address**

**In Mold Solutions, LLC**
**7230 Cuesta Way Drive NE**
**Rockford, MI 49341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4,272.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.30**   **Nonpriority creditor's name and mailing address**

**Industrial Development & Holdings**
**32400 Telegraph Road, Ste. 202**
**Bingham Farms, MI 48025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$148,136.32**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.31**   **Nonpriority creditor's name and mailing address**

**Joelson Rosenberg**
**30665 Northwestern Hwy**
**Ste 200**
**Farmington, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$18,982.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Fees__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.32**   **Nonpriority creditor's name and mailing address**

**John Bay Electric, Inc.**
**317 Hall Street**
**Charlotte, MI 48813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,075.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.33**   **Nonpriority creditor's name and mailing address**

**Konica Minolta Business Solutions**
**Dept CH 19188**
**Palatine, IL 60055-9188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,106.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.34**   **Nonpriority creditor's name and mailing address**

**Legacy Industries**
**1925 Taylor Rd**
**Auburn Hills, MI 48326-1574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$48,145.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.35**   **Nonpriority creditor's name and mailing address**

**Level One Bank**
**Attn: Jacob Hachey**
**32991 Hamilton Court**
**Farmington, MI 48334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$554,133.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Paycheck Protection Progam Loan__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,657.46 |
|---|---|---|---|

**Mac Mold Base, Inc**
14921 32 Mile Rd
Romeo, MI 48065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.17 |
|---|---|---|---|

**Michael Sinclair**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,860.00 |
|---|---|---|---|

**Michigan Pallet, Inc**
PO Box 436
Clinton, MI 49236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,340.00 |
|---|---|---|---|

**Molders Services, Inc.**
1556 Telegraph Drive
Pontiac, MI 48340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,932.00 |
|---|---|---|---|

**Moldex 3D Northern America, Inc.**
27725 Stansbury Blvd
Ste 190
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,416.67 |
|---|---|---|---|

**MS Manufacturing, Inc**
44431 Reynolds Dr
Clinton Township, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,184.72 |
|---|---|---|---|

**Nexeo Solutions**
PO Box 74007392
Chicago, IL 60674-7392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 29 of 73

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,248.43 |
|---|---|---|---|
| | **NSF International Strategic Registration**<br>**Lockbox 771380**<br>**Detroit, MI 48277-1380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,997.98 |
|---|---|---|---|
| | **Paycor**<br>**4811 Montomery  Rd.**<br>**Cincinnati, OH 45212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.44 |
|---|---|---|---|
| | **Peoples Capital & Leasing**<br>**PO Box 5066**<br>**Hartford, CT 06102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,807.60 |
|---|---|---|---|
| | **Pirtek Westland**<br>**28540 Van Born Road**<br>**Westland, MI 48186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,741.25 |
|---|---|---|---|
| | **PJF Metrology North**<br>**4030 Cedar Commercial Dr NE**<br>**Cedar Springs, MI 49319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.00 |
|---|---|---|---|
| | **Planview Delaware LLC**<br>**12301 Research Boulevard**<br>**Building 5, Suite 101**<br>**Austin, TX 78759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,813.00 |
|---|---|---|---|
| | **Plastic Molding Development, Inc**<br>**42400 Yearego Dr**<br>**Sterling Heights, MI 48314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,312.92 |
|---|---|---|---|

**Precision Mold & Machining Services, Inc**
13143 E Nine Mile Rd
Warren, MI 48089

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,588.90 |
|---|---|---|---|

**Priority Health**
27777 Franklin Road
Southfield, MI 48034

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,662.50 |
|---|---|---|---|

**Quality Cavity, Inc**
47955 Anna Court
Wixom, MI 48393

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,730.00 |
|---|---|---|---|

**Rapid EDM, Inc**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Rapid Machining**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,730.03 |
|---|---|---|---|

**Reko Mold Division**
469 Silver Creek Industrial Dr
Lakeshore, ON
N8N 4W2

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.18 |
|---|---|---|---|

**Russ Simpson Company**
21906 Schoenherr Road
Warren, MI 48089

Date(s) debt was incurred  **12/5/2019**

Last 4 digits of account number  **5141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 31 of 73

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,357.98** |
|---|---|---|---|

**Safety-Kleen**
**PO Box 382066**
**Pittsburgh, PA 15250-8066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,468.21** |
|---|---|---|---|

**Sepro America**
**765 Commonwealth Drive, #104**
**Warrendale, PA 15086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,045.00** |
|---|---|---|---|

**Stampede Die & Engineering**
**1142 Electric Ave**
**Wayland, MI 49348**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,800.00** |
|---|---|---|---|

**Tenibac-Graphion, Inc**
**35155 Automation**
**Clinton Township, MI 48035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,738.00** |
|---|---|---|---|

**Tennessee Tool & Fixture**
**852 Interstate Drive**
**Manchester, TN 37355**

Date(s) debt was
incurred  **11/01/2018 and 11/29/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,080.00** |
|---|---|---|---|

**TNT EDM, Inc**
**47689 E Anchor Court**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,848.43** |
|---|---|---|---|

**US Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,910.00 |

**VAC-MET, Inc**
**7236 Murthum**
**Warren, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  <u>Trade debt</u>

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kevin Erskine**<br>**211 W. Fort Street, Ste. 2100**<br>**Detroit, MI 48226-3220** | Line   <u>3.35</u><br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,031,200.32 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 2,031,200.32 |

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 33 of 73

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Bank of the West** <br> **2527 Camino Ramon** <br> **MSN: NC-B07-3F-R** <br> **San Ramon, CA 94583** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **CIT Bank, N.A.** <br> **10201 Centurion Parkway N. #100** <br> **Jacksonville, FL 32256** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Complete Capital Services, Inc.** <br> **22811 Mack Avenue** <br> **Suite 203** <br> **Saint Clair Shores, MI 48080** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Complete Capital Services, Inc.** <br> **22811 Mack Avenue** <br> **Suite 203** <br> **Saint Clair Shores, MI 48080** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 34 of 73

