Fill in this information to identify the case:
Debtor name   **Linear Mold & Engineering, LLC**
United States Bankruptcy Court for the:   **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Absolute Machine Tools, Inc<br>7420 Industrial Parkway<br>Lorain, OH 44053 | linderrieden@absolutemachine.com | Trade debt | | | | $24,021.12 |
| Alro Steel Corporation<br>Dept 771478<br>PO Box 77000<br>Detroit, MI 48277-1478 | mtravis@alro.com | Trade debt | | | | $32,994.00 |
| Arcam<br>Krokslatts Fabriker 27A<br>Se-431 37<br>Molbdal Sweden | charlotte.ahlgren@GE.com | Trade debt | | | | $87,750.00 |
| City of Charlotte<br>111 E. Lawrence Ave<br>Charlotte, MI 48813 | | Property taxes | | | | $45,427.99 |
| Clinton Aluminum & Stainless Steel Sales<br>6720 Van Buren<br>Clinton, OH 44216 | gertle@clintalum.com | Trade debt | | | | $292,849.16 |
| Consumers Energy<br>PO Box 30079<br>Lansing, MI 48937-0001 | jason.milstone@cmsenergy.com | Trade debt | | | | $22,519.95 |
| Dassault Systemes<br>175 Wyman Street<br>Waltham, MA 02451-1223 | mark.johnson2@3ds.com | | | | | $47,950.66 |
| EOS of North America Inc<br>28970 Cabot Dr<br>Novi, MI 48377-2978 | maribel.gallo@eos-na.com | Trade debt | | | | $16,240.77 |

| Debtor | Linear Mold & Engineering, LLC | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grady Bell LLP**<br>53 W Jackson Blvd<br>Suite 1250<br>Chicago, IL 60604 | | **Trade debt** | | | | $16,335.00 |
| **Industrial Development & Holdings**<br>32400 Telegraph Road, Ste. 202<br>Bingham Farms, MI 48025 | **Sidney.katz@yahoo.com** | | **Disputed** | | | $148,136.32 |
| **Joelson Rosenberg**<br>30665 Northwestern Hwy<br>Ste 200<br>Farmington, MI 48334 | **jyert@jrlawplc.com** | **Legal Fees** | | | | $18,982.50 |
| **Legacy Industries**<br>1925 Taylor Rd<br>Auburn Hills, MI 48326-1574 | **smsal@legacy-ind.com** | **Trade debt** | | | | $48,145.00 |
| **Level One Bank**<br>Attn: Jacob Hachey<br>32991 Hamilton Court<br>Farmington, MI 48334 | **jhatchey@levelonebank.com** | **Paycheck Protection Progam Loan** | **Contingent** | | | $554,133.00 |
| **Mac Mold Base, Inc**<br>14921 32 Mile Rd<br>Romeo, MI 48065 | **accounting@macmold.com** | **Trade debt** | | | | $47,657.46 |
| **Nexeo Solutions**<br>PO Box 74007392<br>Chicago, IL 60674-7392 | **michael_l_taylor@nexeoplastics.com** | **Trade debt** | | | | $20,184.72 |
| **PJF Metrology North**<br>4030 Cedar Commercial Dr NE<br>Cedar Springs, MI 49319 | **rconner@pjfinc.com** | **Trade debt** | | | | $16,741.25 |
| **Plastic Molding Development, Inc**<br>42400 Yearego Dr<br>Sterling Heights, MI 48314 | **pmdjoy@aol.com** | **Trade debt** | | | | $24,813.00 |
| **Precision Mold & Machining Services, Inc**<br>13143 E Nine Mile Rd<br>Warren, MI 48089 | **jpatterson@percisionmold.com** | **Trade debt** | | | | $100,312.92 |
| **Quality Cavity, Inc**<br>47955 Anna Court<br>Wixom, MI 48393 | **garyburke@mich.com** | **Trade debt** | | | | $147,662.50 |

| Debtor | Linear Mold & Engineering, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stampede Die & Engineering<br>1142 Electric Ave<br>Wayland, MI 49348** | timmiller@stampedie.com | **Trade debt** | | | | **$76,045.00** |