# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Linear Mold & Engineering, LLC**                     Case No.
                                    Debtor(s)                  Chapter  **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: 
Address: 

**(For additional names, attach an addendum to this form)**

■  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **March 26, 2021**             **/s/ John Tenbusch**
                                      Signature of Authorized Individual
                                      For Corporation Debtor


                                      **John Tenbusch**
                                      Print Name


                                      **Chief Executive Officer**
                                      Title