# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

Case No. 21-42617

Chapter 11

Hon. Mark A. Randon

Debtor.

---

## BALANCE SHEET
## AS OF FEBRUARY 28, 2021
### For Small Business Debtor

Dated: March 26, 2021

Respectfully Submitted,
**STROBL SHARP PLLC**

By: /s/ Lynn M. Brimer
Lynn M. Brimer (P43291)
Pamela S. Ritter (P47886)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; (248) 645-2690
lbrimer@stroblpc.com
pritter@stroblpc.com
*Proposed Counsel for the Debtor and Debtor in Possession*

# Linear AMS, LLC.
## Balance Sheet
### As of February 28, 2021

|  | Feb 28, 21 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       10000 · LEVELONE OPERATIONS 5574 | -8,122.68 |
|       10001 · LEVELONE PAYROLL 5582 | 9.08 |
|       10002 · LEVELONE ESCROW 8732 | 286,954.46 |
|     **Total Checking/Savings** | 278,840.86 |
|     **Accounts Receivable** | |
|       10100 · ACCOUNTS RECEIVABLE TRADE | 1,160,703.10 |
|     **Total Accounts Receivable** | 1,160,703.10 |
|     **Other Current Assets** | |
|       Account for Credit Transfer | 0.45 |
|       10105 · A/R - ERC Credit | 241,200.16 |
|       10300 · PREPAID EXPENSES | 55,897.00 |
|       **10380 · INVENTORY ASSETS** | |
|         10410 · RAW MATERIAL INVENTORY | 186,255.10 |
|         10420 · WIP INVENTORY | 24,375.45 |
|         10430 · FG INVENTORY | 113,738.35 |
|       **Total 10380 · INVENTORY ASSETS** | 324,368.90 |
|       10600 · DEPOSITS | 50,750.00 |
|       12001 · *Undeposited Funds | 3,978.00 |
|     **Total Other Current Assets** | 676,194.51 |
|   **Total Current Assets** | 2,115,738.47 |
|   **Fixed Assets** | |
|     11030 · OFFICEFURNITUREFIXTURES | 47,445.89 |
|     11040 · MACHINERYEQUIPMENT | 3,394,491.43 |
|     11050 · VEHICLES | 41,500.00 |
|     11060 · COMPUTER EQUIPMENT SOFTWARE | 68,158.54 |
|     11070 · COMPUTER EQUIPMENT HARDWARE | 69,848.12 |
|     11230 · ACC DEP OFFICE FURNITURE | -21,583.90 |
|     11240 · ACC DEP MACHINERY EQUIPMENT | -969,233.76 |
|     11250 · ACC DEP VEHICLES | -21,738.12 |
|     11260 · ACC DEP COMPUTER EQUIPMENT | -30,859.39 |
|     11280 · ACC DEP COMPUTER SOFTWARE | -22,178.52 |
|   **Total Fixed Assets** | 2,555,850.29 |
|   **Other Assets** | |
|     15000 · Interco-Linear Realty, LLC | 124,062.39 |
|   **Total Other Assets** | 124,062.39 |
| **TOTAL ASSETS** | **4,795,651.15** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20000 · ACCOUNTS PAYABLE | 842,460.74 |
|         20020 · ACCOUNTS PAYABLE 2 | 740,047.75 |
|       **Total Accounts Payable** | 1,582,508.49 |
|       **Credit Cards** | |
|         20095 · Credit Card - SO | 12,382.25 |
|       **Total Credit Cards** | 12,382.25 |

# Linear AMS, LLC.
## Balance Sheet
### As of February 28, 2021

|  | Feb 28, 21 |
|---|---:|
| **Other Current Liabilities** |  |
| 20090 · CREDIT CARD PAYABLE | 21,382.99 |
| 20100 · ACCRUED EXPENSES | 20,000.00 |
| 20110 · ACCRUED WAGES | 44,700.00 |
| 20210 · CUSTOMER DEPOSITS | 82,297.50 |
| 20450 · ACCRUED INT EX-JT LOAN #2 | 154,165.00 |
| 20460 · ACCRUED IN EX-LY LOAN | 11,066.35 |
| 20500 · LT LEVEL1 BANK - LOC | 1,266,795.65 |
| **Total Other Current Liabilities** | 1,600,407.49 |
| **Total Current Liabilities** | 3,195,298.23 |
| **Long Term Liabilities** |  |
| 20510 · LT SBA PPP Loan | 554,132.50 |
| 20515 · SBA EIDL LOAN | 150,000.00 |
| 20550 · LT NP- COMPLETE CAPITAL | 87,435.31 |
| 20570 · NP- MIDLAND CAPITAL | 256,124.96 |
| 20571 · NP- COMPLETE CAPITAL2(US BANK) | 251,174.54 |
| 20580 · NP- JTENBUSCH | 35,000.00 |
| 20581 · NP- JTENBUSCH #2 | 1,191,696.24 |
| 20590 · NP- LYOUNG | 100,000.00 |
| 20600 · NP - HIGHLAND CAPITAL | 231,089.99 |
| 20610 · NP- SIEMANS FINANCIAL | 351,644.41 |
| 20620 · NP- COMPLETE CAPITAL(BANK/WEST) | 262,372.64 |
| 20630 · NP- CIT BANK | 71,439.13 |
| **Total Long Term Liabilities** | 3,542,109.72 |
| **Total Liabilities** | 6,737,407.95 |
| **Equity** |  |
| 30010 · PAID IN CAPITAL - JT | 2,593,175.00 |
| 30020 · PAID IN CAPITAL - LY | 100,000.00 |
| 32001 · *Retained Earnings | -4,476,549.24 |
| Net Income | -158,382.56 |
| **Total Equity** | -1,941,756.80 |
| **TOTAL LIABILITIES & EQUITY** | 4,795,651.15 |