UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 21-42617-mar

**Linear Mold & Engineering, LLC,**   Subchapter V Chapter 11

  Debtor.   Hon. Mark A. Randon

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Mark H. Shapiro**
**Steinberg, Shapiro & Clark**
**25925 Telegraph Rd., Ste. 203**
**Southfield, MI 48033**
**(248) 352-4700**
**shapiro@steinbergshapiro.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By:  /s/ Jill M. Gies
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-7913
Jill.Gies@usdoj.gov
[P56345]

Date: March 27, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 21-42617-mar

**Linear Mold & Engineering, LLC,**  Subchapter V Chapter 11

Debtor.  Hon. Mark A. Randon

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of Mark H. Shapiro rick as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $350.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Respectfully submitted,

By: /s/Mark H. Shapiro
Steinberg, Shapiro & Clark
25925 Telegraph Rd., Ste. 203
Southfield, MI 48033
(248)-352-4700
shapiro@steinbergshaprio.com

Date: March 26, 2021