UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

    Debtor.

Case No. 21-42617

Chapter 11

Hon. Mark A. Randon

---

COVER SHEET
For Small Business Debtor

STATEMENT OF OPERATIONS

Dated: March 28, 2021

Respectfully Submitted,
**STROBL SHARP PLLC**

By: /s/ Lynn M. Brimer
Lynn M. Brimer (P43291)
Pamela S. Ritter (P47886)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; (248) 645-2690
lbrimer@stroblpc.com
pritter@stroblpc.com
*Proposed Counsel for the Debtor and Debtor in Possession*

T:\DOCS\85030\010\PLDG\SB732838.DOCX

# Linear AMS, LLC.
## Profit & Loss
### February 2021

|  | Feb 21 | Jan - Feb 21 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 40051 · REVENUE AMP | 10,579.91 | 22,842.96 |
| 40052 · REVENUE AMM | 8,462.55 | 62,587.77 |
| 40053 · REVENUE PIM | 115,200.23 | 499,137.72 |
| 40054 · REVENUE TIM | 64,375.00 | 121,243.00 |
| 40062 · REVENUE AMMT | 5,915.46 | 5,915.46 |
| **Total Income** | **204,533.15** | **711,726.91** |
| **Cost of Goods Sold** | | |
| 50000 · COST OF GOOD SOLD | | |
| 50091 · COS AMP | 3,885.64 | 6,033.00 |
| 50092 · COS AMM | 2,507.01 | 18,339.81 |
| 50093 · COS PIM | 22,111.70 | 90,013.28 |
| 50094 · COS TIM | 25,837.49 | 29,391.35 |
| 59000 · JOB COST LABOR | 0.00 | 0.00 |
| 50000 · COST OF GOOD SOLD - Other | 0.00 | 0.00 |
| **Total 50000 · COST OF GOOD SOLD** | **54,341.84** | **143,777.44** |
| 60001 · WAGES AMP | 2,719.32 | 4,953.60 |
| 60003 · WAGES PIM | 62,756.78 | 116,978.39 |
| 60004 · WAGES TIM | 0.00 | 0.00 |
| 60005 · WAGES OPS OH | 21,495.36 | 37,676.88 |
| 60011 · OT WAGES AMP | 0.00 | 0.00 |
| 60013 · OT WAGES PIM | 4,144.34 | 9,949.75 |
| 60015 · OT WAGES OPS OH | 37.50 | 37.50 |
| 60021 · VAC WAGES AMP | 735.36 | 1,065.60 |
| 60023 · VAC WAGES PIM | 0.00 | 120.00 |
| 60025 · VAC WAGES OPS OH | 160.00 | 160.00 |
| 61011 · SHOP CONSUMABLES AMP | 1,200.00 | 1,303.66 |
| 61012 · SHOP CONSUMABLES AMM | 0.00 | 75.51 |
| 61013 · SHOP CONSUMABLES PIM | 4,580.51 | 10,135.85 |
| 61029 · RENT CH | 29,604.17 | 59,208.34 |
| 61030 · RENT GB | | |
|     61037 · RENT RECEIVED - GB | 0.00 | 0.00 |
|     61030 · RENT GB - Other | 22,000.00 | 44,000.00 |
| **Total 61030 · RENT GB** | **22,000.00** | **44,000.00** |
| 61032 · LEASE EQU SOFTWARE AMM | 1,006.09 | 2,012.18 |
| 61035 · LEASE EQU SOFTWARE OPS OH | 1,353.33 | 2,706.66 |
| 61053 · EQU REPAIR MAINT PIM | 440.00 | 6,270.05 |
| 61095 · AUTO OPS OH | 413.35 | 413.35 |
| 61105 · COMPUTER EQUIP HARDWARE OPS OH | 1,430.67 | 2,907.21 |
| 61152 · OUTSIDE SERVICES AMM | 0.00 | 1,980.00 |
| 61153 · OUTSIDE SERVICES PIM | 13,058.25 | 26,395.25 |
| 61154 · OUTSIDE SERVICE TIM | 17,552.50 | 52,465.60 |
| 61265 · FREIGHT OUTBOUND OPS OH | 7,136.55 | 14,083.20 |
| 61285 · TRAVEL TRANS OPS OH | 2,206.42 | 3,073.47 |
| 64950 · BLD MAINT GB | 1,333.55 | 1,465.31 |
| 64955 · BLD MAINT CH | 825.00 | 1,692.00 |
| 67000 · ELECTRICITY GB | 1,155.39 | -1,651.58 |
| 67001 · ELECTRICITY CH | 19,882.45 | 40,671.18 |
| 67020 · WATER GB | 0.00 | 203.24 |
| 67100 · NATURAL GAS GB | 637.94 | 1,277.07 |
| 67105 · NATURAL GAS CH | 0.00 | 3,200.00 |
| 67120 · PROP TAX GB | 4,395.85 | 5,772.53 |
| 67121 · PROP TAX CH | 7,241.82 | 14,483.64 |
| 69001 · DEP AMP | 15,216.20 | 30,432.40 |
| 69002 · DEP AMM | 4,750.58 | 9,501.16 |
| 69003 · DEP PIM | 11,238.77 | 22,477.54 |
| 69005 · DEP OPS OH | 1,612.03 | 3,224.06 |
| 81004 · FICA ER COS | 6,676.34 | 12,348.38 |
| 81024 · UNEMPLOYMENT INSURANCE ER COS | 6,087.02 | 12,918.56 |
| 81055 · MEDICAL INS EX COS | 7,112.94 | 6,568.53 |

