UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                                                    Chapter 11

Linear Mold & Engineering, LLC,                             Case Number 21-42617

        Debtor.                                                          Hon. Mark A. Randon

_____/

**ORDER FOR STATUS CONFERENCE
IN THE CASE OF A DEBTOR THAT HAS ELECTED
TO HAVE SUBCHAPTER V OF CHAPTER 11 APPLY**

      The Debtor filed this Chapter 11 case on March 26, 2021. In the bankruptcy petition, the Debtor stated that it is a debtor as defined in 11 U.S.C. § 1182(1), and elects to have Subchapter V of Chapter 11 apply. *See* 11 U.S.C. § 1187(a). Accordingly, the Court enters this Order.

      **IT IS ORDERED** that the Court will hold a telephonic status conference on *April 26, 2021, at 11:00 a.m. See* 11 U.S.C. § 1188(a). The Debtor, the attorney for the Debtor, and the Subchapter V Trustee must appear. *See* 11 U.S.C. § 1183(b)(3). The United States Trustee and creditors are invited, but not required to attend. At least five minutes before the scheduled time for hearing, counsel and parties should call 1-888-363-4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

      At this conference, the following matters will be addressed:

        (1)     The appointment and fees of professionals.

        (2)     The obligations of the debtor-in-possession under Chapter 11.

        (3)     Case deadlines.

        (4)     The issues in the case.

        (5)     Whether and when motions or adversary proceedings might be filed.

        (6)     Cash collateral matters.

      On or before *April 12, 2021*, the Debtor must file with the Court and serve on the Subchapter V Trustee and all parties in interest a report that details the efforts the Debtor has

undertaken and will undertake to attain a consensual plan of reorganization. *See* 11 U.S.C. § 1188(c).

The Debtor's attorney must immediately serve a copy of this Order on the 20 largest creditors, all secured creditors, and the United States Trustee's Office. The Debtor's attorney must file a proof of service. The failure of the Debtor to comply with terms of this Order may result in dismissal.
**Signed on March 30, 2021**



/s/ Mark A. Randon

**Mark A. Randon
United States Bankruptcy Judge**

-2-

21-42617-mar    Doc 25    Filed 03/30/21    Entered 03/30/21 11:39:43    Page 2 of 2