# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**LINEAR MOLD & ENGINEERING, LLC,**

    **Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11**

**Hon. Mark A. Randon**

## ORDER ADJOURNING THE MEETING OF CREDITORS AND STATUS CONFERENCE HEARING

Upon the Stipulation filed April 23, 2021 at Docket #58 (the "Stipulation") by the Debtor, the United States Trustee and the Subchapter V Trustee,

**IT IS HEREBY ORDERED THAT** the Meeting of Creditors be adjourned from **Monday, April 26, 2021 at 10:00 a.m.** to **Monday, May 10, 2021 at 10:00 am.** and the Status Conference be adjourned from **Monday, April 26, 2021 at 11:00 a.m.** to **Monday, May 10, 2021 at 11:00 a.m.**

**IT IS ALSO ORDERED THAT** a copy of this Order Adjourning the Meeting of Creditors and Status Conference be served upon all Parties entitled to notice via the Court's electronic mailing system.

**IT IS ALSO ORDERED THAT** a copy of this Order Adjourning the Meeting of Creditors and Status Conference be served upon all Creditors on the Matrix as of April 23, 2021.

**Signed on April 23, 2021**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge