# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC

    Debtor.

_____/

Case No. 21-42617

Chapter 11

Hon. Mark A. Randon

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Wayne Walker appears on behalf of Creditor Louca Mold & Aerospace Machining, Inc. d/b/a Legacy Industries and requests that all notices given or required to be served in this case be given to and served upon the undersigned at the office and address set forth below:

>WAYNE WALKER (P51290)
>WILLIAMS, WILLIAMS, RATTNER
> & PLUNKETT, P.C.
>380 N. Old Woodward Ave., Suite 300
>Birmingham, MI  48009
>Telephone:  (248) 642-0333
>Facsimile:  (248) 642-0856
>Email:  wew@wwrplaw.com

This request includes all notices, copies, and papers, and, without limitation, all orders, reports, applications, motions, petitions, pleadings, requests, disclosure statements, complaints, demands, answering and reply papers, whether formal or informal, written or oral, transmitted or conveyed by electronic delivery, mail

delivery, telephone, facsimile or otherwise, relating to any issue that may be raised in the above-captioned proceeding.

The foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of any rights.

Dated: April 26, 2021            By: */s/ Wayne Walker*
Wayne Walker (P51290)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: wew@wwrplaw.com

*Counsel for Creditor Louca Mold & Aerospace Machining, Inc. d/b/a Legacy Industries*