# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Linear Mold & Engineering, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-42617 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Richard Kruger and the law firm Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe Raitt") hereby enters their appearance as counsel for Siemens Financial Services, Inc. ("Siemens"), in the above referenced bankruptcy case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that Siemens hereby appears in the above-captioned case by its counsel, Richard Kruger of Jaffe Raitt, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address, telecopy, e-mail and telephone numbers:

> Richard Kruger
> Jaffe Raitt Heuer & Weiss, P.C.
> 27777 Franklin Road – Suite 2500
> Southfield, MI 48034
> rkruger@jaffelaw.com
> P: 248.351.3000
> D: 248.727.1417

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions

specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Siemens' right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Siemens' right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Siemens' right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Siemens is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 28, 2021  Respectfully submitted,

SIEMENS FINANCIAL SERVICES, INC.

By:   /s/Richard Kruger

Richard Kruger
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road – Suite 2500
Southfield, MI 48034
rkruger@jaffelaw.com
P: 248.351.3000
D: 248.727.1417

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I caused to be served a copy of the *Notice of Appearance and Request for Notice* and this *Certificate of Service* using the Court electronic filing system which will send notification of such filing to all parties who have filed appearances in this case.

/s/*Tina M. Neddermeyer*
Tina M. Neddermeyer
tneddermeyer@jaffelaw.com
