# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

     **Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11**

**Hon. Mark A. Randon**

---

**NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§ 105(A), 363, 364, 503(B), 1107(A), AND
1108, BANKRUPTCY RULES 6003 AND 6004, AND LOCAL RULE
4001-4 (A) AUTHORIZING THE DEBTOR TO (I) HONOR CERTAIN
PREPETITION OBLIGATIONS OWED TO CERTAIN CRITICAL
VENDORS AND (II) CONTINUE PREPETITION PRACTICES
WITH CERTAIN CRITICAL VENDORS AND (B) AUTHORIZING
ALL BANKS AND OTHER FINANCIAL INSTITUTIONS TO
HONOR AND PROCESS RELATED CHECKS AND TRANSFERS;
AND MEMORANDUM OF LAW IN SUPPORT**

     The Debtor in this case has filed papers with the Court seeking entry of an Order regarding payment of prepetition claims of critical vendors.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the court to grant the requested compensation, or if you would like the court to consider your views on this motion, within 14 days or such shorter time period that has been set by the court, you or your attorney must:

a.    Electronically file with the Court's Electronic Case Filing System a written response or an answer, which must comply with F.R.Civ.P. 8(b), (c) and (e) explaining your position pursuant to L.B.R. 9014-1 (E.D.M.). You may find more information regarding electronic filing at the Court's website,

www.mieb.uscourts.gov or with the Clerk of the Court located at 211 W. Fort Street, Detroit, MI 48226.

b.    You must also mail a copy to:   Lynn M. Brimer, Esq.
                                      300 E. Long Lake Rd., Suite 200
                                      Bloomfield Hills, MI 48304

c.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

                                      **STROBL SHARP PLLC**

                                      */s/ Lynn M. Brimer*
Dated: May 4, 2021                    LYNN M. BRIMER (P43291)
                                      PAMELA S. RITTER (P47886)
                                      300 E. Long Lake Rd., Suite 200
                                      Bloomfield Hills, MI 48304-2376
                                      Telephone: (248) 205-2300
                                      Fax: (248) 645-2690
                                      Email:  lbrimer@strobllaw.com
                                      Email:  pritter@strobllaw.com

*S&B\85363\002\PLDG\SB745461.DOCX