UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
CORRECTED
COVER SHEET FOR AMENDMENTS

Case Name: Linear Mold & Engineering, LLC          Case No.: 21-42617-mar

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

☒ Amendment to Petition:
    ❏ Name ❏ Debtor(s) Mailing Address ❏ Alias
    ❏ Signature ❏ Complying with Order Directing the Filing of Official Form(s)

☒ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☐ **Statement of Financial Affairs**

☒ **Schedules and List of Creditors:**
  ❏ Schedule A/B
  ❏ Schedule C   ❏ Debtor 2 Schedule C
  ❏ List of Creditors   ❏ Schedule D   ☒ Schedule E/F   and
      ☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$32.00 Fee Required,** or
      ❏ Change address of a creditor already on the List of Creditors – **No Fee Required**
  ☒ Schedule G
  ❏ Schedule H
  ❏ Schedule I
  ❏ Schedule J
  ❏ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): (1) Correct Debtor's EIN in the Petition; (2) Add Dell Financial and Moldex 3D North America, previously listed on Schedule F, to Schedule G; (3) Add Matcrailse to Schedule G; (4) correct the value of the work in process inventory not previously listed; (5) Add John Tenbusch's insider claim against the Debtor to Schedule F; (6) correct the amount of Louis Young's priority claim and add him to Schedule F as an unsecured creditor; and (6) correct the Summary of Assets and Liabilities.

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date 4. 21. 2021 | Signature *(signature)* |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 4/18/2021 | Signature *(signature)* |
| Date | Signature |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:       PLEASE CHANGE TO:

_____       _____
_____       _____
_____       _____

PREVIOUS NAME/ADDRESS OF CREDITOR:       PLEASE CHANGE TO:

_____       _____
_____       _____
_____       _____

PREVIOUS NAME/ADDRESS OF CREDITOR:       PLEASE CHANGE TO:

_____       _____
_____       _____
_____       _____


## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR:    Materialise

ADDRESS:    44659 Helm Court
    Plymouth, MI 48170


NAME OF CREDITOR:    _____

ADDRESS:    _____
    _____


NAME OF CREDITOR:    _____

ADDRESS:    _____
    _____

***FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.***

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)*  **21-42617**          Chapter     **11**

■ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Linear Mold & Engineering, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Linear AMS** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **16-1668925** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12163 Globe Street**<br>**Livonia, MI 48150** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wayne** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL) _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 1

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **9900**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.
If more than 2 cases, attach a separate list.     ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____ When _____     Case number, if known _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (*Check all that apply.*)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49               ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000           ☐ 50,001-100,000
■ 100-199            ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

---

**15.  Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2021**
              MM / DD / YYYY

X **/s/ John Tenbusch**                                      **John Tenbusch**
   Signature of authorized representative of debtor           Printed name

Title   **Chief Executive Officer**

---

**18. Signature of attorney**

X **/s/ Lynn M. Brimer**                          Date **April 14, 2021**
   Signature of attorney for debtor                      MM / DD / YYYY

**Lynn M. Brimer P43291**
Printed name

**Strobl Sharp PLLC**
Firm name

**300 East Long Lake Road**
**Suite 200**
**Bloomfield Hills, MI 48304-2376**
Number, Street, City, State & ZIP Code

Contact phone   **(248) 540-2300**        Email address

**P43291 MI**
Bar number and State

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 5

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-42617**

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................... $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................. $      1,748,224.60

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................... $      1,748,224.60

### Part 2:   Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................... $      1,117,945.02

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $      13,650.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$      3,281,200.32

4.    **Total liabilities** ..................................................................................................................
     Lines 2 + 3a + 3b      $      4,412,795.34

| | |
|---|---|
| Debtor name | **Linear Mold & Engineering, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **21-42617** |

■ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Level One Bank | checking | 5574 | $53,998.37 |
| 3.2. | Level One Bank | Payroll account | 5582 | $100.12 |
| 3.3. | Level One Bank | Escrow Account | 8732 | $122,702.77 |

**4.     Other cash equivalents** *(Identify all)*

**5.     Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $176,801.26 |

### Part 2:          Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:          Accounts receivable

**10. Does the debtor have any accounts receivable?**

21-42617-mar     Doc 69     Filed 05/04/21     Entered 05/04/21 14:46:43

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 723,835.35 | - | 0.00 | = .... | **$723,835.35** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts Receivable** | | | | |

| 11b. Over 90 days old: | 393,362.99 | - | 0.00 | =.... | **$393,362.99** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| | **Accounts Receivable** | | | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,117,198.34**

