# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

### COVER SHEET FOR AMENDMENTS
### Second Amendments

**Case Name:** Linear Mold & Engineering, LLC          **Case No.:** 21-42617-mar

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

❑ **Amendment to Petition:**

    ❑ Name ❑ Debtor(s) Mailing Address ❑ Alias

    ❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)

☒ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☒ **Statement of Financial Affairs**

❑ **Schedules and List of Creditors:**

  ❑ Schedule A/B

  ❑ Schedule C   ❑ Debtor 2 Schedule C

  ☒ List of Creditors   ❑ Schedule D   ☒ Schedule E/F  and

    ☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$32.00 Fee Required,** or

    ☒ Change address of a creditor already on the List of Creditors – **No Fee Required**

  ❑ Schedule G

  ❑ Schedule H

  ❑ Schedule I

  ❑ Schedule J

  ❑ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

Additional Details of Amendment(s): (1) Add Meadoworks, LLC, Unifirst Corporation, the American Arbitration Association and Michael Leib, Leib ADR, LLC, as Schedule F creditors. (2) correct the addresses of 4 creditors; and (3) to correct the attachment of payments made to creditors in the 90 days prior to filing the Petition attached to the Statement of Financial Affairs (Question No. 3).

| | |
|---|---|
| ➡ | **DECLARATION OF ATTORNEY: I** declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| Date 5.7.2021 | Signature |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 5/7/2021 | Signature |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| In-Mold Solutions, LLC<br>14201 Thompson Dr.<br>Lowell, MI 49221-9139 | In-Mold Solutions, LLC<br>7230 Cesta Way Drive, NE<br>Rockford, MI 49341 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Manuela Landgraf<br>235 N. Cochran Ave.<br>Charlotte, MI 48813 | Manuela Landgraf<br>120 ½ S. Sheldon<br>Charlotte, MI 48813 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| Adam Burrows<br>30800 South Hill Road<br>New Hudson, MI 48165 | Adams Burrows<br>12890 Burgandy Dr.<br>South Lyon, MI 48178 |

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| David Myers<br>17467 Cedarlake Circle<br>Northville, MI 48168 | David Myers<br>11595 N. Shore Dr.<br>Whitmore Lake, MI 48189 |

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR:      Meadoworks, LLC

ADDRESS:      1051 Perimeter Drive, Ste. 525
Schaumburg, Illinois 60173

**NAME OF CREDITOR:**       William M. Ejzak

**ADDRESS:**        233 South Wacker Drive, Ste. 6159
Chicago, Illinois 60606


**NAME OF CREDITOR:**       Unifirst Corporation

**ADDRESS:**        1300 Auburn Road
Pontiac, MI 48342


**NAME OF CREDITOR:**       Michael Leib

**ADDRESS:**        Leib ADR, LLC
6632 Telegraph Road, Ste. 293
Bloomfield Hills, MI 48301-3012


**NAME OF CREDITOR:**       American Arbitration Association

**ADDRESS:**        2200 Century Parkway, Ste. 300
Atlanta, GA 30345

**Fill in this information to identify the case:**

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-42617**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................    $      **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................    $      **1,748,224.60**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................    $      **1,748,224.60**

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................    $      **1,117,945.02**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      **13,650.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$      **3,308,233.07**

4.    **Total liabilities** .................................................................
     Lines 2 + 3a + 3b      $      **4,439,828.09**

Software Copyright © 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known) **21-42617**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Boers, Michael**
**302 W. Front Street**
**Grand Ledge, MI 48837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**   Priority amount: **Unknown**

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Burrows, Adam**
**30800 South Hill Road**
**New Hudson, MI 48165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**   Priority amount: **Unknown**

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Linear Mold & Engineering, LLC**
Name

Case number (if known) **21-42617**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Coats, John**
**1651 Lansing Road**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Dickerson, David**
**20409 Luckey Road**
**Pemberville, OH 43450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Eitniear, Ike**
**564 Elm Street**
**Vermontville, MI 49096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Fanfair, Michael G.**
**2482 Burwood Court**
**Highland, MI 48357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

21-42617-mar Doc 71 Filed 05/07/21 Entered 05/07/21 12:40:31 Page 6 of 44

Debtor **Linear Mold & Engineering, LLC**
Name

Case number (if known) **21-42617**

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Gonzales, Josef**
765 3rd Avenue
Pontiac, MI 48340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Haglund, Joseph**
33639 Beechnut Street
Westland, MI 48186

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jones, Joshua**
1716 Lansing Road
Lot 20
Charlotte, MI 48813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kerekes, Steven C.**
350 Church Street
Apt. 5A
Olivet, MI 49076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

21-42617-mar   Doc 71   Filed 05/07/21   Entered 05/07/21 12:40:31   Page 7 of 44

Debtor    **Linear Mold & Engineering, LLC**      Case number (if known)    **21-42617**
Name

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kleinfelt, Kenneth**
**43 Lake Ride Drive**
**Mason, MI 48854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kowalk, Douglas**
**824 W. Shepherd**
**Charlotte, MI 48813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Krawczyk, James**
**5370 E. Kinsle**
**Charlotte, MI 48813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kunar, Craig A.**
**4429 Boydson Drive**
**Toledo, OH 43623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

21-42617-mar   Doc 71    Filed 05/07/21     Entered 05/07/21 12:40:31     Page 8 of 44

Debtor **Linear Mold & Engineering, LLC**
Name

Case number (if known) **21-42617**

---

| 2.15 | Priority creditor's name and mailing address<br>**Landgraf, Manuela**<br>**235 N. Cochran Avenue**<br>**Charlotte, MI 48813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.16 | Priority creditor's name and mailing address<br>**Lawrence, Debora**<br>**228 Van Lieu Street**<br>**Charlotte, MI 48813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.17 | Priority creditor's name and mailing address<br>**McFee, John**<br>**113 Grant Avenue**<br>**Alma, MI 48801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.18 | Priority creditor's name and mailing address<br>**Mead, Jennifer**<br>**235 1/2 N. Cochran Avenue**<br>**Charlotte, MI 48813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

21-42617-mar Doc 71 Filed 05/07/21 Entered 05/07/21 12:40:31 Page 9 of 44

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**Milligan, Christina**
**3773 Toles Road**
**Mason, MI 48854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Myers, David**
**17467 Cedarlake Circle**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Olivio, Sheila**
**1615 Oak Squire Lane**
**Howell, MI 48855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Peck, Trever R.**
**456 North Stine Road**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Linear Mold & Engineering, LLC**      Case number (if known)    **21-42617**
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.23**

Priority creditor's name and mailing address
**Penn, Hope**
**14196 Susanna Street**
**Livonia, MI 48154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**Richardson, Cody**
**3716 W. Jolly Road**
**Apt. #8**
**Lansing, MI 48911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**Rivera, Nelson**
**419 E. Lovett**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**Sinclair, Michael**
**416 E. Lovett**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

21-42617-mar   Doc 71   Filed 05/07/21   Entered 05/07/21 12:40:31   Page 11 of 44

Debtor **Linear Mold & Engineering, LLC**
Name

Case number (if known) **21-42617**

| 2.27 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Skrip, Steven**
223 Prairie Street
Charlotte, MI 48813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Spicer, Robyn**
715 Arrowhead
Charlotte, MI 48813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Tenbusch, Jack**
49098 Veneto Drive
Northville, MI 48167