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Eqipment Lease**<br><br><br>**Highland Capital Corporation**<br>**5 Center Avbenue**<br>**Little Falls, NJ 07424** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement**<br><br><br>**In-Mold Solutions LLC**<br>**14201 Thompson Drive**<br>**Lowell, MI 49331** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Order Package No.**<br>**S00307381 - Lease**<br>**Agreement**<br><br>**Konica Minolta**<br>**100 Williams Drive**<br>**Ramsey, NJ 07446** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Lease**<br><br><br>**Midland States Bank**<br>**7700 Bonhomme**<br>**Suite 300**<br>**Saint Louis, MO 63105** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Euipment Lease**<br><br><br>**Renaissance Capital Alliance**<br>**5440 Corporate Drive**<br>**Suite 275**<br>**Troy, MI 48098** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Equipment Lease**<br><br><br>**Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **John Tenbusch** | **49098 Veneto**<br>**Northville, MI 48167** | **Level One Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Young, Louis J.** | **34678 Pembroke**<br>**Livonia, MI 48152** | **Level One Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor name      **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,010,332.85** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$3,752,216.95** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$8,867,154.96** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 38 of 73

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHED | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    SEE ATTACHED | | $0.00 | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Meadoworks, LLC v. Linear Mold & Engineering, LLC 2019-CV-7896 | Contract | USDC Northern District of Illinois Everett McKinley Dirksen US Courthouse 219 South Dearborn Street Chicago, IL 60604 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Mac-Mold Base, Inc. v. Linear AMS, Inc. and Linear Mold & Engineering, LLC, d/b/a Linear AMS 19-3705-CB | Contract | Macomb County Circuit Court 40 N. Main Street Mount Clemens, MI 48043 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. Precision Mold & Machining Services Inc. v. Linear Mold & Engineering, LLC<br>21-002080-CB | Contract | Wayne County Circuit Court<br>2 Woodward Avenue<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Alro Steel Corporation v. Linear Mold & Engineering, LLC<br>21-002569-CB | Contract | Wayne County Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Reko Manufacturing Group, Inc. v. Linear Mold & Engineering, LLC d/b/a Linear AMS<br>19-013784-CB | Contract | Wayne County Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. Quality Cavity, Inc. v. Linear Mold & Engineering, LLC d/b/a Linear AMS<br>21-000214-CB | Contract | Wayne County Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. Arbitration between Unifirst Corporation v. Linear Mold & Engineering, LLC d/b/a Linear Mold & Enginering<br>01-20-0014-0975 | Contract - Award issued | American Arbitration Association<br>27777 Franklin Road<br>Suite 1150<br>Southfield, MI 48034 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Strobl Sharp PLLC** <br> **300 East Long Lake Road** <br> **Suite 200** <br> **Bloomfield Hills, MI 48304** | | **11/17/2020; 12/16/2020; 3/1/2021; 3/25,2021** | **$56,665.00** |
| **Email or website address** <br> **lbrimer@strobllaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **12926 Stark Road** <br> **Livonia, MI 48150** | **8/2017 - 10/2018** |
| 14.2. **34450 Industrial** <br> **Livonia, MI 48150** | **8/2017 - 07/2019** |
| 14.3. **34435 Glendale** <br> **Livonia, MI 48150** | **8/2017 - 10/2018** |

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 41 of 73

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Signature | 400 Parkland<br>Charlotte, MI 48813 | 125,000 lbs. HDPE Resin | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Diamabrush | 400 Parkland<br>Charlotte, MI 48813 | 1,200 lbs Nylon Resin | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Chippewa | 400 Parkland<br>Charlotte, MI 48813 | 12,000 lbs. resin | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Spartan | 12163 Globe Street<br>Livonia, MI 48150 | 15.000 lbs Aluminum<br>Materials | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 43 of 73

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **UHY Advisors**<br>**27725 Stansbury Blvd.**<br>**Ste. 210**<br>**Farmington, MI 48334** | **February 2019 - current** |
| 26a.2.  **Doeren Mayhew**<br>**305 West Big Beaver Road**<br>**Troy, MI 48084** | **January 2014 - February 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Doeren Mayhew**<br>**305 West Big Beaver Road**<br>**Troy, MI 48084** | **January 2014 - February 2019** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **UHY Advisors**<br>**27725 Stansbury Blvd.**<br>**Ste. 210**<br>**Farmington, MI 48334** | **February 2019 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Linear Acquisition, LLC** | **12163 Globe Street Livonia, MI 48150** | **Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **John Tenbusch** | **49098 Veneto Northville, MI 48167** | **Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Louis Young** | **34678 Penbroke Livonia, MI 48152** | **President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **SEE RESPONSE TO QUESTION NO. 4** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Linear Acquisition, LLC** | **EIN:  82-2121877** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| **Linear AMS, LLC 401(K) Plan** | **EIN:  16-1668925** |

**Part 14:  Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2021**

**/s/ John Tenbusch**                                              **John Tenbusch**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Creditor's Name | Date | Check No. | Amount |
|---|---|---|---|
| A to Z Cleaning & Supply LLC | 9/3/2020 | 90079 | $945.00 |
| A to Z Cleaning & Supply LLC | 11/5/2020 | 90242 | $735.00 |
| Abbott, Thomson, Mauldin, Parker & | 11/5/2020 | 90243 | $6,660.00 |
| Accuplace | 9/30/2020 | AmEx | $879.75 |
| ACF Global Logistics | 10/8/2020 | 90176 | $1,350.00 |
| ACF Global Logistics | 11/12/2020 | 90257 | $926.00 |
| Airgas USA, LLC | 9/3/2020 | 90080 | $531.81 |
| Airway Welding Co. | 9/3/2020 | 90081 | $78.00 |
| Ajax Heating & Air Conditioning Inc | 9/3/2020 | 90082 | $1,457.05 |
| Allegra | 11/12/2020 | 90258 | $55.00 |
| Allied Electronics, Inc. | 9/3/2020 | 90083 | $608.70 |
| ALRO Group | 9/3/2020 | 90084 | $11,755.12 |
| Alro Group | 9/17/2020 | 90117 | $3,015.87 |
| ALRO Group | 10/8/2020 | 90177 | $6,000.00 |
| ALRO Group | 10/15/2020 | 90196 | $10,000.00 |
| ALRO Group | 11/4/2020 | 90232 | $8,045.59 |
| ALRO Group | 11/5/2020 | 90244 | $16,000.00 |
| ALRO Group | 11/19/2020 | 90271 | $9,892.00 |
| American 1 Federal Credit Union | 9/3/2020 | 90085 | $28.00 |
| American 1 Federal Credit Union | 11/19/2020 | 90272 | $10.00 |
| American Express | 9/15/2020 | 11479 | $67.57 |
| American Express | 9/15/2020 | 11480 | $17,901.67 |
| American Express | 10/12/2020 | 11486 | $25,538.15 |
| American Express | 10/20/2020 | 11487 | $576.98 |
| American Express | 11/2/2020 | 11492 | $26,578.02 |
| American Express | 11/13/2020 | 11498 | $56,879.74 |
| American Express | 11/20/2020 | 11503 | $1,070.74 |
| A-OK Controls Engineering Co., Inc. | 11/6/2020 | 11497 | $100,000.00 |
| A-OK Controls Engineering Co., Inc. | 11/13/2020 | AmEx | $5,000.00 |
| A-OK Controls Engineering Co., Inc. | 11/20/2020 | AmEx | $10,000.00 |
| Applied Industrial | 9/3/2020 | 90110 | $500.00 |
| Applied Industrial | 9/11/2020 | 11475 | $6,129.33 |
| Applied Industrial | 10/1/2020 | 90164 | $1,000.00 |
| Applied Industrial | 10/8/2020 | 90178 | $48,564.23 |
| AT&T Mobility | 9/17/2020 | 90118 | $2,023.63 |
| AT&T Mobility | 10/8/2020 | 90179 | $2,024.59 |
| AT&T Mobility | 11/5/2020 | 90245 | $1,934.62 |
| Baker's Gas and Welding Supplies | 9/3/2020 | 90086 | $50.88 |
| Banner Life | 9/10/2020 | 90112 | $4,767.05 |
| Barnum, H.H. Co. | 9/3/2020 | 90087 | $1,160.82 |
| BEHCO-MRM | 9/17/2020 | 90119 | $1,000.00 |
| Blue Care Network | 11/4/2020 | 90233 | $69.76 |
| Blue Care Network | 11/19/2020 | 90273 | $36,311.19 |
| BP Business Solutions | 9/15/2020 | 11478 | $334.24 |
| BP Business Solutions | 10/1/2020 | 11482 | $356.85 |