# Linear AMS, LLC.
## Profit & Loss
### February 2021

|  | Feb 21 | Jan - Feb 21 |
|---|---:|---:|
| 81056 · MEDICAL INS EX EE COS | 0.00 | 0.00 |
| 81083 · WORKERS COMP | 459.00 | 918.00 |
| **Total COGS** | **336,997.22** | **707,251.51** |
| **Gross Profit** | **-132,464.07** | **4,475.40** |
| Expense |  |  |
| 60006 · WAGES SGA | 43,792.32 | 77,356.56 |
| 60026 · VAC WAGES SGA | 0.00 | 0.00 |
| 60042 · AGENCY PAYROLL EXPENSEGA | 3,429.02 | 4,037.48 |
| 61010 · OFFICE SUPPLIES | 2,855.63 | 3,048.04 |
| 61036 · LEASE EQU SOFTWARE SGA | 620.10 | 800.13 |
| 61096 · AUTO SGA | 3,988.18 | 6,479.62 |
| 61106 · COMPUTER EQUIP HARDWARE SGA | 15.00 | 30.00 |
| 61116 · MEMBERSHIPS SGA | 2,447.00 | 4,458.50 |
| 61136 · COMMUNICATIONS SGA | 1,640.17 | 3,855.20 |
| 61146 · CONSULTING SGA | 2,700.00 | 5,925.00 |
| 61147 · PROFESSIONAL FEES |  |  |
|     61149 · LEGAL | 5,610.00 | 16,633.50 |
|     61147 · PROFESSIONAL FEES - Other | 16,335.00 | 19,095.00 |
| **Total 61147 · PROFESSIONAL FEES** | **21,945.00** | **35,728.50** |
| 61155 · OUTSIDE SERVICE SGA | 2,650.00 | 5,150.00 |
| 61170 · BUSINESS MEALS ENTERTAINMENT | 0.00 | 37.69 |
| 61186 · COMMISSIONS SGA | 4,882.50 | 12,965.00 |
| 61206 · BANK CHARGES FEES SGA | 1,588.14 | 2,902.74 |
| 61207 · LATE FEES | 19,943.29 | 19,943.29 |
| 61210 · LICENSES & PERMITS | 0.00 | 75.00 |
| 61230 · POSTAGE EXPENSE | 110.00 | 110.00 |
| 61286 · TRAVEL TRANS SGA | 1,265.76 | 1,758.60 |
| 61316 · TRAVEL MEALS SGA | 67.09 | 67.09 |
| 69004 · DEP TIM | 89.27 | 178.54 |
| 81003 · FICA ER ADM | 4,267.46 | 6,572.30 |
| 81023 · UNEMPLOYMENT INSURANCE ER ADM | 1,391.42 | 4,064.69 |
| 81053 · MEDICAL INS EX ADM | 5,527.49 | 6,031.74 |
| 81054 · MEDICAL INS EX EE ADM | 0.00 | 0.00 |
| **Total Expense** | **125,214.84** | **201,575.71** |
| **Net Ordinary Income** | **-257,678.91** | **-197,100.31** |
| Other Income/Expense |  |  |
| Other Income |  |  |
|   91100 · EMPLOYEE RETENTION CREDIT | 93,357.28 | 93,357.28 |
| **Total Other Income** | **93,357.28** | **93,357.28** |
| Other Expense |  |  |
|   61054 · RENTAL EQU. PIM | 486.50 | 486.50 |
|   90030 · INTEREST | 28,065.59 | 48,135.31 |
|   90040 · GEN INSURANCE EX | 2,908.90 | 5,817.80 |
|   90080 · AFLAC | 209.10 | 199.92 |
| **Total Other Expense** | **31,670.09** | **54,639.53** |
| **Net Other Income** | **61,687.19** | **38,717.75** |
| **Net Income** | **-195,991.72** | **-158,382.56** |