## Part 4:   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** **Customer work in process** | | $0.00 | | $183,000.00 |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$183,000.00**

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2
21-42617-mar    Doc 69    Filed 05/04/21    Entered 05/04/21 14:46:43    Page 10 of 35

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| Office furniture and equipment | $0.00 | | $14,500.00 |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| **42.** Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$14,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. Machinery and Equipment | $0.00 | Appraisal | $187,125.00 |
| 47.2. Vehicles | $0.00 | | $9,800.00 |
| **48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **Linear Mold & Engineering, LLC**          Case number *(if known)* **21-42617**
        Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Shop Equipment | $0.00 | $9,000.00 |
| Material Handling Equipment | $0.00 | $19,800.00 |
| Quality Control Equipment | $0.00 | $5,100.00 |
| Miscellaneous equipment | $0.00 | $25,900.00 |

51.    **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.    **$256,725.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. Does the debtor own or lease any real property?

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $176,801.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,117,198.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $183,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $256,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,748,224.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,748,224.60 |

21-42617-mar   Doc 69   Filed 05/04/21   Entered 05/04/21 14:46:43   Page 13 of 35

Debtor name **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **21-42617**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Boers, Michael**<br>**302 W. Front Street**<br>**Grand Ledge, MI 48837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Burrows, Adam**<br>**30800 South Hill Road**<br>**New Hudson, MI 48165** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Coats, John**<br>**1651 Lansing Road**<br>**Charlotte, MI 48813** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **March 19, 2021** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Dickerson, David**<br>**20409 Luckey Road**<br>**Pemberville, OH 43450** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **March 19, 2021** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Eitniear, Ike**<br>**564 Elm Street**<br>**Vermontville, MI 49096** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **March 19, 2021** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Fanfair, Michael G.**<br>**2482 Burwood Court**<br>**Highland, MI 48357** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **March 19, 2021** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.7**

Priority creditor's name and mailing address
**Gonzales, Josef**
**765 3rd Avenue**
**Pontiac, MI 48340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Haglund, Joseph**
**33639 Beechnut Street**
**Westland, MI 48186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**Jones, Joshua**
**1716 Lansing Road**
**Lot 20**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Kerekes, Steven C.**
**350 Church Street**
**Apt. 5A**
**Olivet, MI 49076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

21-42617-mar    Doc 69    Filed 05/04/21    Entered 05/04/21 14:46:43    Page 16 of 35

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br>**Kleinfelt, Kenneth**<br>**43 Lake Ride Drive**<br>**Mason, MI 48854** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Kowalk, Douglas**<br>**824 W. Shepherd**<br>**Charlotte, MI 48813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Krawczyk, James**<br>**5370 E. Kinsle**<br>**Charlotte, MI 48813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Kunar, Craig A.**<br>**4429 Boydson Drive**<br>**Toledo, OH 43623** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Landgraf, Manuela**
**235 N. Cochran Avenue**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lawrence, Debora**
**228 Van Lieu Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**McFee, John**
**113 Grant Avenue**
**Alma, MI 48801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Mead, Jennifer**
**235 1/2 N. Cochran Avenue**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.19**   Priority creditor's name and mailing address

**Milligan, Christina**
**3773 Toles Road**
**Mason, MI 48854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20**   Priority creditor's name and mailing address

**Myers, David**
**17467 Cedarlake Circle**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21**   Priority creditor's name and mailing address

**Olivio, Sheila**
**1615 Oak Squire Lane**
**Howell, MI 48855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22**   Priority creditor's name and mailing address