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Tenbusch, John**
49098 Veneto Drive
Northville, MI 48167

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 12 of 44

| Debtor | **Linear Mold & Engineering, LLC** | | | Case number (if known) | **21-42617** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Thompson, Tyler**
618 Pearl Street
Charlotte, MI 48813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Thuma, Jacqueline**
414 Pearl Street
Charlotte, MI 48813

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tyler, Ryan**
10021 Barnes Road
Eaton Rapids, MI 48827

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**Young, Louis J.**
34678 Pembroke
Livonia, MI 48152

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 13 of 44

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,515.00**
---|---|---|---

**2K Tool**
3025 Madison Avenue SE
Grand Rapids, MI 49548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,021.12**
---|---|---|---

**Absolute Machine Tools, Inc**
7420 Industrial Parkway
Lorain, OH 44053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,193.84**
---|---|---|---

**AIC Equipment & Controls, Inc.**
37 Summit Street
Brighton, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,283.10**
---|---|---|---

**Air Technologies**
160 84th St SW
Ste 1
Byron Center, MI 49315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,994.00**
---|---|---|---

**Alro Steel Corporation**
Dept 771478
PO Box 77000
Detroit, MI 48277-1478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,725.00**
---|---|---|---

**American Arbitration Associaiton**
2200 Century Parkway, Ste. 300
Atlanta, GA 30345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/15/2021__

Basis for the claim: __Arbitration fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,263.30**
---|---|---|---

**Apac Paper & Packaging Corp.**
4000 Enterprise Drive
Allen Park, MI 48101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Linear Mold & Engineering, LLC**
Name

Case number (if known) **21-42617**

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |

**Arcam**
**Krokslatts Fabriker 27A**
**Se-431 37**
**Molbdal Sweden**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$87,750.00**

---

| | |
|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** |

**Birch Machinery Co**
**PO Box 15**
**Birch Run, MI 48415**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,245.00**

---

| | |
|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** |

**CBS Tool**
**51601 Oro Drive**
**Shelby Township, MI 48315**

Date(s) debt was incurred **February 1, 2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**Chase Plastics**
**6467 Waldon Center Drive**
**Clarkston, MI 48346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,040.00**

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**City of Charlotte**
**111 E. Lawrence Ave**
**Charlotte, MI 48813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Property taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$45,427.99**

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Clinton Aluminum & Stainless Steel Sales**
**6720 Van Buren**
**Clinton, OH 44216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$292,849.16**

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**Consumers Energy**
**PO Box 30079**
**Lansing, MI 48937-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,519.95**

---

Debtor **Linear Mold & Engineering, LLC**
Name

Case number (if known) **21-42617**

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,510.00 |
|---|---|---|---|

**Creative Foam Corporation**
300 N Alloy Dr
Fenton, MI 48430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,950.66 |
|---|---|---|---|

**Dassault Systemes**
175 Wyman Street
Waltham, MA 02451-1223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,224.78 |
|---|---|---|---|

**Dell Financial Services**
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,100.00 |
|---|---|---|---|

**DRS Industries Inc.**
1067 Hamilton Dr. E
Holland, OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,880.27 |
|---|---|---|---|

**DTE Energy**
PO Box 2859
Detroit, MI 48260-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,221.00 |
|---|---|---|---|

**Ellwood Specialty Steel**
499 Honeybee Lane
New Castle, PA 16105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,240.77 |
|---|---|---|---|

**EOS of North America Inc**
28970 Cabot Dr
Novi, MI 48377-2978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 16 of 44

Debtor **Linear Mold & Engineering, LLC**
_____
Name

Case number (if known)    **21-42617**

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,299.00 |

**Frankenmuth Insurance**
One Mutual Ave
Frankenmuth, MI 48787-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.45 |

**Fraza Forklifts**
PO Box 77000
Detroit, MI 48277-1318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,669.21 |

**General Electric Company**
Bank of America
PO Box 412271
Boston, MA 02241-2271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,447.50 |

**Gerotech, Inc.**
29220 Commerce Dr
Flat Rock, MI 48134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,335.00 |

**Grady Bell LLP**
53 W Jackson Blvd
Suite 1250
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,168.48 |

**Graye Electrical Services, Inc**
12257 Market St
Livonia, MI 48150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,593.55 |

**Guardian Environmental Services**
34400 Glendale St
Livonia, MI 48150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 17 of 44

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,545.00 |
|---|---|---|---|

**H & M Machine Tool**
3823 Seiss Ave
Toledo, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,272.53 |
|---|---|---|---|

**In Mold Solutions, LLC**
7230 Cuesta Way Drive NE
Rockford, MI 49341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,136.32 |
|---|---|---|---|

**Industrial Development & Holdings**
32400 Telegraph Road, Ste. 202
Bingham Farms, MI 48025

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,982.50 |
|---|---|---|---|

**Joelson Rosenberg**
30665 Northwestern Hwy
Ste 200
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,075.00 |
|---|---|---|---|

**John Bay Electric, Inc.**
317 Hall Street
Charlotte, MI 48813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250,000.00 |
|---|---|---|---|

**John Tenbusch**
49098 Veneto
Northville, MI 48167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,106.97 |
|---|---|---|---|

**Konica Minolta Business Solutions**
Dept CH 19188
Palatine, IL 60055-9188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

21-42617-mar   Doc 71   Filed 05/07/21   Entered 05/07/21 12:40:31   Page 18 of 44

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,145.00 |
|---|---|---|---|

**Legacy Industries**
1925 Taylor Rd
Auburn Hills, MI 48326-1574

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554,133.00 |
|---|---|---|---|

**Level One Bank**
Attn: Jacob Hachey
32991 Hamilton Court
Farmington, MI 48334

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Paycheck Protection Progam Loan__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Louis Young**
34678 Penbroke
Livonia, MI 48152

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Past due compensation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,657.46 |
|---|---|---|---|

**Mac Mold Base, Inc**
14921 32 Mile Rd
Romeo, MI 48065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Meadoworks, LLC**
1051 Perimeter Dr., Ste. 525
Schaumburg, IL 60173

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __March 2019__

Last 4 digits of account number __

Basis for the claim: __Alleged Breach of Contract Claim__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**Michael Leib**
Leib ADR, LLC
6632 Telegraph Road, Ste. 293
Bloomfield Hills, MI 48301-3012

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2/15/2021__

Last 4 digits of account number __

Basis for the claim: __Arbitrator's fees__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269.17 |
|---|---|---|---|

**Michael Sinclair**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,860.00 |
|---|---|---|---|

**Michigan Pallet, Inc**
PO Box 436
Clinton, MI 49236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,340.00 |
|---|---|---|---|

**Molders Services, Inc.**
1556 Telegraph Drive
Pontiac, MI 48340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,932.00 |
|---|---|---|---|

**Moldex 3D Northern America, Inc.**
27725 Stansbury Blvd
Ste 190
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,416.67 |
|---|---|---|---|

**MS Manufacturing, Inc**
44431 Reynolds Dr
Clinton Township, MI 48036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,184.72 |
|---|---|---|---|

**Nexeo Solutions**
PO Box 74007392
Chicago, IL 60674-7392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,248.43 |
|---|---|---|---|

**NSF International Strategic Registration**
Lockbox 771380
Detroit, MI 48277-1380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,997.98 |
|---|---|---|---|