| | | | |
|---|---|---|---|
| BP Business Solutions | 10/23/2020 | 11489 | $791.14 |
| BP Business Solutions | 11/6/2020 | 11494 | $428.68 |
| BP Business Solutions | 11/20/2020 | 11502 | $52.74 |
| Center Machine & Tool | 9/3/2020 | 90088 | $10,000.00 |
| Center Machine & Tool | 9/17/2020 | 90120 | $10,000.00 |
| Center Machine & Tool | 10/8/2020 | 90180 | $10,337.00 |
| City of Jackson, Treasurer | 9/17/2020 | 90121 | $3,066.48 |
| City of Jackson, Treasurer | 10/8/2020 | 90181 | $3,066.48 |
| City of Jackson, Treasurer | 11/19/2020 | 90274 | $3,066.50 |
| Classic Metal Finishing | 9/3/2020 | 90089 | $10,000.00 |
| Classic Metal Finishing | 10/15/2020 | 90197 | $10,275.00 |
| Clearwater Treatment Systems | 9/24/2020 | 90139 | $144.16 |
| Clearwater Treatment Systems | 10/29/2020 | 90222 | $72.08 |
| Clearwater Treatment Systems | 11/19/2020 | 90275 | $72.08 |
| Cleveland Black Oxide | 10/21/2020 | AmEx | $2,366.00 |
| Cognex Corporation | 11/19/2020 | 90276 | $5,687.64 |
| Comcast | 9/17/2020 | 90122 | $385.24 |
| Comcast | 10/29/2020 | 90223 | $385.57 |
| Comcast Cable | 10/8/2020 | 90182 | $177.88 |
| Comcast Cable | 11/5/2020 | 90246 | $279.58 |
| Comcast Cable | 11/19/2020 | 90291 | $385.57 |
| Comtronics | 10/15/2020 | 90198 | $390.00 |
| Condad Heat Treat | 9/3/2020 | 90090 | $299.00 |
| Condad Heat Treat | 10/15/2020 | 90199 | $601.50 |
| Condad Heat Treat | 11/12/2020 | 90259 | $665.00 |
| Condad Heat Treat | 11/30/2020 | 11504 | $606.50 |
| Consumers Energy | 9/10/2020 | 90113 | $6,951.15 |
| Consumers Energy | 9/17/2020 | 90123 | $87.82 |
| Consumers Energy | 10/8/2020 | 90183 | $27.31 |
| Consumers Energy | 11/4/2020 | 90234 | $201.39 |
| Consumers Energy | 11/5/2020 | 90247 | $3,330.22 |
| Consumers Energy | 11/19/2020 | 90277 | $1,202.13 |
| Country Club of Jackson | 9/17/2020 | 90124 | $881.11 |
| Country Club of Jackson | 10/15/2020 | 90200 | $658.84 |
| Country Club of Jackson | 11/12/2020 | 90260 | $642.91 |
| Craft Property Maintenance | 10/15/2020 | 90201 | $200.00 |
| Craft Property Maintenance | 11/19/2020 | 90278 | $350.00 |
| Crankshaft Machine Group | 9/3/2020 | 90091 | $431.95 |
| DePatie Fluid Power | 9/3/2020 | 90092 | $499.73 |
| Direct Office Buys | 9/17/2020 | 90125 | $256.69 |
| Direct Office Buys | 11/12/2020 | 90261 | $35.75 |
| DWH | 11/4/2020 | 90235 | $20,000.00 |
| DWH | 11/19/2020 | 90293 | $44,225.00 |
| Elite Machining LLC | 10/8/2020 | 90184 | $3,035.00 |
| Elite Machining LLC | 10/15/2020 | 90202 | $1,783.00 |
| Elite Machining LLC | 10/29/2020 | 90224 | $8,139.00 |
| Elite Machining LLC | 11/5/2020 | 90248 | $8,365.00 |