**Peck, Trever R.**
**456 North Stine Road**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Penn, Hope**
**14196 Susanna Street**
**Livonia, MI 48154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Richardson, Cody**
**3716 W. Jolly Road**
**Apt. #8**
**Lansing, MI 48911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rivera, Nelson**
**419 E. Lovett**
**Charlotte, MI 48813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sinclair, Michael**
**416 E. Lovett**
**Charlotte, MI 48813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Skrip, Steven**
**223 Prairie Street**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Spicer, Robyn**
**715 Arrowhead**
**Charlotte, MI 48813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Tenbusch, Jack**
**49098 Veneto Drive**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Tenbusch, John**
**49098 Veneto Drive**
**Northville, MI 48167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Thompson, Tyler**
**618 Pearl Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Thuma, Jacqueline**
**414 Pearl Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tyler, Ryan**
**10021 Barnes Road**
**Eaton Rapids, MI 48827**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**Young, Louis J.**
**34678 Pembroke**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** List All Creditors with **NONPRIORITY** Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,515.00 |
|---|---|---|---|
| | **2K Tool**<br>**3025 Madison Avenue SE**<br>**Grand Rapids, MI 49548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,021.12 |
|---|---|---|---|
| | **Absolute Machine Tools, Inc**<br>**7420 Industrial Parkway**<br>**Lorain, OH 44053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,193.84 |
|---|---|---|---|
| | **AIC Equipment & Controls, Inc.**<br>**37 Summit Street**<br>**Brighton, MI 48116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,283.10 |
|---|---|---|---|
| | **Air Technologies**<br>**160 84th St SW**<br>**Ste 1**<br>**Byron Center, MI 49315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,994.00 |
|---|---|---|---|
| | **Alro Steel Corporation**<br>**Dept 771478**<br>**PO Box 77000**<br>**Detroit, MI 48277-1478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,263.30 |
|---|---|---|---|
| | **Apac Paper & Packaging Corp.**<br>**4000 Enterprise Drive**<br>**Allen Park, MI 48101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,750.00 |
|---|---|---|---|
| | **Arcam**<br>**Krokslatts Fabriker 27A**<br>**Se-431 37**<br>**Molbdal Sweden** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

21-42617-mar    Doc 69    Filed 05/04/21    Entered 05/04/21 14:46:43    Page 23 of 35

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,245.00 |
|---|---|---|---|

**Birch Machinery Co**
PO Box 15
Birch Run, MI 48415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**CBS Tool**
51601 Oro Drive
Shelby Township, MI 48315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  February 1, 2019

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,040.00 |
|---|---|---|---|

**Chase Plastics**
6467 Waldon Center Drive
Clarkston, MI 48346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,427.99 |
|---|---|---|---|

**City of Charlotte**
111 E. Lawrence Ave
Charlotte, MI 48813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Property taxes

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292,849.16 |
|---|---|---|---|

**Clinton Aluminum & Stainless Steel Sales**
6720 Van Buren
Clinton, OH 44216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,519.95 |
|---|---|---|---|

**Consumers Energy**
PO Box 30079
Lansing, MI 48937-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,510.00 |
|---|---|---|---|

**Creative Foam Corporation**
300 N Alloy Dr
Fenton, MI 48430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

21-42617-mar    Doc 69    Filed 05/04/21    Entered 05/04/21 14:46:43    Page 24 of 35

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,950.66 |
|---|---|---|---|

**Dassault Systemes**
175 Wyman Street
Waltham, MA 02451-1223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,224.78 |
|---|---|---|---|

**Dell Financial Services**
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,100.00 |
|---|---|---|---|

**DRS Industries Inc.**
1067 Hamilton Dr. E
Holland, OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,880.27 |
|---|---|---|---|

**DTE Energy**
PO Box 2859
Detroit, MI 48260-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,221.00 |
|---|---|---|---|

**Ellwood Specialty Steel**
499 Honeybee Lane
New Castle, PA 16105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,240.77 |
|---|---|---|---|

**EOS of North America Inc**
28970 Cabot Dr
Novi, MI 48377-2978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,299.00 |
|---|---|---|---|

**Frankenmuth Insurance**
One Mutual Ave
Frankenmuth, MI 48787-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.22** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$825.45** |
| **Fraza Forklifts**<br>PO Box 77000<br>Detroit, MI 48277-1318 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.23** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$5,669.21** |
| **General Electric Company**<br>Bank of America<br>PO Box 412271<br>Boston, MA 02241-2271 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.24** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$6,447.50** |
| **Gerotech, Inc.**<br>29220 Commerce Dr<br>Flat Rock, MI 48134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.25** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$16,335.00** |
| **Grady Bell LLP**<br>53 W Jackson Blvd<br>Suite 1250<br>Chicago, IL 60604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.26** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$2,168.48** |
| **Graye Electrical Services, Inc**<br>12257 Market St<br>Livonia, MI 48150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$2,593.55** |
| **Guardian Environmental Services**<br>34400 Glendale St<br>Livonia, MI 48150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.28** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$10,545.00** |
| **H & M Machine Tool**<br>3823 Seiss Ave<br>Toledo, OH 43612 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Trade debt |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,272.53 |
|---|---|---|---|