**Paycor**
4811 Montomery  Rd.
Cincinnati, OH 45212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 20 of 44

| Debtor | **Linear Mold & Engineering, LLC** | | Case number (if known) | **21-42617** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.44 |
| --- | --- | --- | --- |

**Peoples Capital & Leasing**
PO Box 5066
Hartford, CT 06102

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,807.60 |
| --- | --- | --- | --- |

**Pirtek Westland**
28540 Van Born Road
Westland, MI 48186

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,741.25 |
| --- | --- | --- | --- |

**PJF Metrology North**
4030 Cedar Commercial Dr NE
Cedar Springs, MI 49319

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.00 |
| --- | --- | --- | --- |

**Planview Delaware LLC**
12301 Research Boulevard
Building 5, Suite 101
Austin, TX 78759

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,813.00 |
| --- | --- | --- | --- |

**Plastic Molding Development, Inc**
42400 Yearego Dr
Sterling Heights, MI 48314

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,312.92 |
| --- | --- | --- | --- |

**Precision Mold & Machining Services, Inc**
13143 E Nine Mile Rd
Warren, MI 48089

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,588.90 |
| --- | --- | --- | --- |

**Priority Health**
27777 Franklin Road
Southfield, MI 48034

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147,662.50 |
|---|---|---|---|

**Quality Cavity, Inc**
47955 Anna Court
Wixom, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,730.00 |
|---|---|---|---|

**Rapid EDM, Inc**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,250.00 |
|---|---|---|---|

**Rapid Machining**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,730.03 |
|---|---|---|---|

**Reko Mold Division**
469 Silver Creek Industrial Dr
Lakeshore, ON
N8N 4W2

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $610.18 |
|---|---|---|---|

**Russ Simpson Company**
21906 Schoenherr Road
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2019 

Basis for the claim:  Trade debt 

Last 4 digits of account number  5141 

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,357.98 |
|---|---|---|---|

**Safety-Kleen**
PO Box 382066
Pittsburgh, PA 15250-8066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,468.21 |
|---|---|---|---|

**Sepro America**
765 Commonwealth Drive, #104
Warrendale, PA 15086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 22 of 44

Debtor  **Linear Mold & Engineering, LLC**
_____
Name

Case number (if known)   **21-42617**

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,045.00 |
|---|---|---|---|

**Stampede Die & Engineering**
1142 Electric Ave
Wayland, MI 49348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_
Last 4 digits of account number \_

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**Tenibac-Graphion, Inc**
35155 Automation
Clinton Township, MI 48035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_
Last 4 digits of account number \_

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,738.00 |
|---|---|---|---|

**Tennessee Tool & Fixture**
852 Interstate Drive
Manchester, TN 37355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **11/01/2018 and 11/29/2018**
Last 4 digits of account number \_

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.00 |
|---|---|---|---|

**TNT EDM, Inc**
47689 E Anchor Court
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_
Last 4 digits of account number \_

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,156.75 |
|---|---|---|---|

**Unifirst Corporation**
1300 Auburn Road
Pontiac, MI 48342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 5, 2021**
Last 4 digits of account number \_

Basis for the claim:  **Arbitration Award**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,848.43 |
|---|---|---|---|

**US Bank Equipment Finance**
PO Box 790448
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_
Last 4 digits of account number \_

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,910.00 |
|---|---|---|---|

**VAC-MET, Inc**
7236 Murthum
Warren, MI 48092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred \_
Last 4 digits of account number \_

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

21-42617-mar  Doc 71  Filed 05/07/21  Entered 05/07/21 12:40:31  Page 23 of 44

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Kevin Erskine**<br>**211 W. Fort Street, Ste. 2100**<br>**Detroit, MI 48226-3220** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **William M. Ejzak**<br>**233 S. Wacker Dr., STe. 6159**<br>**Chicago, IL 60606** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** Total claims from Part 1 | 5a. | $ | 13,650.00 |
| **5b.** Total claims from Part 2 | 5b. + | $ | 3,308,233.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,321,883.07 |

Software Copyright © 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-42617**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to Filing Date | ■ Operating a business<br>☐ Other | **$1,010,332.85** |
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$3,752,216.95** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$8,867,154.96** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Linear Mold & Engineering, LLC**                     Case number *(if known)*   **21-42617**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   SEE ATTACHED | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   SEE ATTACHED | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ◼ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ◼ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Meadoworks, LLC v. Linear Mold & Engineering, LLC<br>2019-CV-7896 | Contract | USDC Northern District of Illinois<br>Everett McKinley Dirksen US Courthouse<br>219 South Dearborn Street Chicago, IL 60604 | ◼ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   Mac-Mold Base, Inc. v. Linear AMS, Inc. and Linear Mold & Engineering, LLC, d/b/a Linear AMS<br>19-3705-CB | Contract | Macomb County Circuit Court<br>40 N. Main Street Mount Clemens, MI 48043 | ◼ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Linear Mold & Engineering, LLC**        Case number *(if known)* **21-42617**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Precision Mold & Machining Services Inc. v. Linear Mold & Engineering, LLC<br>21-002080-CB | Contract | Wayne County Circuit Court<br>2 Woodward Avenue<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Alro Steel Corporation v. Linear Mold & Engineering, LLC<br>21-002569-CB | Contract | Wayne County Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Reko Manufacturing Group, Inc. v. Linear Mold & Engineering, LLC d/b/a Linear AMS<br>19-013784-CB | Contract | Wayne County Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Quality Cavity, Inc. v. Linear Mold & Engineering, LLC d/b/a Linear AMS<br>21-000214-CB | Contract | Wayne County Circuit Court<br>2 Woodward Ave.<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Arbitration between Unifirst Corporation v. Linear Mold & Engineering, LLC d/b/a Linear Mold & Enginering<br>01-20-0014-0975 | Contract - Award issued | American Arbitration Association<br>27777 Franklin Road<br>Suite 1150<br>Southfield, MI 48034 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

21-42617-mar    Doc 71    Filed 05/07/21    Entered 05/07/21 12:40:31    Page 27 of 44

Debtor   **Linear Mold & Engineering, LLC**                    Case number *(if known)*  **21-42617**

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Strobl Sharp PLLC** **300 East Long Lake Road** **Suite 200** **Bloomfield Hills, MI 48304** | | **11/17/2020;** **12/16/2020;** **3/1/2021;** **3/25,2021** | **$56,665.00** |
| | Email or website address **lbrimer@strobllaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **12926 Stark Road** **Livonia, MI 48150** | **8/2017 - 10/2018** |
| 14.2. | **34450 Industrial** **Livonia, MI 48150** | **8/2017 - 07/2019** |
| 14.3. | **34435 Glendale** **Livonia, MI 48150** | **8/2017 - 10/2018** |