| | | | |
|---|---|---|---|
| Elite Machining LLC | 11/19/2020 | 90280 | $6,210.00 |
| Emmons Service, Inc. | 9/17/2020 | 90126 | $157.00 |
| Emmons Service, Inc. | 11/4/2020 | 90236 | $93.75 |
| Emmons Service, Inc. | 11/19/2020 | 90292 | $75.00 |
| Englewood Electric Supply Co. | 10/8/2020 | 90186 | $50,000.00 |
| Englewood Electric Supply Co. | 10/15/2020 | 90203 | $22,000.00 |
| Englewood Electric Supply Co. | 10/29/2020 | 90225 | $10,000.00 |
| Englewood Electric Supply Co. | 11/19/2020 | 90282 | $17,000.00 |
| Expert Crane, Inc | 9/3/2020 | 90093 | $500.00 |
| F & S Tool & Gauge Co. | 9/17/2020 | 90127 | $1,845.00 |
| F & S Tool & Gauge Co. | 11/4/2020 | 90237 | $415.00 |
| Fastenal Co. | 11/12/2020 | 90262 | $9.17 |
| First Bankcard | 9/8/2020 | 11476 | $5,619.55 |
| First Bankcard | 10/12/2020 | 11484 | $2,400.89 |
| First Bankcard | 11/5/2020 | 11491 | $2,321.18 |
| Four Star Wire & Cable, Inc. | 9/3/2020 | 90094 | $906.33 |
| Freeman | 11/12/2020 | 90263 | $6,274.90 |
| G.P. Reeves Inc. | 11/5/2020 | 11493 | $29,425.10 |
| G.P. Reeves Inc. | 11/18/2020 | AmEx | $50,344.70 |
| Geisler Co. | 9/3/2020 | 90095 | $750.00 |
| General Materials | 11/19/2020 | 90283 | $635.38 |
| GF Machining Solutions | 9/11/2020 | AmEx | $2,259.25 |
| Grainger | 9/3/2020 | 90096 | $43.73 |
| I.A.M. National Pension Fund | 9/17/2020 | 90128 | $6,878.25 |
| I.A.M. National Pension Fund | 10/15/2020 | 90204 | $4,041.40 |
| I.A.M. National Pension Fund | 11/12/2020 | 90264 | $4,620.26 |
| IAM Local & AW, District #60 | 9/17/2020 | 90129 | $1,193.98 |
| IAM Local & AW, District #60 | 11/19/2020 | 90284 | $1,193.96 |
| IAMW District Lodge 60 | 11/5/2020 | 90249 | $300.00 |
| IFM Efector, Inc. | 9/3/2020 | 90097 | $314.87 |
| Independent Engineering Lab | 11/5/2020 | 90250 | $1,600.00 |
| Ingun | 11/19/2020 | 90285 | $71.04 |
| Jackson Area Mfg Assoc | 10/8/2020 | 90187 | $626.80 |
| Jackson Glass Works | 11/5/2020 | 90251 | $240.00 |
| Jackson Plumbing Co. | 11/5/2020 | 90252 | $6.06 |
| Jackson Utility Billing | 9/17/2020 | 90130 | $207.40 |
| Jackson Utility Billing | 10/15/2020 | 90205 | $249.34 |
| Jackson Utility Billing | 11/19/2020 | 90286 | $262.00 |
| Kansas City Life Insurance | 9/17/2020 | 90131 | $4,067.18 |
| Kansas City Life Insurance | 11/19/2020 | 90287 | $4,486.14 |
| KDS Delivery, LLC | 9/3/2020 | 90098 | $223.00 |
| KDS Delivery, LLC | 10/8/2020 | 90188 | $316.50 |
| KDS Delivery, LLC | 11/5/2020 | 90253 | $577.00 |
| Keyence Corp. of America | 9/10/2020 | 90114 | $5,000.00 |
| Keyence Corp. of America | 9/24/2020 | 90140 | $5,000.00 |
| Keyence Corp. of America | 10/8/2020 | 90189 | $5,000.00 |
| Keyence Corp. of America | 10/29/2020 | 90227 | $5,000.00 |

| | | | |
|---|---|---|---|
| Keyence Corp. of America | 11/12/2020 | 90265 | $2,958.50 |
| L & A Automotive | 10/8/2020 | 90190 | $51.56 |
| L & A Automotive | 11/12/2020 | 90266 | $353.57 |
| Liberty Enviromentalist | 11/19/2020 | 90288 | $48.00 |
| Liberty Environmentalist | 9/3/2020 | 90099 | $21.00 |
| Liberty Environmentalist | 10/15/2020 | 90206 | $10.00 |
| Mazak Corporation | 10/8/2020 | 90191 | $1,732.09 |
| McMaster-Carr Supply Co. | 10/15/2020 | 90208 | $1,987.06 |
| McMaster-Carr Supply Co. | 10/27/2020 | AmEx | $268.44 |
| MDK Recycling LLC | 9/3/2020 | 90100 | $26.00 |
| MedExpress Urgent Care | 11/4/2020 | 90238 | $97.00 |
| Menard's Capital One Commercial | 9/24/2020 | 11481 | $19.13 |
| Menard's Capital One Commercial | 10/16/2020 | 11485 | $473.73 |
| Midbrook, LLC | 9/3/2020 | 90101 | $715.00 |
| Mid-Michigan Laser, LLC | 10/15/2020 | 90209 | $1,028.00 |
| MSC Industrial Supply Co. | 9/24/2020 | 90141 | $301.81 |
| MSC Industrial Supply Co. | 11/12/2020 | 90267 | $52.15 |
| Northwest Tool & Machine Inc. | 9/3/2020 | 90102 | $1,030.24 |
| Northwestern Mutual Life | 9/3/2020 | 90103 | $6,305.96 |
| Northwestern Mutual Life | 10/8/2020 | 90192 | $4,381.62 |
| Oetiker Inc. | 11/6/2020 | AmEx | $16,051.00 |
| Pahoa Express Inc | 11/5/2020 | 90254 | $750.00 |
| Penske Truck Leasing Co., L.P. | 9/17/2020 | 90132 | $913.05 |
| Penske Truck Leasing Co., L.P. | 11/4/2020 | 90239 | $465.30 |
| Penske Truck Leasing Co., L.P. | 11/12/2020 | 90268 | $448.56 |
| Penske Truck Leasing Co., L.P. | 11/30/2020 | 11506 | $465.30 |
| Perfect Fit Automation | 9/24/2020 | 90142 | $556.80 |
| Petty Cash | 9/24/2020 | 90143 | $842.22 |
| Plas-Tec Coatings, Inc. | 9/3/2020 | 90104 | $875.00 |
| Precise Engineering | 9/3/2020 | 90105 | $5,000.00 |
| Principal Life Insurance | 10/8/2020 | 90193 | $4,830.00 |
| Printer Source Plus | 11/19/2020 | 90289 | $127.15 |
| Promess Inc. | 11/12/2020 | 90269 | $79,519.40 |
| Quadient Finance USA, Inc. | 10/1/2020 | 11483 | $53.27 |
| Quadient Finance USA, Inc. | 11/9/2020 | 11496 | $500.00 |
| Rose Pest Solutions | 11/5/2020 | 90255 | $58.00 |
| S.Z.S. Fasteners, Inc. | 9/3/2020 | 90106 | $500.00 |
| Safety-Kleen | 9/10/2020 | 90115 | $1,246.89 |
| Strobl & Sharp | 9/10/2020 | 90116 | $7,079.00 |
| Strobl & Sharp | 9/17/2020 | 90133 | $18,187.00 |
| Strobl & Sharp | 10/29/2020 | 90228 | $16,801.60 |
| Strobl & Sharp | 11/4/2020 | 90240 | $20,000.00 |
| Svinicki Welding & Fab | 9/3/2020 | 90111 | $1,500.00 |
| Svinicki Welding & Fab | 9/17/2020 | 90134 | $3,000.00 |
| Svinicki Welding & Fab | 10/29/2020 | 90229 | $1,000.00 |
| Tech Nickel, Inc. | 9/3/2020 | 90107 | $183.50 |
| True Fabrication & Machine Inc. | 10/8/2020 | 90194 | $50,000.00 |