**In Mold Solutions, LLC**
7230 Cuesta Way Drive NE
Rockford, MI 49341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,136.32 |
|---|---|---|---|

**Industrial Development & Holdings**
32400 Telegraph Road, Ste. 202
Bingham Farms, MI 48025

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,982.50 |
|---|---|---|---|

**Joelson Rosenberg**
30665 Northwestern Hwy
Ste 200
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Fees__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,075.00 |
|---|---|---|---|

**John Bay Electric, Inc.**
317 Hall Street
Charlotte, MI 48813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250,000.00 |
|---|---|---|---|

**John Tenbusch**
49098 Veneto
Northville, MI 48167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Promissory Note__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,106.97 |
|---|---|---|---|

**Konica Minolta Business Solutions**
Dept CH 19188
Palatine, IL 60055-9188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,145.00 |
|---|---|---|---|

**Legacy Industries**
1925 Taylor Rd
Auburn Hills, MI 48326-1574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 14 of 19
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

21-42617-mar    Doc 69    Filed 05/04/21    Entered 05/04/21 14:46:43    Page 27 of 35

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554,133.00 |
|---|---|---|---|

**Level One Bank**
Attn: Jacob Hachey
32991 Hamilton Court
Farmington, MI 48334

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Paycheck Protection Progam Loan__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Louis Young**
34678 Penbroke
Livonia, MI 48152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Past due compensation__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,657.46 |
|---|---|---|---|

**Mac Mold Base, Inc**
14921 32 Mile Rd
Romeo, MI 48065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.17 |
|---|---|---|---|

**Michael Sinclair**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,860.00 |
|---|---|---|---|

**Michigan Pallet, Inc**
PO Box 436
Clinton, MI 49236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,340.00 |
|---|---|---|---|

**Molders Services, Inc.**
1556 Telegraph Drive
Pontiac, MI 48340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,932.00 |
|---|---|---|---|

**Moldex 3D Northern America, Inc.**
27725 Stansbury Blvd
Ste 190
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

21-42617-mar   Doc 69   Filed 05/04/21   Entered 05/04/21 14:46:43   Page 28 of 35

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,416.67 |
|---|---|---|---|

**MS Manufacturing, Inc**
44431 Reynolds Dr
Clinton Township, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,184.72 |
|---|---|---|---|

**Nexeo Solutions**
PO Box 74007392
Chicago, IL 60674-7392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,248.43 |
|---|---|---|---|

**NSF International Strategic Registration**
Lockbox 771380
Detroit, MI 48277-1380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,997.98 |
|---|---|---|---|

**Paycor**
4811 Montomery  Rd.
Cincinnati, OH 45212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.44 |
|---|---|---|---|

**Peoples Capital & Leasing**
PO Box 5066
Hartford, CT 06102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,807.60 |
|---|---|---|---|

**Pirtek Westland**
28540 Van Born Road
Westland, MI 48186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,741.25 |
|---|---|---|---|

**PJF Metrology North**
4030 Cedar Commercial Dr NE
Cedar Springs, MI 49319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.00 |
|---|---|---|---|

**Planview Delaware LLC**
12301 Research Boulevard
Building 5, Suite 101
Austin, TX 78759

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,813.00 |
|---|---|---|---|

**Plastic Molding Development, Inc**
42400 Yearego Dr
Sterling Heights, MI 48314

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,312.92 |
|---|---|---|---|

**Precision Mold & Machining Services, Inc**
13143 E Nine Mile Rd
Warren, MI 48089

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,588.90 |
|---|---|---|---|

**Priority Health**
27777 Franklin Road
Southfield, MI 48034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,662.50 |
|---|---|---|---|