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

5/06/21 5:30PM

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Signature | 400 Parkland<br>Charlotte, MI 48813 | 125,000 lbs. HDPE Resin | Unknown |
| Diamabrush | 400 Parkland<br>Charlotte, MI 48813 | 1,200 lbs Nylon Resin | Unknown |
| Chippewa | 400 Parkland<br>Charlotte, MI 48813 | 12,000 lbs. resin | Unknown |
| Spartan | 12163 Globe Street<br>Livonia, MI 48150 | 15.000 lbs Aluminum Materials | Unknown |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **Linear Mold & Engineering, LLC**                    Case number *(if known)*  **21-42617**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **UHY Advisors**<br>**27725 Stansbury Blvd.**<br>**Ste. 210**<br>**Farmington, MI 48334** | **February 2019 - current** |
| 26a.2.   **Doeren Mayhew**<br>**305 West Big Beaver Road**<br>**Troy, MI 48084** | **January 2014 - February 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Doeren Mayhew**<br>**305 West Big Beaver Road**<br>**Troy, MI 48084** | **January 2014 - February 2019** |
| Name and address | Date of service From-To |
| 26b.2.   **UHY Advisors**<br>**27725 Stansbury Blvd.**<br>**Ste. 210**<br>**Farmington, MI 48334** | **February 2019 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor  **Linear Mold & Engineering, LLC**          Case number *(if known)*  **21-42617**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linear Acquisition, LLC | 12163 Globe Street<br>Livonia, MI 48150 | Shareholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Tenbusch | 49098 Veneto<br>Northville, MI 48167 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis Young | 34678 Penbroke<br>Livonia, MI 48152 | President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | SEE RESPONSE TO QUESTION NO. 4 | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Linear Acquisition, LLC | EIN:  82-2121877 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Linear AMS, LLC 401(K) Plan | EIN:  16-1668925 |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   **Linear Mold & Engineering, LLC**                        Case number *(if known)* **21-42617**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2021**

**/s/ John Tenbusch**                                    **John Tenbusch**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright © 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Linear AMS, LLC.**
**Transaction List by Vendor**
December 23, 2020 through March 23, 2021

| | Type | Date | Num | Credit |
|---|---|---|---|---|
| **ACRES GROUP** | | | | |
| | Bill Pmt -Check | 01/07/2021 | 34941 | $7,750.00 |
| | Bill Pmt -Check | 02/05/2021 | 34998 | $7,750.00 |
| | Bill Pmt -Check | 03/02/2021 | 35097 | $7,750.00 |
| | Bill Pmt -Check | 03/17/2021 | 3172021 | $7,750.00 |
| **ACS FACTORS** | | | | |
| | Bill Pmt -Check | 02/05/2021 | 35003 | $1,500.00 |
| | Bill Pmt -Check | 02/11/2021 | 35030 | $800.00 |
| | Bill Pmt -Check | 02/25/2021 | 35063 | $400.00 |
| | Bill Pmt -Check | 03/04/2021 | 35101 | $750.00 |
| | Bill Pmt -Check | 03/17/2021 | 35143 | $1,550.00 |
| **ADVANCED COMPOSITES INC** | | | | |
| | Check | 02/03/2021 | eft020321 | $3,000.00 |
| **AERO DESIGN SERVICES** | | | | |
| | Offset | 3/17/2021 | | $25,737.60 |
| | Offset | 3/17/2021 | | $172.65 |
| | Offset | 3/17/2021 | | $1,625.88 |
| | Bill Pmt -Check | 02/25/2021 | 35064 | $3,414.15 |
| | Bill Pmt -Check | 03/04/2021 | 35102 | $1,279.30 |
| | Bill Pmt -Check | 03/17/2021 | 35144 | $2,467.71 |
| **ASCENTIUM CAPITAL LLC** | | | | |
| | Check | 01/04/2021 | eft1121623 | $3,326.63 |
| | Check | 01/05/2021 | eft1121627 | $2,335.36 |
| | Check | 01/05/2021 | eft1121628 | $2,329.25 |
| | Check | 02/03/2021 | eft1121641 | $3,326.63 |
| | Check | 02/05/2021 | eft1121649 | $2,335.36 |
| | Check | 02/05/2021 | eft1121650 | $2,329.25 |
| | Check | 03/03/2021 | 332024 | $3,326.63 |
| | Check | 03/05/2021 | 332028 | $2,329.25 |
| | Check | 03/05/2021 | 332029 | $2,335.36 |
| **BANK OF THE WEST** | | | | |
| | Check | 02/23/2021 | eft021122 | $7,751.04 |
| **BRIAN MERRY** | | | | |
| | Check | 12/28/2020 | 34921 | $1,074.66 |
| | Bill Pmt -Check | 01/05/2021 | 34927 | $1,200.00 |
| | Bill Pmt -Check | 01/21/2021 | 34975 | $1,200.00 |
| | Check | 01/28/2021 | 34992 | $1,200.00 |
| | Bill Pmt -Check | 02/05/2021 | 35025 | $1,200.00 |
| | Bill Pmt -Check | 02/11/2021 | 35049 | $2,400.00 |
| | Bill Pmt -Check | 02/18/2021 | 35050 | $2,400.00 |
| | Bill Pmt -Check | 02/25/2021 | 35061 | $2,400.00 |
| | Bill Pmt -Check | 03/02/2021 | 35096 | $2,400.00 |
| | Bill Pmt -Check | 03/10/2021 | 35138 | $2,586.34 |
| **CARDSERVICES** | | | | |
| | Check | 01/27/2021 | eft1121637 | $127.00 |
| | Check | 02/23/2021 | eft021125 | $2,000.00 |
| | Check | 03/17/2021 | 332042 | $22,379.71 |
| **CHASE PLASTICS** | | | | |
| | Bill Pmt -Check | 01/08/2021 | 34928 | $4,576.00 |
| | Bill Pmt -Check | 01/21/2021 | 34977 | $3,664.00 |
| | Bill Pmt -Check | 02/25/2021 | 35065 | $4,736.00 |
| | Bill Pmt -Check | 03/04/2021 | 35104 | $6,440.00 |
| | Bill Pmt -Check | 03/10/2021 | 35134 | $2,496.00 |
| | Bill Pmt -Check | 03/17/2021 | 35148 | $4,992.00 |
| **CIT** | | | | |
| | Bill Pmt -Check | 02/11/2021 | 35031 | $2,286.26 |
| | Bill Pmt -Check | 02/22/2021 | 35055 | $2,286.26 |
| | Bill Pmt -Check | 03/22/2021 | 3222022 | $2,188.07 |
| **CITY OF LIVONIA** | | | | |
| | Bill Pmt -Check | 02/11/2021 | 35032 | $203.24 |
| | Bill Pmt -Check | 03/17/2021 | 3172021 | |
| | Bill Pmt -Check | 03/17/2021 | 35171 | $2,817.87 |
| **CONSUMERS ENERGY** | | | | |
| | Bill Pmt -Check | 12/23/2020 | 12232020 | $1,728.33 |
| | Bill Pmt -Check | 01/11/2021 | 1112021 | $10,000.00 |
| | Bill Pmt -Check | 02/02/2021 | 2022021 | $3,030.50 |
| | Bill Pmt -Check | 02/02/2021 | 20220211 | $16,071.52 |
| | Bill Pmt -Check | 02/11/2021 | 2112021 | $28,900.75 |
| | Bill Pmt -Check | 03/02/2021 | 322021 | $24,306.46 |
| | Bill Pmt -Check | 03/02/2021 | 322021 | $3,024.86 |
| **CREATIVE FOAM CORPORATION** | | | | |
| | Bill Pmt -Check | 01/21/2021 | 34976 | $5,160.00 |
| | Bill Pmt -Check | 03/17/2021 | 35149 | $945.00 |

**Linear AMS, LLC.**
**Transaction List by Vendor**
December 23, 2020 through March 23, 2021

| | Type | Date | Num | Credit |
|---|---|---|---|---|
| **DAVID DICKERSON.** | | | | |
| | Bill Pmt -Check | 01/14/2021 | 34967 | $387.72 |
| | Bill Pmt -Check | 01/28/2021 | 34982 | $315.36 |
| | Bill Pmt -Check | 02/11/2021 | 35047 | $263.52 |
| | Bill Pmt -Check | 03/02/2021 | 35092 | $291.60 |
| | Bill Pmt -Check | 03/10/2021 | 35128 | $333.61 |
| **DAVID MOORE** | | | | |
| | Bill Pmt -Check | 12/23/2020 | 34912 | $1,200.00 |
| | Bill Pmt -Check | 02/05/2021 | 34999 | $1,537.50 |
| | Bill Pmt -Check | 03/10/2021 | 35126 | $3,098.88 |
| | Bill Pmt -Check | 03/17/2021 | 35167 | $1,150.00 |
| **DISTRIBUTED ENGINEERING** | | | | |
| | Bill Pmt -Check | 01/11/2021 | 34943 | $2,500.00 |
| | Bill Pmt -Check | 02/05/2021 | 34995 | $2,500.00 |
| | Bill Pmt -Check | 03/10/2021 | 35130 | $2,650.00 |
| **DKB VENTURES, LLC** | | | | |
| | Bill Pmt -Check | 12/28/2020 | 34923 | $1,800.00 |
| | Bill Pmt -Check | 02/05/2021 | 35007 | $3,225.00 |
| | Bill Pmt -Check | 02/11/2021 | 35033 | $1,200.00 |
| | Bill Pmt -Check | 02/25/2021 | 35967 | $1,200.00 |
| | Bill Pmt -Check | 03/04/2021 | 35099 | $1,500.00 |
| | Bill Pmt -Check | 03/17/2021 | 35151 | $1,425.00 |
| **DRS.INDUSTRIAL** | | | | |
| | Bill Pmt -Check | 03/08/2021 | 35124 | $24,100.00 |
| **DTE ENERGY** | | | | |
| | Bill Pmt -Check | 02/02/2021 | 222021 | $13,417.16 |
| | Bill Pmt -Check | 02/11/2021 | 211212 | $14,680.82 |
| **ECOMASS TECHNOLOGIES** | | | | |
| | Bill Pmt -Check | 01/21/2021 | 02021 | $6,620.00 |
| **ENTEC POLYMERS** | | | | |
| | Bill Pmt -Check | 01/08/2021 | eft010821 | $2,980.60 |
| | Bill Pmt -Check | 02/11/2021 | 211213 | $3,215.18 |
| | Bill Pmt -Check | 03/01/2021 | 30120211 | $2,437.00 |
| **EOS OF NORTH AMERICA INC** | | | | |
| | Bill Pmt -Check | 12/30/2020 | 34924 | $5,196.74 |
| | Bill Pmt -Check | 02/05/2021 | 35008 | $9,354.00 |
| | Bill Pmt -Check | 03/10/2021 | 35131 | $13,063.00 |
| | Bill Pmt -Check | 03/17/2021 | 35152 | $3,277.36 |
| **FEDERATED INSURANCE** | | | | |
| | Bill Pmt -Check | 01/20/2021 | 1202021 | $2,908.90 |
| | Bill Pmt -Check | 02/23/2021 | 2222021 | $2,908.90 |
| | Bill Pmt -Check | 03/20/2021 | 3202021 | $2,908.90 |
| **FEDEX** | | | | |
| | Bill Pmt -Check | 01/14/2021 | 34971 | $244.04 |
| | Bill Pmt -Check | 02/05/2021 | 35009 | $5,377.03 |
| | Bill Pmt -Check | 02/11/2021 | 35034 | $424.34 |
| | Bill Pmt -Check | 02/25/2021 | 35068 | $70.37 |
| | Bill Pmt -Check | 03/04/2021 | 35108 | $186.97 |
| | Bill Pmt -Check | 03/17/2021 | 35153 | $3,183.92 |
| **GRADY BELL LLP** | | | | |
| | Bill Pmt -Check | 02/11/2021 | 35035 | $2,760.00 |
| | Bill Pmt -Check | 03/04/2021 | 35123 | $9,360.00 |
| **HIGHLAND CAPITAL CORP.** | | | | |
| | Bill Pmt -Check | 01/29/2021 | 34947 | $7,415.82 |
| | Bill Pmt -Check | 02/22/2021 | 35057 | $7,415.82 |
| **HITECH** | | | | |
| | Offset | 03/17/2021 | | $9,800.00 |
| **IN MOLD SOLUTIONS** | | | | |
| | Bill Pmt -Check | 02/02/2021 | eft020221 | $29,604.17 |
| | Check | 02/09/2021 | eft010524 | $29,604.17 |
| | Check | 03/08/2021 | 332025 | $29,604.17 |
| **JOELSON ROSENBERG** | | | | |
| | Bill Pmt -Check | 02/22/2021 | 35058 | $4,620.00 |
| | Bill Pmt -Check | 03/10/2021 | 35127 | $5,610.00 |
| **JUAN CORTES.** | | | | |
| | Bill Pmt -Check | 01/28/2021 | 34983 | $570.00 |
| | Bill Pmt -Check | 02/05/2021 | 35002 | $1,140.00 |
| | Bill Pmt -Check | 02/11/2021 | 35048 | $600.00 |
| | Bill Pmt -Check | 02/18/2021 | 35052 | $1,000.00 |
| | Bill Pmt -Check | 02/25/2021 | 35060 | $980.00 |
| | Bill Pmt -Check | 03/02/2021 | 35094 | $1,240.00 |
| | Bill Pmt -Check | 03/10/2021 | 35129 | $1,320.00 |
| | Bill Pmt -Check | 03/17/2021 | 35168 | $1,020.00 |

**Linear AMS, LLC.**
**Transaction List by Vendor**
December 23, 2020 through March 23, 2021

| | Type | Date | Num | Credit |
|---|---|---|---|---|
| **LEVEL ONE** | | | | |
| | Check | 12/30/2020 | eft1121622 | $36.00 |
| | Check | 01/04/2021 | eft010421 | $5,181.54 |
| | Check | 01/04/2021 | eft010421 | $4,116.78 |
| | Check | 01/05/2021 | eft1121625 | $851.60 |
| | Check | 01/06/2021 | eft1121630 | $36.00 |
| | Check | 01/14/2021 | eft1121633 | $24.00 |
| | Check | 01/15/2021 | eft1121632 | $260.00 |
| | Check | 01/21/2021 | eft1121636 | $104.00 |
| | Check | 02/02/2021 | eft020221 | $5,181.54 |
| | Check | 02/02/2021 | EFT020221 | $4,120.73 |
| | Check | 02/03/2021 | eft1121640 | $15.30 |
| | Check | 02/03/2021 | eft1121642 | $12.00 |
| | Check | 02/08/2021 | eft1121643 | $1,106.84 |
| | Check | 02/10/2021 | eft010526 | $24.00 |
| | Check | 02/10/2021 | eft021021 | $24.00 |
| | Check | 02/11/2021 | eft01122 | $36.00 |
| | Check | 02/11/2021 | eft021121 | $20.00 |
| | Check | 02/12/2021 | eft01123 | $266.00 |
| | Check | 02/18/2021 | eft021821 | $24.00 |
| | Check | 02/23/2021 | eft021124 | $24.00 |
| | Check | 02/24/2021 | eft021127 | $24.00 |
| | Check | 02/26/2021 | eft022621 | $12.00 |
| | Check | 03/02/2021 | eft020222 | $24.00 |
| | Check | 03/03/2021 | 332022 | $15.20 |
| | Check | 03/04/2021 | 332021 | $24.00 |
| | Check | 03/04/2021 | 332026 | $12.00 |
| | Check | 03/05/2021 | 332027 | $1,119.07 |
| | Check | 03/10/2021 | 332035 | $36.00 |
| | Check | 03/11/2021 | 332037 | $12.00 |
| | Check | 03/12/2021 | 332038 | $293.00 |
| | Check | 03/17/2021 | 332045 | $24.00 |
| | Check | 03/19/2021 | 332046 | $12.00 |
| **MARYGROVE AWNINGS** | | | | |
| | Bill Pmt -Check | 12/23/2020 | 34916 | $7,000.00 |
| | Bill Pmt -Check | 03/17/2021 | 3172021 | |
| **MATERIALISE** | | | | |
| | Bill Pmt -Check | 02/05/2021 | 35014 | $2,000.00 |
| | cc | 02/23/2021 | | $9,240.00 |
| **MIDLAND EQUIPMENT FINANCE** | | | | |
| | Bill Pmt -Check | 12/29/2020 | 12292020 | $7,811.79 |
| | Bill Pmt -Check | 01/29/2021 | eft012921 | $7,811.79 |
| | Bill Pmt -Check | 03/02/2021 | 3022021 | $7,811.79 |
| **MIDWEST RESINS** | | | | |
| | Bill Pmt -Check | 03/04/2021 | 35112 | $6,280.81 |
| **NOVA STAR** | | | | |
| | Bill Pmt -Check | 02/05/2021 | 35018 | $5,160.00 |
| | Bill Pmt -Check | 03/10/2021 | 35132 | $11,600.00 |
| | Bill Pmt -Check | 03/17/2021 | 35161 | $4,035.00 |
| **PEOPLES CAPITAL LEASING CORPOR** | | | | |
| | Bill Pmt -Check | 01/19/2021 | 1192021 | $2,722.19 |
| | Bill Pmt -Check | 02/11/2021 | 35040 | $2,722.19 |
| | Bill Pmt -Check | 02/22/2021 | 35054 | $2,722.19 |
| | Bill Pmt -Check | 03/22/2021 | 3222021 | $2,722.19 |
| **PLASTIC SERVICE CENTERS INC** | | | | |
| | Bill Pmt -Check | 03/01/2021 | 35082 | $13,386.93 |
| **PRIORITY HEALTH** | | | | |
| | Bill Pmt -Check | 02/11/2021 | 35041 | $39,139.92 |
| **ROUSH INDUSTRIES, INC** | | | | |
| | setoff | 03/17/2021 | 3172021 | $16,703.00 |
| **SHEILA OLIVIO.** | | | | |
| | Bill Pmt -Check | 12/23/2020 | 34913 | $581.34 |
| | Bill Pmt -Check | 01/04/2021 | 34930 | $2,342.12 |
| | Bill Pmt -Check | 01/14/2021 | 34965 | $4,229.01 |
| | Bill Pmt -Check | 01/21/2021 | 34973 | $4,923.02 |
| | Bill Pmt -Check | 01/28/2021 | 34981 | $2,515.31 |
| | Bill Pmt -Check | 01/28/2021 | 34986 | $227.48 |
| | Bill Pmt -Check | 02/02/2021 | 34994 | $6,620.00 |
| | Bill Pmt -Check | 02/05/2021 | 34996 | $3,330.54 |
| | Bill Pmt -Check | 02/08/2021 | 35027 | $1,632.12 |
| | Bill Pmt -Check | 02/11/2021 | 35046 | $1,620.47 |
| | Bill Pmt -Check | 02/18/2021 | 35051 | $2,673.68 |
| | Bill Pmt -Check | 02/25/2021 | 35079 | $7,307.75 |
| | Bill Pmt -Check | 03/01/2021 | 35080 | $5,762.25 |

**Linear AMS, LLC.**
**Transaction List by Vendor**
December 23, 2020 through March 23, 2021

| Type | Date | Num | Credit |
|------|------|-----|-------:|
| Bill Pmt -Check | 03/01/2021 | 35081 | $6,620.00 |
| Bill Pmt -Check | 03/02/2021 | 35083 | $50.00 |
| Bill Pmt -Check | 03/02/2021 | 35084 | $295.80 |
| Bill Pmt -Check | 03/02/2021 | 35085 | $451.14 |
| Bill Pmt -Check | 03/04/2021 | 35098 | $2,310.63 |
| Bill Pmt -Check | 03/10/2021 | 35133 | $1,123.15 |
| Bill Pmt -Check | 03/15/2021 | 35140 | $1,892.46 |
| Bill Pmt -Check | 03/17/2021 | 35172 | $5,242.84 |
| Bill Pmt -Check | 03/18/2021 | 35173 | $2,450.66 |

**SIEMENS FINANCIAL SERVICES, INC.**

| Type | Date | Num | Credit |
|------|------|-----|-------:|
| Check | 02/08/2021 | eft010522 | $369.32 |
| Check | 02/09/2021 | eft010523 | $10,607.02 |
| Check | 02/23/2021 | eft021123 | $10,607.02 |

**STROBL & SHARP PLLC**

| Type | Date | Num | Credit |
|------|------|-----|-------:|
| Bill Pmt -Check | 02/26/2021 | eft022621 | $17,182.50 |

**TRIVALENCE TECHNOLOGIES**

| Type | Date | Num | Credit |
|------|------|-----|-------:|
| Bill Pmt -Check | 12/30/2020 | 12302020 | $8,187.07 |
| Bill Pmt -Check | 03/01/2021 | 3012021 | $16,573.84 |

**ULINE**

| Type | Date | Num | Credit |
|------|------|-----|-------:|
| Bill Pmt -Check | 01/14/2021 | 34972 | $655.00 |
| Bill Pmt -Check | 02/05/2021 | 35023 | $1,761.90 |
| Bill Pmt -Check | 02/25/2021 | 35077 | $592.00 |
| Bill Pmt -Check | 03/04/2021 | 35120 | $1,230.80 |
| Bill Pmt -Check | 03/10/2021 | 35135 | $892.97 |
| Bill Pmt -Check | 03/17/2021 | 35166 | $1,683.00 |

**US BANK EQUIPMENT FINANCE**

| Type | Date | Num | Credit |
|------|------|-----|-------:|
| Bill Pmt -Check | 02/22/2021 | 35056 | $7,557.88 |
| Bill Pmt -Check | 03/10/2021 | 35137 | $7,557.88 |
| Check | 03/22/2021 | 332047 | $7,557.88 |

**Earnings Listing**

Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

**LOUIS YOUNG**

**REG**

| Employee | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|
| Young, Louis J. | 03/20/2020 | 0.00 | 0.00 | 1,923.08 |
| | 03/27/2020 | 24.04 | 0.00 | 961.54 |
| | 04/03/2020 | 24.04 | 0.00 | 961.54 |
| | 04/10/2020 | 24.04 | 0.00 | 961.54 |
| | 04/17/2020 | 24.04 | 0.00 | 961.54 |
| | 04/17/2020 | 24.04 | 0.00 | 961.54 |
| | 04/24/2020 | 48.08 | 0.00 | 1,923.08 |
| | 05/01/2020 | 48.08 | 0.00 | 1,923.08 |
| | 05/08/2020 | 48.08 | 0.00 | 1,923.08 |
| | 05/15/2020 | 48.08 | 0.00 | 1,923.08 |
| | 05/22/2020 | 48.08 | 0.00 | 1,923.08 |
| | 05/29/2020 | 48.08 | 0.00 | 1,923.08 |
| | 06/05/2020 | 48.08 | 0.00 | 1,923.08 |
| | 06/12/2020 | 48.08 | 0.00 | 1,923.08 |
| | 06/19/2020 | 48.08 | 0.00 | 1,923.08 |
| | 06/26/2020 | 48.08 | 0.00 | 1,923.08 |
| | 07/03/2020 | 48.08 | 0.00 | 1,923.08 |
| | 07/10/2020 | 48.08 | 0.00 | 1,923.08 |
| | 07/17/2020 | 48.08 | 0.00 | 1,923.08 |
| | 07/24/2020 | 48.08 | 0.00 | 1,923.08 |
| | 07/31/2020 | 48.08 | 0.00 | 1,923.08 |
| | 08/07/2020 | 48.08 | 0.00 | 1,923.08 |
| | 08/14/2020 | 48.08 | 0.00 | 1,923.08 |
| | 08/21/2020 | 48.08 | 0.00 | 1,923.08 |
| | 08/28/2020 | 48.08 | 0.00 | 1,923.08 |
| | 09/04/2020 | 48.08 | 0.00 | 1,923.08 |
| | 09/11/2020 | 48.08 | 0.00 | 1,923.08 |
| | 09/18/2020 | 0.00 | 0.00 | 1,923.08 |
| | 09/25/2020 | 28.85 | 0.00 | 1,153.92 |
| | 10/02/2020 | 28.85 | 0.00 | 1,153.92 |
| | 10/09/2020 | 28.85 | 0.00 | 1,153.92 |
| | 10/16/2020 | 28.85 | 0.00 | 1,153.92 |
| | 10/23/2020 | 28.85 | 0.00 | 1,153.92 |
| | 10/30/2020 | 28.85 | 0.00 | 1,153.92 |
| | 11/06/2020 | 48.08 | 0.00 | 1,923.08 |
| | 11/13/2020 | 48.08 | 0.00 | 1,923.08 |
| | 11/20/2020 | 48.08 | 0.00 | 1,923.08 |
| | 11/27/2020 | 48.08 | 0.00 | 1,923.08 |
| | 12/04/2020 | 0.00 | 0.00 | 1,923.08 |
| | 12/11/2020 | 0.00 | 0.00 | 1,923.08 |
| | 12/18/2020 | 0.00 | 0.00 | 1,923.08 |
| | 12/24/2020 | 0.00 | 0.00 | 1,923.08 |
| | 12/31/2020 | 0.00 | 0.00 | 1,923.08 |
| | 01/08/2021 | 0.00 | 0.00 | 1,923.08 |
| | 01/15/2021 | 0.00 | 0.00 | 1,923.08 |

**Earnings Listing**
Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

|  |  |  | 0.00 | 94,423.66 |
|---|---|---|---|---|
| 01/22/2021 | 0.00 | 0.00 | | 1,923.08 |
| 01/29/2021 | 0.00 | 0.00 | | 1,923.08 |
| 02/05/2021 | 0.00 | 0.00 | | 1,923.08 |
| 02/12/2021 | 0.00 | 0.00 | | 1,923.08 |
| 02/19/2021 | 0.00 | 0.00 | | 1,923.08 |
| 02/26/2021 | 0.00 | 0.00 | | 1,923.08 |
| 03/05/2021 | 0.00 | 0.00 | | 1,923.08 |
| 03/12/2021 | 0.00 | 0.00 | | 1,923.08 |
| 03/19/2021 | 0.00 | 0.00 | | 1,923.08 |

**REG Totals**

|  |  |  | 0.00 | 94,423.66 |
|---|---|---|---|---|

**VAC**

| Employee | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|
| Young, Louis J. | 06/26/2020 | 48.08 | 40.00 | 1,923.08 |

**VAC Totals**

|  |  |  | 40.00 | 1,923.08 |
|---|---|---|---|---|

**Earnings Listing**

Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

## JOHN TENBUSCH
**REG**

| Employee | Chk Date | Rate | Hours | Amount |
|----------|----------|------|-------|--------|
| Tenbusch, John | 03/20/2020 | 10.41 | 0.00 | 416.51 |
| | 03/27/2020 | 3.25 | 0.00 | 130.00 |
| | 04/03/2020 | 3.25 | 0.00 | 130.00 |
| | 04/10/2020 | 3.25 | 0.00 | 130.00 |
| | 04/17/2020 | 3.25 | 0.00 | 130.00 |
| | 04/17/2020 | 46.25 | 0.00 | 1,850.00 |
| | 04/24/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/01/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/01/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/01/2020 | 46.25 | 0.00 | -1,850.00 |
| | 05/08/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/15/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/22/2020 | 46.25 | 0.00 | 1,850.00 |
| | 05/29/2020 | 46.25 | 0.00 | 1,850.00 |
| | 06/05/2020 | 46.25 | 0.00 | 1,850.00 |
| | 06/12/2020 | 28.25 | 0.00 | 1,130.00 |
| | 06/19/2020 | 28.25 | 0.00 | 1,130.00 |
| | 06/26/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/03/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/10/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/17/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/24/2020 | 28.25 | 0.00 | 1,130.00 |
| | 07/31/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/07/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/14/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/21/2020 | 28.25 | 0.00 | 1,130.00 |
| | 08/28/2020 | 28.25 | 0.00 | 1,130.00 |
| | 09/04/2020 | 28.25 | 0.00 | 1,130.00 |
| | 09/11/2020 | 28.25 | 0.00 | 1,130.00 |
| | 09/18/2020 | 0.00 | 0.00 | 1,130.00 |
| | 09/25/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/02/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/09/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/16/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/23/2020 | 0.00 | 0.00 | 1,130.00 |
| | 10/30/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/06/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/13/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/20/2020 | 0.00 | 0.00 | 1,130.00 |
| | 11/27/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/04/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/11/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/18/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/24/2020 | 0.00 | 0.00 | 1,130.00 |
| | 12/31/2020 | 0.00 | 0.00 | 1,130.00 |
| | 01/08/2021 | 0.00 | 0.00 | 1,130.00 |
| | 01/15/2021 | 0.00 | 0.00 | 1,130.00 |

Paylocity Corporation
(888) 873-8205

User: DBowen
Run on 3/22/2021 at 2:04 PM

**Earnings Listing**
Linear Mold & Engineering Inc  (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

| | | | |
|---|---|---|---|
| 01/22/2021 | 0.00 | 0.00 | 1,130.00 |
| 01/29/2021 | 0.00 | 0.00 | 1,130.00 |
| 02/05/2021 | 46.25 | 0.00 | 1,850.00 |
| 02/12/2021 | 46.25 | 0.00 | 1,850.00 |
| 02/19/2021 | 46.25 | 0.00 | 1,850.00 |
| 02/26/2021 | 46.25 | 0.00 | 1,850.00 |
| 03/05/2021 | 46.25 | 0.00 | 1,850.00 |
| 03/12/2021 | 46.25 | 0.00 | 1,850.00 |
| 03/19/2021 | 46.25 | 0.00 | 1,850.00 |
| | | 0.00 | 67,106.51 |

**REG Totals**

| | | | |
|---|---|---|---|
| | | 0.00 | 67,106.51 |

**Report Totals**

| Code | Description | Employees | Amount |
|---|---|---|---|
| HOLM | Holiday Memo | 1 | 0.00 |
| REG | Regular | 1 | 67,106.51 |
| **Totals** | | **1** | **67,106.51** |

**Earnings Listing**
Linear Mold & Engineering Inc  (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods:  03/09/2020 to 03/14/2021

Pag

## JACK TENBUSCH
**OT**

| Employee | Location | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Tenbusch, Jack | 500 | 04/03/2020 | 24.00 | 1.25 | 30.00 |
| | 500 | 04/10/2020 | 24.00 | 1.50 | 36.00 |
| | 500 | 04/17/2020 | 24.00 | 0.25 | 6.00 |
| | Total for Tenbusch, Jack | | | 3.00 | 72.00 |

**OT Totals**

| | | | | 3.00 | 72.00 |
|---|---|---|---|---|---|

**REG**

| Employee | Location | Chk Date | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Tenbusch, Jack | 500 | 03/20/2020 | 16.00 | 14.75 | 236.00 |
| | 500 | 03/27/2020 | 16.00 | 35.25 | 564.00 |
| | 500 | 04/03/2020 | 16.00 | 40.00 | 640.00 |
| | 500 | 04/10/2020 | 16.00 | 40.00 | 640.00 |
| | 500 | 04/17/2020 | 16.00 | 40.00 | 640.00 |
| | 500 | 04/17/2020 | 25.00 | 0.00 | 1,000.00 |
| | 500 | 04/24/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/01/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/08/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/15/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/22/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 05/29/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 06/05/2020 | 41.00 | 0.00 | 1,640.00 |
| | 300 | 06/12/2020 | 0.00 | 38.25 | 0.00 |
| | 300 | 06/12/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 06/19/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 06/26/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/03/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/10/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/17/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/24/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 07/31/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/07/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/14/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/21/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 08/28/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/04/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/11/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/18/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 09/25/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/02/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/09/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/16/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/23/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 10/30/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 11/06/2020 | 0.00 | 0.00 | 660.00 |
| | 300 | 11/13/2020 | 19.23 | 0.00 | 769.23 |
| | 300 | 11/20/2020 | 19.23 | 0.00 | 769.23 |

**Earnings Listing**
Linear Mold & Engineering Inc   (105306)

Check Dates: 03/20/2020 to 03/19/2021
Processes: 2020032001 - 2021031901
Pay Periods: 03/09/2020 to 03/14/2021

Pag

| | | | | |
|---|---|---|---|---|
| 300 | 11/27/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/04/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/11/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/18/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/24/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 12/31/2020 | 19.23 | 0.00 | 769.23 |
| 300 | 01/08/2021 | 19.23 | 0.00 | 769.23 |
| 300 | 01/15/2021 | 19.23 | 0.00 | 769.23 |
| 300 | 01/22/2021 | 19.23 | 0.00 | 769.23 |
| 300 | 01/29/2021 | 0.00 | 0.00 | 230.77 |
| 300 | 01/29/2021 | 25.00 | 0.00 | 1,000.00 |
| 300 | 02/05/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 02/12/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 02/19/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 02/26/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 03/05/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 03/12/2021 | 0.00 | 0.00 | 1,000.00 |
| 300 | 03/19/2021 | 0.00 | 0.00 | 1,000.00 |
| | Total for Tenbusch, Jack | | 208.25 | 46,412.30 |

**REG Totals**

| | | |
|---|---|---|
| | 208.25 | 46,412.30 |
| | 88.00 | 0.00 |

**Report Totals**

| Code | Description | Type | Employees | Amount |
|---|---|---|---|---|
| OT | Overtime | OT | 1 | 72.00 |
| REG | Regular | Reg | 1 | 46,412.30 |
| VAC | Vacation | Standard | 1 | 0.00 |
| **Totals** | | | **1** | **46,484.30** |

# Linear AMS, LLC.
## Transaction List by Vendor
### March 26, 2020 through March 25, 2021

**EXPENSE REIMBURSEMENTS**

| | Type | Date | Credit | |
|---|---|---|---|---|
| **JACK TENBUSCH.** | | | | |
| | Bill Pmt -Check | 04/01/2020 | 51.62 | Mileage |
| | Bill Pmt -Check | 05/11/2020 | 84.78 | Shop Consumbles |
| | Bill Pmt -Check | 06/19/2020 | 43.24 | Shop Consumbles |
| | Bill Pmt -Check | 06/26/2020 | 125.28 | Phone |
| | Bill Pmt -Check | 08/14/2020 | 336.68 | Mileage, $30.44 Shop Consumables |
| | Bill Pmt -Check | 09/04/2020 | 282.66 | Phone, $220.60 Shipping |
| | Bill Pmt -Check | 09/25/2020 | 104.28 | Materials reimbursement |
| | Bill Pmt -Check | 10/09/2020 | 89.38 | Phone, $44.08 Materials |
| | Bill Pmt -Check | 10/29/2020 | 563.11 | Mieage, $411.73 Materials |
| | Bill Pmt -Check | 11/08/2020 | 692.33 | Materials reimbursement |
| | Bill Pmt -Check | 11/13/2020 | 201.53 | Shop Consumbles |
| | Bill Pmt -Check | 12/18/2020 | 465.38 | Shop Consumbles |
| | Bill Pmt -Check | 12/18/2020 | 1,210.70 | $641.3 Materials,$90.75 onsumables, $478.65 Materials |
| | Bill Pmt -Check | 12/23/2020 | 1,040.18 | Telephone, $841.15 Equipment repair, $77.81 Meals |
| | Bill Pmt -Check | 01/04/2021 | 771.93 | Materials reimbursement |
| | Bill Pmt -Check | 01/15/2021 | 102.67 | Reimbused phone expense |
| | Bill Pmt -Check | 01/28/2021 | 282.14 | Milage, phone, $80 materials |
| | Bill Pmt -Check | 02/05/2021 | 92.29 | Reimbused phone expense |
| | Bill Pmt -Check | 02/25/2021 | 265.29 | Shop Consumbles |
| **JOHN TENBUSCH.** | | | | |
| | Bill Pmt -Check | 05/29/2020 | 3,286.99 | Walnut Creek Membership |
| | Bill Pmt -Check | 09/04/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 10/02/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 11/03/2020 | 50.00 | Reimbused phone expense |
| | Check | 11/12/2020 | 7,500.00 | Payroll Advance |
| | Bill Pmt -Check | 12/04/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/04/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/28/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 03/02/2021 | 50.00 | Reimbused phone expense |
| **LOUIS YOUNG.** | | | | |
| | Bill Pmt -Check | 10/02/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 11/03/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 12/04/2020 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/04/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 01/28/2021 | 50.00 | Reimbused phone expense |
| | Bill Pmt -Check | 02/05/2021 | 189.23 | Reimbused phone expense |
| | Bill Pmt -Check | 03/02/2021 | 50.00 | Reimbused phone expense |