| | | | |
|---|---|---|---|
| UHY Advisors MI, Inc | 9/17/2020 | 90135 | $8,000.00 |
| United Parcel Service | 9/3/2020 | 90108 | $384.02 |
| United Parcel Service | 9/17/2020 | 90136 | $301.96 |
| United Parcel Service | 9/24/2020 | 90144 | $385.11 |
| United Parcel Service | 10/29/2020 | 90230 | $64.54 |
| United Parcel Service | 11/4/2020 | 90241 | $469.75 |
| United Parcel Service | 11/5/2020 | 90256 | $41.41 |
| United Parcel Service | 11/12/2020 | 90270 | $297.64 |
| United Parcel Service | 11/19/2020 | 90290 | $296.14 |
| United Way of Jackson County | 9/17/2020 | 90137 | $45.00 |
| United Way of Jackson County | 10/29/2020 | 90231 | $36.00 |
| UPS Freight | 10/15/2020 | 90210 | $40.74 |
| USF Holland Inc. | 9/17/2020 | 90138 | $338.89 |
| Valuation Advisors, LLC | 10/8/2020 | 90195 | $5,300.00 |
| Youngblood Automation | 9/3/2020 | 90109 | $1,000.00 |
| Youngblood Automation | 9/30/2020 | AmEx | $85.77 |

**Earnings Listing**
Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

**JOHN TENBUSCH**
REG

| Employee | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|
| Tenbusch, John | 03/20/2020 | 10.41 | 0.00 | 416.51 |
| | 03/27/2020 | 3.25 | 0.00 | 130.00 |
| | 04/03/2020 | 3.25 | 0.00 | 130.00 |
| | 04/10/2020 | 3.25 | 0.00 | 130.00 |
| | 04/17/2020 | 3.25 | 0.00 | 130.00 |
| | 04/17/2020 | 46.25 | 0.00 | 1,850.00 |
| | 04/24/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/01/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/01/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/01/2020 | 46.25 | 0.00 | -1,850.00 |
| | 05/08/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/15/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/22/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/29/2020 | 46.25 | 0.00 | 1,850.00 |
| | 06/05/2020 | 46.25 | 0.00 | 1,850.00 |
| | 06/12/2020 | 28.25 | 0.00 | 1,130.00 |
| | 06/19/2020 | 28.25 | 0.00 | 1,130.00 |
| | 06/26/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/03/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/10/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/17/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/24/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/31/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/07/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/14/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/21/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/28/2020 | 28.25 | 0.00 | 1,130.00 |
| | 09/04/2020 | 28.25 | 0.00 | 1,130.00 |
| | 09/11/2020 | 28.25 | 0.00 | 1,130.00 |
| | 09/18/2020 | 0.00 | 0.00 | 1,130.00 |
| | 09/25/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/02/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/09/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/16/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/23/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/30/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/06/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/13/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/20/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/27/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/04/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/11/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/18/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/24/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/31/2020 | 0.00 | 0.00 | 1,130.00 |
| | 01/08/2021 | 0.00 | 0.00 | 1,130.00 |
| | 01/15/2021 | 0.00 | 0.00 | 1,130.00 |

**Earnings Listing**
Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods: 03/09/2020 to 03/14/2021

Pag

| | | | |
|---|---|---|---|
| 01/22/2021 | 0.00 | 0.00 | 1,130.00 |
| 01/29/2021 | 0.00 | 0.00 | 1,130.00 |
| 02/05/2021 | 46.25 | 0.00 | 1,850.00 |
| 02/12/2021 | 46.25 | 0.00 | 1,850.00 |
| 02/19/2021 | 46.25 | 0.00 | 1,850.00 |
| 02/26/2021 | 46.25 | 0.00 | 1,850.00 |
| 03/05/2021 | 46.25 | 0.00 | 1,850.00 |
| 03/12/2021 | 46.25 | 0.00 | 1,850.00 |
| 03/19/2021 | 46.25 | 0.00 | 1,850.00 |
| | | 0.00 | 67,106.51 |

**REG Totals**

| | | 0.00 | 67,106.51 |
|---|---|---|---|

**Report Totals**

| Code | Description | Employees | Amount |
|---|---|---|---|
| HOLM | Holiday Memo | 1 | 0.00 |
| REG | Regular | 1 | 67,106.51 |
| **Totals** | | **1** | **67,106.51** |

**Earnings Listing**
Linear Mold & Engineering Inc  (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

## JACK TENBUSCH

### OT

| Employee | Location | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Tenbusch, Jack | 500 | 04/03/2020 | 24.00 | 1.25 | 30.00 |
| | 500 | 04/10/2020 | 24.00 | 1.50 | 36.00 |
| | 500 | 04/17/2020 | 24.00 | 0.25 | 6.00 |
| | Total for Tenbusch, Jack | | | 3.00 | 72.00 |
| **OT Totals** | | | | | |
| | | | | 3.00 | 72.00 |

### REG

| Employee | Location | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Tenbusch, Jack | 500 | 03/20/2020 | 16.00 | 14.75 | 236.00 |
| | 500 | 03/27/2020 | 16.00 | 35.25 | 564.00 |
| | 500 | 04/03/2020 | 16.00 | 40.00 | 640.00 |
| | 500 | 04/10/2020 | 16.00 | 40.00 | 640.00 |
| | 500 | 04/17/2020 | 16.00 | 40.00 | 640.00 |
| | 500 | 04/17/2020 | 25.00 | 0.00 | 1,000.00 |
| | 500 | 04/24/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/01/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/08/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/15/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/22/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/29/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 06/05/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 06/12/2020 | 0.00 | 38.25 | 0.00 |
| | 300 | 06/12/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 06/19/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 06/26/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/03/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/10/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/17/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/24/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/31/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/07/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/14/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/21/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/28/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/04/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/11/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/18/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/25/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/02/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/09/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/16/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/23/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/30/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 11/06/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 11/13/2020 | 19.23 | 0.00 | 769.23 |
| | 300 | 11/20/2020 | 19.23 | 0.00 | 769.23 |

**Earnings Listing**
Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

| | | | | |
|---|---|---|---|---|
| 300 | 11/27/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/04/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/11/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/18/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/24/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/31/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 01/08/2021 | 19.23 | 0.00 | 769.23 |
| 300 | 01/15/2021 | 19.23 | 0.00 | 769.23 |
| 300 | 01/22/2021 | 19.23 | 0.00 | 769.23 |
| 300 | 01/29/2021 | 0.00 | 0.00 | 230.77 |
| 300 | 01/29/2021 | 25.00 | 0.00 | 1,000.00 |
| 300 | 02/05/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 02/12/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 02/19/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 02/26/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 03/05/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 03/12/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 03/19/2021 | 0.00 | 0.00 | 1,000.00 |
| | Total for Tenbusch, Jack | | 208.25 | 46,412.30 |

**REG Totals**

| | | | | |
|---|---|---|---|---|
| | | | 208.25 | 46,412.30 |
| | | | 88.00 | 0.00 |

**Report Totals**

| Code | Description | Type | Employees | Amount |
|---|---|---|---|---|
| OT | Overtime | OT | 1 | 72.00 |
| REG | Regular | Reg | 1 | 46,412.30 |
| VAC | Vacation | Standard | 1 | 0.00 |
| **Totals** | | | **1** | **46,484.30** |

**Earnings Listing**
Linear Mold & Engineering Inc  (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

**LOUIS J. YOUNG**
**REG**                         **Regular**

| Employee | ID | SSN | Location | Chk Date | Rate | Hours | Amount |
|----------|-----|-----|----------|----------|------|-------|--------|
| Young, Louis J. | 15 | | 600 | 03/20/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 03/27/2020 | 24.04 | 0.00 | 961.54 |
| | 15 | | 600 | 04/03/2020 | 24.04 | 0.00 | 961.54 |
| | 15 | | 600 | 04/10/2020 | 24.04 | 0.00 | 961.54 |
| | 15 | | 600 | 04/17/2020 | 24.04 | 0.00 | 961.54 |
| | 15 | | 600 | 04/17/2020 | 24.04 | 0.00 | 961.54 |
| | 15 | | 600 | 04/24/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 05/01/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 05/08/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 05/15/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 05/22/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 05/29/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 06/05/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 06/12/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 06/19/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 06/26/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 07/03/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 07/10/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 07/17/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 07/24/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 07/31/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 08/07/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 08/14/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 08/21/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 08/28/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 09/04/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 09/11/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 09/18/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 09/25/2020 | 28.85 | 0.00 | 1,153.92 |
| | 15 | | 600 | 10/02/2020 | 28.85 | 0.00 | 1,153.92 |
| | 15 | | 600 | 10/09/2020 | 28.85 | 0.00 | 1,153.92 |
| | 15 | | 600 | 10/16/2020 | 28.85 | 0.00 | 1,153.92 |
| | 15 | | 600 | 10/23/2020 | 28.85 | 0.00 | 1,153.92 |
| | 15 | | 600 | 10/30/2020 | 28.85 | 0.00 | 1,153.92 |
| | 15 | | 600 | 11/06/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 11/13/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 11/20/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 11/27/2020 | 48.08 | 0.00 | 1,923.08 |
| | 15 | | 600 | 12/04/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 12/11/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 12/18/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 12/24/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 12/31/2020 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 01/08/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 01/15/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 01/22/2021 | 0.00 | 0.00 | 1,923.08 |

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 56 of 73

**Earnings Listing**
 Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

| | 15 | | 600 | 01/29/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 02/05/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 02/12/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 02/19/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 02/26/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 03/05/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 03/12/2021 | 0.00 | 0.00 | 1,923.08 |
| | 15 | | 600 | 03/19/2021 | 0.00 | 0.00 | 1,923.08 |
| | | | Total for Young, Louis J. | | | 0.00 | 94,423.66 |

**REG Totals**

| | | | | | | 0.00 | 94,423.66 |

**VAC**          Vacation

| Employee | ID | SSN | Location | | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| Young, Louis J. | 15 | | 600 | | 06/26/2020 | 48.08 | 40.00 | 1,923.08 |

**VAC Totals**

| | | | | | 40.00 | 1,923.08 |

**Report Totals**

| Code | Description | | Type | Employees | Amount |
|---|---|---|---|---|---|
| HOLM | Holiday Memo | | Memo | 1 | 0.00 |
| REG | Regular | | Reg | 1 | 94,423.66 |
| VAC | Vacation | | Standard | 1 | 1,923.08 |
| **Totals** | | | | **1** | **96,346.74** |

21-42617-mar    Doc 1    Filed 03/26/21    Entered 03/26/21 14:18:07    Page 57 of 73

# Linear AMS, LLC.
## Transaction List by Vendor
### March 26, 2020 through March 25, 2021

**EXPENSE REIMBURSEMENTS**

| | Type | Date | Credit | |
|---|---|---|---|---|
| **JACK TENBUSCH.** | | | | |
| | Bill Pmt -Check | 04/01/2020 | 51.62 | Mileage |
| | Bill Pmt -Check | 05/11/2020 | 84.78 | Shop Consumables |
| | Bill Pmt -Check | 06/19/2020 | 43.24 | Shop Consumables |
| | Bill Pmt -Check | 06/26/2020 | 125.28 | Phone |
| | Bill Pmt -Check | 08/14/2020 | 336.68 | Mileage, $30.44 Shop Consumables |
| | Bill Pmt -Check | 09/04/2020 | 282.66 | Phone, $220.60 Shipping |
| | Bill Pmt -Check | 09/25/2020 | 104.28 | Materials reimbursement |
| | Bill Pmt -Check | 10/09/2020 | 89.38 | Phone, $44.08 Materials |
| | Bill Pmt -Check | 10/29/2020 | 563.11 | Mieage, $411.73 Materials |
| | Bill Pmt -Check | 11/08/2020 | 692.33 | Materials reimbursement |
| | Bill Pmt -Check | 11/13/2020 | 201.53 | Shop Consumbles |
| | Bill Pmt -Check | 12/18/2020 | 465.38 | Shop Consumbles |
| | Bill Pmt -Check | 12/18/2020 | 1,210.70 | $641.3 Materials,$90.75 onsumables, $478.65 Materials |
| | Bill Pmt -Check | 12/23/2020 | 1,040.18 | Telephone, $841.15 Equipment repair, $77.81 Meals |
| | Bill Pmt -Check | 01/04/2021 | 771.93 | Materials reimbursement |
| | Bill Pmt -Check | 01/15/2021 | 102.67 | Reimbused phone expense |
| | Bill Pmt -Check | 01/28/2021 | 282.14 | Milage, phone, $80 materials |
| | Bill Pmt -Check | 02/05/2021 | 92.29 | Reimbused phone expense |
| | Bill Pmt -Check | 02/25/2021 | 265.29 | Shop Consumbles |
| **JOHN TENBUSCH.** | | | | |
| | Bill Pmt -Check | 05/29/2020 | 3,286.99 | Walnut Creek Membership |
| | Bill Pmt -Check | 09/04/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 10/02/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 11/03/2020 | 50.00 | Reimbused phone expense |
| | Check | 11/12/2020 | 7,500.00 | Payroll Advance |
| | Bill Pmt -Check | 12/04/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/04/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/28/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 03/02/2021 | 50.00 | Reimbused phone expense |
| **LOUIS YOUNG.** | | | | |
| | Bill Pmt -Check | 10/02/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 11/03/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 12/04/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/04/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/28/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 02/05/2021 | 189.23 | Reimbused phone expense |
| | Bill Pmt -Check | 03/02/2021 | 50.00 | Reimbused phone expense |

# United States Bankruptcy Court
## Eastern District of Michigan

| | | |
|---|---|---|
| In re | **Linear Mold & Engineering, LLC** | Case No. |
| | Debtor(s) | Chapter **11** |

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.  The undersigned is the attorney for the Debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    **[ ]**    **FLAT FEE**

    A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

    B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    _____

    C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

    **[ X ]**    **RETAINER**

    A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **0.00**

    B.    The undersigned shall bill against the retainer at an hourly rate of $ \_\_**395.00**\_\_. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.  $\_\_**1,738.00**\_\_ of the filing fee has been paid.

4.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    E.    Reaffirmations;

    F.    Redemptions;

    G.    Other:
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.  The source of payments to the undersigned was from:

    A.    \_\_**XX**\_\_    Debtor(s)' earnings, wages, compensation for services performed

    B.    _____    Other (describe, including the identity of payor) _____

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:  __**March 26, 2021**_____        **/s/ Lynn M. Brimer**_____
                                                        Attorney for the Debtor(s)
                                                        **Lynn M. Brimer**
                                                        **Strobl Sharp PLLC**
                                                        **300 East Long Lake Road**
                                                        **Suite 200**
                                                        **Bloomfield Hills, MI 48304-2376**
                                                        **(248) 540-2300**

                                                        **P43291 MI**

Agreed:  **/s/ John Tenbusch**_____        _____
         **John Tenbusch**
         Debtor                                          Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Linear Mold & Engineering, LLC**        Case No.    _____

                     Debtor(s)        Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 26, 2021**                 Signature   **/s/ John Tenbusch**

                                                          **John Tenbusch**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re   **Linear Mold & Engineering, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 26, 2021**

**/s/ John Tenbusch**

**John Tenbusch**/**Chief Executive Officer**
Signer/Title

2K Tool
3025 Madison Avenue SE
Grand Rapids, MI 49548


Absolute Machine Tools, Inc
7420 Industrial Parkway
Lorain, OH 44053


AIC Equipment & Controls, Inc.
37 Summit Street
Brighton, MI 48116


Air Technologies
160 84th St SW
Ste 1
Byron Center, MI 49315


Alro Steel Corporation
Dept 771478
PO Box 77000
Detroit, MI 48277-1478


Apac Paper & Packaging Corp.
4000 Enterprise Drive
Allen Park, MI 48101


Arcam
Krokslatts Fabriker 27A
Se-431 37
Molbdal Sweden


Bank of the West
2527 Camino Ramon
MSN: NC-B07-3F-R
San Ramon, CA 94583


Birch Machinery Co
PO Box 15
Birch Run, MI 48415


Boers, Michael
302 W. Front Street
Grand Ledge, MI 48837

Burrows, Adam
30800 South Hill Road
New Hudson, MI 48165


CBS Tool
51601 Oro Drive
Shelby Township, MI 48315


Chase Plastics
6467 Waldon Center Drive
Clarkston, MI 48346


CIT Bank, N.A.
10201 Centurion Parkway N. #100
Jacksonville, FL 32256


City of Charlotte
111 E. Lawrence Ave
Charlotte, MI 48813


Clinton Aluminum & Stainless Steel Sales
6720 Van Buren
Clinton, OH 44216


Coats, John
1651 Lansing Road
Charlotte, MI 48813


Complete Capital Services, Inc.
22811 Mack Avenue
Suite 203
Saint Clair Shores, MI 48080


Consumers Energy
PO Box 30079
Lansing, MI 48937-0001


Creative Foam Corporation
300 N Alloy Dr
Fenton, MI 48430


Dassault Systemes
175 Wyman Street
Waltham, MA 02451-1223

Dell Financial Services
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275


Dickerson, David
20409 Luckey Road
Pemberville, OH 43450


DRS Industries Inc.
1067 Hamilton Dr. E
Holland, OH 43528


DTE Energy
PO Box 2859
Detroit, MI 48260-0001


Eitniear, Ike
564 Elm Street
Vermontville, MI 49096


Ellwood Specialty Steel
499 Honeybee Lane
New Castle, PA 16105


EOS of North America Inc
28970 Cabot Dr
Novi, MI 48377-2978


Fanfair, Michael G.
2482 Burwood Court
Highland, MI 48357


Frances Belzer Wilson
DAwda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave., Ste. 200
Bloomfield Hills, MI 48304-5103


Frankenmuth Insurance
One Mutual Ave
Frankenmuth, MI 48787-0001


Fraza Forklifts
PO Box 77000
Detroit, MI 48277-1318

General Electric Company
Bank of America
PO Box 412271
Boston, MA 02241-2271


Gerotech, Inc.
29220 Commerce Dr
Flat Rock, MI 48134


Gonzales, Josef
765 3rd Avenue
Pontiac, MI 48340


Grady Bell LLP
53 W Jackson Blvd
Suite 1250
Chicago, IL 60604


Graye Electrical Services, Inc
12257 Market St
Livonia, MI 48150


Guardian Environmental Services
34400 Glendale St
Livonia, MI 48150


H & M Machine Tool
3823 Seiss Ave
Toledo, OH 43612


Haglund, Joseph
33639 Beechnut Street
Westland, MI 48186


Highland Capital Corporation
5 Center Avbenue
Little Falls, NJ 07424


In Mold Solutions, LLC
7230 Cuesta Way Drive NE
Rockford, MI 49341


In-Mold Solutions LLC
14201 Thompson Drive
Lowell, MI 49331

Industrial Development & Holdings
32400 Telegraph Road, Ste. 202
Bingham Farms, MI 48025


Joelson Rosenberg
30665 Northwestern Hwy
Ste 200
Farmington, MI 48334


John Bay Electric, Inc.
317 Hall Street
Charlotte, MI 48813


John Tenbusch
49098 Veneto
Northville, MI 48167


Jones, Joshua
1716 Lansing Road
Lot 20
Charlotte, MI 48813


Kerekes, Steven C.
350 Church Street
Apt. 5A
Olivet, MI 49076


Kevin Erskine
211 W. Fort Street, Ste. 2100
Detroit, MI 48226-3220


Kleinfelt, Kenneth
43 Lake Ride Drive
Mason, MI 48854


Konica Minolta
100 Williams Drive
Ramsey, NJ 07446


Konica Minolta Business Solutions
Dept CH 19188
Palatine, IL 60055-9188

Kowalk, Douglas
824 W. Shepherd
Charlotte, MI 48813


Krawczyk, James
5370 E. Kinsle
Charlotte, MI 48813


Kunar, Craig A.
4429 Boydson Drive
Toledo, OH 43623


Landgraf, Manuela
235 N. Cochran Avenue
Charlotte, MI 48813


Lawrence, Debora
228 Van Lieu Street
Charlotte, MI 48813


Legacy Industries
1925 Taylor Rd
Auburn Hills, MI 48326-1574


Level One Bank
Jacob Hachey
32991 Hamilton Court
Farmington, MI 48334


Level One Bank
Attn: Jacob Hachey
32991 Hamilton Court
Farmington, MI 48334


Mac Mold Base, Inc
14921 32 Mile Rd
Romeo, MI 48065


McFee, John
113 Grant Avenue
Alma, MI 48801


Mead, Jennifer
235 1/2 N. Cochran Avenue
Charlotte, MI 48813

Michael Sinclair


Michigan Pallet, Inc
PO Box 436
Clinton, MI 49236


Midland States Bank
7700 Bonhomme
Suite 300
Saint Louis, MO 63105


Milligan, Christina
3773 Toles Road
Mason, MI 48854


Molders Services, Inc.
1556 Telegraph Drive
Pontiac, MI 48340


Moldex 3D Northern America, Inc.
27725 Stansbury Blvd
Ste 190
Farmington, MI 48334


MS Manufacturing, Inc
44431 Reynolds Dr
Clinton Township, MI 48036


Myers, David
17467 Cedarlake Circle
Northville, MI 48168


Nexeo Solutions
PO Box 74007392
Chicago, IL 60674-7392


NSF International Strategic Registration
Lockbox 771380
Detroit, MI 48277-1380


Olivio, Sheila
1615 Oak Squire Lane
Howell, MI 48855

Paycor
4811 Montomery Rd.
Cincinnati, OH 45212


Peck, Trever R.
456 North Stine Road
Charlotte, MI 48813


Penn, Hope
14196 Susanna Street
Livonia, MI 48154


Peoples Capital & Leasing
PO Box 5066
Hartford, CT 06102


Pirtek Westland
28540 Van Born Road
Westland, MI 48186


PJF Metrology North
4030 Cedar Commercial Dr NE
Cedar Springs, MI 49319


Planview Delaware LLC
12301 Research Boulevard
Building 5, Suite 101
Austin, TX 78759


Plastic Molding Development, Inc
42400 Yearego Dr
Sterling Heights, MI 48314


Precision Mold & Machining Services, Inc
13143 E Nine Mile Rd
Warren, MI 48089


Priority Health
27777 Franklin Road
Southfield, MI 48034


Quality Cavity, Inc
47955 Anna Court
Wixom, MI 48393

Rapid EDM, Inc
11555 County Rd 42
Tecumseh, ON
N8N 2M1


Rapid Machining
11555 County Rd 42
Tecumseh, ON
N8N 2M1


Reko Mold Division
469 Silver Creek Industrial Dr
Lakeshore, ON
N8N 4W2


Renaissance Capital Alliance
5440 Corporate Drive
Suite 275
Troy, MI 48098


Richardson, Cody
3716 W. Jolly Road
Apt. #8
Lansing, MI 48911


Rivera, Nelson
419 E. Lovett
Charlotte, MI 48813


Russ Simpson Company
21906 Schoenherr Road
Warren, MI 48089


Safety-Kleen
PO Box 382066
Pittsburgh, PA 15250-8066


Sepro America
765 Commonwealth Drive, #104
Warrendale, PA 15086


Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830

Sinclair, Michael
416 E. Lovett
Charlotte, MI 48813


Skrip, Steven
223 Prairie Street
Charlotte, MI 48813


Small Business Administration
SBA Disaster Loan Service Center
2 North 20th Street, Ste. 320
Birmingham, AL 35203


Spicer, Robyn
715 Arrowhead
Charlotte, MI 48813


Stampede Die & Engineering
1142 Electric Ave
Wayland, MI 49348


Tenbusch, Jack
49098 Veneto Drive
Northville, MI 48167


Tenbusch, John
49098 Veneto Drive
Northville, MI 48167


Tenibac-Graphion, Inc
35155 Automation
Clinton Township, MI 48035


Tennessee Tool & Fixture
852 Interstate Drive
Manchester, TN 37355


Thompson, Tyler
618 Pearl Street
Charlotte, MI 48813


Thuma, Jacqueline
414 Pearl Street
Charlotte, MI 48813

TNT EDM, Inc
47689 E Anchor Court
Plymouth, MI 48170


Tyler, Ryan
10021 Barnes Road
Eaton Rapids, MI 48827


US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179


VAC-MET, Inc
7236 Murthum
Warren, MI 48092


Young, Louis J.
34678 Pembroke
Livonia, MI 48152