**Quality Cavity, Inc**
47955 Anna Court
Wixom, MI 48393

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,730.00 |
|---|---|---|---|

**Rapid EDM, Inc**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Rapid Machining**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Linear Mold & Engineering, LLC | Case number (if known) | 21-42617 |
|---|---|---|---|
| | Name | | |

**3.57** Nonpriority creditor's name and mailing address

Reko Mold Division
469 Silver Creek Industrial Dr
Lakeshore, ON
N8N 4W2

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$8,730.03

---

**3.58** Nonpriority creditor's name and mailing address

Russ Simpson Company
21906 Schoenherr Road
Warren, MI 48089

Date(s) debt was incurred  12/5/2019
Last 4 digits of account number  5141

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$610.18

---

**3.59** Nonpriority creditor's name and mailing address

Safety-Kleen
PO Box 382066
Pittsburgh, PA 15250-8066

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$6,357.98

---

**3.60** Nonpriority creditor's name and mailing address

Sepro America
765 Commonwealth Drive, #104
Warrendale, PA 15086

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$5,468.21

---

**3.61** Nonpriority creditor's name and mailing address

Stampede Die & Engineering
1142 Electric Ave
Wayland, MI 49348

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$76,045.00

---

**3.62** Nonpriority creditor's name and mailing address

Tenibac-Graphion, Inc
35155 Automation
Clinton Township, MI 48035

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$5,800.00

---

**3.63** Nonpriority creditor's name and mailing address

Tennessee Tool & Fixture
852 Interstate Drive
Manchester, TN 37355

Date(s) debt was
incurred  11/01/2018 and 11/29/2018
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,738.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.00 |
|---|---|---|---|

**TNT EDM, Inc**
**47689 E Anchor Court**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,848.43 |
|---|---|---|---|

**US Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,910.00 |
|---|---|---|---|

**VAC-MET, Inc**
**7236 Murthum**
**Warren, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kevin Erskine**<br>**211 W. Fort Street, Ste. 2100**<br>**Detroit, MI 48226-3220** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 13,650.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,281,200.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,294,850.32 |

Fill in this information to identify the case:

Debtor name  **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)  **21-42617**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Bank of the West**<br>**2527 Camino Ramon**<br>**MSN: NC-B07-3F-R**<br>**San Ramon, CA 94583** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **CIT Bank, N.A.**<br>**10201 Centurion Parkway N. #100**<br>**Jacksonville, FL 32256** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Complete Capital Services, Inc.**<br>**22811 Mack Avenue**<br>**Suite 203**<br>**Saint Clair Shores, MI 48080** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Complete Capital Services, Inc.**<br>**22811 Mack Avenue**<br>**Suite 203**<br>**Saint Clair Shores, MI 48080** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

21-42617-mar    Doc 60    Filed 05/04/21    Entered 05/04/21 14:46:43    Page 33 of 35

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Computer Hardware Leases 001-9007223 and 001-9021911 | |
|---|---|---|---|
| | State the term remaining | | Dell Financial Services, L.L.C. |
| | List the contract number of any government contract | | One Dell Way, MS RR2DF-36 Round Rock, TX 78682 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Eqipment Lease | |
|---|---|---|---|
| | State the term remaining | | Highland Capital Corporation |
| | List the contract number of any government contract | | 5 Center Avbenue Little Falls, NJ 07424 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | In-Mold Solutions LLC |
| | List the contract number of any government contract | | 14201 Thompson Drive Lowell, MI 49331 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Order Package No. S00307381 - Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | Konica Minolta |
| | List the contract number of any government contract | | 100 Williams Drive Ramsey, NJ 07446 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Software Lease | |
|---|---|---|---|
| | State the term remaining | | Materialize |
| | List the contract number of any government contract | | 44650 Helm Court Plymouth, MI 48170 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
|---|---|---|---|
| | State the term remaining | | Midland States Bank 7700 Bonhomme Suite 300 Saint Louis, MO 63105 |
| | List the contract number of any | | |

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Software Lease** |
| | State the term remaining | **Moldex 3D Northern America, Inc.**<br>**27725 Stansbury Blvd**<br>**Ste 190**<br>**Farmington, MI 48334** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Euipment Lease** |
| | State the term remaining | **Renaissance Capital Alliance**<br>**5440 Corporate Drive**<br>**Suite 275**<br>**Troy, MI 48098** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | **Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy