211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **21−42617−mar**

In Re: (NAME OF DEBTOR(S))

    Linear Mold & Engineering, LLC

    _____/

**NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES IN A SUBCHAPTER V CASE**

NOTICE IS HEREBY GIVEN that on **5/10/21** an Order Establishing Deadlines and Procedures in a Subchapter V Case was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline for debtor to file motions is **5/25/21**. This is also the deadline to file all unfiled overdue tax returns.

2. Status conference is set for **5/10/21 at 11:00 AM in Courtroom 1825, 211 West Fort St., Detroit, MI 48226**.

3. Deadline to file the pre−status conference report is .

4. Deadline for debtor to file a plan is **6/24/21**.

5. Deadline to return ballots on plan and file objections to confirmation of plan is **7/19/21**. Ballot form should be returned to debtor's attorney.

6. Deadline for creditors to make an election of application of 11 U.S.C. § 1111(b)(2) is .

7. Deadline for the ballot summary is **7/26/21**.

8. Hearing on objections and confirmation of plan is set for **8/2/21 at 11:00 AM in Courtroom 1825, 211 West Fort St., Detroit, MI 48226**.

9. Deadline for all professionals to file final fee applications is **30 days after the confirmation order is entered**.

10. Deadline to file objections to the Order Establishing Deadlines and Procedures is **6/1/21**.

11. Deadline to file a motion to extend the deadline to file a plan is **5/25/21**.

12. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is .

These dates and deadlines are subject to change upon notice if the debtor files a plan before the deadline in item 4 above.

Dated: 5/10/21

                                          Todd M. Stickle , Clerk of Court
                                          UNITED STATES BANKRUPTCY COURT

In re:     Case No. 21-42617-mar

Linear Mold & Engineering, LLC     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: jejac     Page 1 of 5
Date Rcvd: May 10, 2021     Form ID: estdlV     Total Noticed: 133

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Linear Mold & Engineering, LLC, 12163 Globe Street, Livonia, MI 48150-1142 |
| cr | + | EOS North America, c/o Schafer and Weiner, PLLC, Attn: John J. Stockdale, Jr., 40950 Woodward Ave., Ste. 100 Bloomfield Hills, MI 48304-5124 |
| cr | + | Level One Bank, c/o Frances Belzer Wilson, Esq., Dawda, Mann, Mulcahy & Sadler, PLC, 39533 Woodward Avenue, Suite 200 Bloomfield Hills, MI 48304-5103 |
| cr | + | Louca Mold & Aerospace Machining, Inc., 1925 Taylor Road, Auburn Hills, MI 48326-1770 |
| cr | + | U.S. Bank, N.A., c/o Kevin N. Summers, 801 W. Big Beaver Road, Suite 500, Troy, MI 48084-4724 |
| 26923496 | + | 2K Tool, 3025 Madison Avenue SE, Grand Rapids, MI 49548-1209 |
| 26923497 | + | Absolute Machine Tools, Inc, 7420 Industrial Parkway, Lorain, OH 44053-2064 |
| 26923499 | + | Air Technologies, 160 84th St SW, Ste 1, Byron Center, MI 49315-7301 |
| 26923500 | | Alro Steel Corporation, Dept 771478, PO Box 77000, Detroit, MI 48277-1478 |
| 26967438 | + | American Arbitration Association, 2200 Century Plaza, Ste. 300, Atlanta, GA 30345-3126 |
| 26923502 | | Arcam, Krokslatts Fabriker 27A, Se-431 37, Molbdal Sweden |
| 26923504 | + | Birch Machinery Co, PO Box 15, Birch Run, MI 48415-0015 |
| 26923505 | + | Boers, Michael, 302 W. Front Street, Grand Ledge, MI 48837-1018 |
| 26923506 | + | Burrows, Adam, 30800 South Hill Road, New Hudson, MI 48165-8556 |
| 26923507 | + | CBS Tool, 51601 Oro Drive, Shelby Township, MI 48315-2934 |
| 26923509 | + | CIT Bank, N.A., 10201 Centurion Parkway N. #100, Jacksonville, FL 32256-4114 |
| 26923510 | + | City of Charlotte, 111 E. Lawrence Ave, Charlotte, MI 48813-1573 |
| 26923511 | | Clinton Aluminum & Stainless Steel Sales, 6720 Van Buren, Clinton, OH 44216 |
| 26954905 | + | Clinton Aluminum Distributions, c/o American Financial Management, PO Box 31394, Chicago, IL 60631-0394 |
| 26923512 | + | Coats, John, 1651 Lansing Road, Charlotte, MI 48813-8453 |
| 26923513 | + | Complete Capital Services, Inc., 22811 Mack Avenue, Suite 203, Saint Clair Shores, MI 48080-2054 |
| 26923519 | + | DRS Industries Inc., 1067 Hamilton Dr. E, Holland, OH 43528-8165 |
| 26923516 | | Dassault Systemes, 175 Wyman Street, Waltham, MA 02451-1223 |
| 26923518 | + | Dickerson, David, 20409 Luckey Road, Pemberville, OH 43450-9633 |
| 26923523 | | EOS of North America Inc, 28970 Cabot Dr, Novi, MI 48377-2978 |
| 26923521 | + | Eitniear, Ike, 564 Elm Street, Vermontville, MI 49096-9419 |
| 26923522 | + | Ellwood Specialty Steel, 499 Honeybee Lane, New Castle, PA 16105-3807 |
| 26923524 | + | Fanfair, Michael G., 2482 Burwood Court, Highland, MI 48357-3019 |
| 26942022 | + | Federated Mutual Insurance Company, 121 E. Park Square, Owatonna, MN 55060-3046 |
| 26923525 | | Frances Belzer Wilson, DAwda, Mann, Mulcahy & Sadler, PLC, 39533 Woodward Ave., Ste. 200, Bloomfield Hills, MI 48304-5103 |
| 26923527 | | Fraza Forklifts, PO Box 77000, Detroit, MI 48277-1318 |
| 26923528 | | General Electric Company, Bank of America, PO Box 412271, Boston, MA 02241-2271 |
| 26923529 | + | Gerotech, Inc., 29220 Commerce Dr, Flat Rock, MI 48134-2749 |
| 26923530 | + | Gonzales, Josef, 765 3rd Avenue, Pontiac, MI 48340-2013 |
| 26923531 | + | Grady Bell LLP, 53 W Jackson Blvd, Suite 1250, Chicago, IL 60604-3633 |
| 26923532 | + | Graye Electrical Services, Inc, 12257 Market St, Livonia, MI 48150-1166 |
| 26923533 | + | Guardian Environmental Services, 34400 Glendale St, Livonia, MI 48150-1302 |
| 26923534 | + | H & M Machine Tool, 3823 Seiss Ave, Toledo, OH 43612-1316 |
| 26923535 | + | Haglund, Joseph, 33639 Beechnut Street, Westland, MI 48186-4521 |
| 26923536 | + | Highland Capital Corporation, 5 Center Avbenue, Little Falls, NJ 07424-2224 |
| 26923537 | + | In Mold Solutions, LLC, 7230 Cuesta Way Drive NE, Rockford, MI 49341-9493 |

| | | |
|---|---|---|
| 26923538 | + | In-Mold Solutions LLC, 14201 Thompson Drive, Lowell, MI 49331-9139 |
| 26923539 | + | Industrial Development & Holdings, 32400 Telegraph Road, Ste. 202, Bingham Farms, MI 48025-2460 |
| 26962949 | + | Industrial Development and Holdings, LLC, Traurig Law LLC, One University Plaza, Suite 124, Hackensack, NJ 07601-6242 |
| 26962948 | + | Jeffrey Traurig, Traurig Law LLC, One University Plaza, Suite 124, Hackensack, NJ 07601-6242 |
| 26923540 | + | Joelson Rosenberg, 30665 Northwestern Hwy, Ste 200, Farmington, MI 48334-3144 |
| 26923541 | + | John Bay Electric, Inc., 317 Hall Street, Charlotte, MI 48813-1107 |
| 26923542 | + | John Tenbusch, 49098 Veneto, Northville, MI 48167-9388 |
| 26923543 | + | Jones, Joshua, 1716 Lansing Road, Lot 20, Charlotte, MI 48813-8406 |
| 26923544 | + | Kerekes, Steven C., 350 Church Street, Apt. 5A, Olivet, MI 49076-9749 |
| 26923545 | + | Kevin Erskine, 211 W. Fort Street, Ste. 2100, Detroit, MI 48226-3211 |
| 26923546 | + | Kleinfelt, Kenneth, 43 Lake Ride Drive, Mason, MI 48854-8327 |
| 26923547 | + | Konica Minolta, 100 Williams Drive, Ramsey, NJ 07446-2923 |
| 26923548 | | Konica Minolta Business Solutions, Dept CH 19188, Palatine, IL 60055-9188 |
| 26923549 | + | Kowalk, Douglas, 824 W. Shepherd, Charlotte, MI 48813-2002 |
| 26923550 | + | Krawczyk, James, 5370 E. Kinsle, Charlotte, MI 48813-7339 |
| 26923551 | + | Kunar, Craig A., 4429 Boydson Drive, Toledo, OH 43623-4108 |
| 26923552 | + | Landgraf, Manuela, 235 N. Cochran Avenue, Charlotte, MI 48813-1548 |
| 26923553 | + | Lawrence, Debora, 228 Van Lieu Street, Charlotte, MI 48813-1324 |
| 26923554 | + | Legacy Industries, 1925 Taylor Rd, Auburn Hills, MI 48326-1770 |
| 26937661 | + | Level One Bank, c/o Frances Belzer Wilson, Esq., Dawda, Mann, Mulcahy & Sadler, PLC, 39533 Woodward Avenue, Suite 200, Bloomfield Hills, Michigan 48304-5103 |
| 26923555 | + | Level One Bank, Jacob Hachey, 32991 Hamilton Court, Farmington, MI 48334-3330 |
| 26923556 | + | Level One Bank, Attn: Jacob Hachey, 32991 Hamilton Court, Farmington, MI 48334-3330 |
| 26955225 | + | Louca Mold & Aerospace Machining, Inc., 380 N Old Woodward Ave Ste. 300, Birmingham, MI 48009-5322 |
| 26923566 | + | MS Manufacturing, Inc, 44431 Reynolds Dr, Clinton Township, MI 48036-1245 |
| 26923557 | + | Mac Mold Base, Inc, 14921 32 Mile Rd, Romeo, MI 48065-4914 |
| 26949890 | + | Materialise, 44659 Helm Court, Plymouth, MI 48170 |
| 26923558 | + | McFee, John, 113 Grant Avenue, Alma, MI 48801-2218 |
| 26923559 | + | Mead, Jennifer, 235 1/2 N. Cochran Avenue, Charlotte, MI 48813-1548 |
| 26967434 | + | Meadoworks, LLC, 1051 Perimeter Drive, Ste. 525, Schaumburg, IL 60173-5089 |
| 26967437 | | Michael Leib, Leib ADR, LLC, 6632 Telegraph Road, Ste. 293, Bloomfield Hills, MI 48301-3012 |
| 26923561 | + | Michigan Pallet, Inc, PO Box 436, Clinton, MI 49236-0436 |
| 26923562 | #+ | Midland States Bank, 7700 Bonhomme, Suite 300, Saint Louis, MO 63105-0032 |
| 26923563 | + | Milligan, Christina, 3773 Toles Road, Mason, MI 48854-9710 |
| 26923564 | + | Molders Services, Inc., 1556 Telegraph Drive, Pontiac, MI 48340-1031 |
| 26923565 | + | Moldex 3D Northern America, Inc., 27725 Stansbury Blvd, Ste 190, Farmington, MI 48334-3804 |
| 26923567 | + | Myers, David, 17467 Cedarlake Circle, Northville, MI 48168-2298 |
| 26923569 | | NSF International Strategic Registration, Lockbox 771380, Detroit, MI 48277-1380 |
| 26923568 | | Nexeo Solutions, PO Box 74007392, Chicago, IL 60674-7392 |
| 26923570 | + | Olivio, Sheila, 1615 Oak Squire Lane, Howell, MI 48855-7783 |
| 26923576 | + | PJF Metrology North, 4030 Cedar Commercial Dr NE, Cedar Springs, MI 49319-8296 |
| 26923571 | + | Paycor, 4811 Montomery Rd., Cincinnati, OH 45212-2163 |
| 26923572 | + | Peck, Trever R., 456 North Stine Road, Charlotte, MI 48813-8857 |
| 26923573 | + | Penn, Hope, 14196 Susanna Street, Livonia, MI 48154-5911 |
| 26923574 | + | Peoples Capital & Leasing, PO Box 5066, Hartford, CT 06102-5066 |
| 26923575 | + | Pirtek Westland, 28540 Van Born Road, Westland, MI 48186-5187 |
| 26923577 | + | Planview Delaware LLC, 12301 Research Boulevard, Building 5, Suite 101, Austin, TX 78759-2369 |
| 26923578 | + | Plastic Molding Development, Inc, 42400 Yearego Dr, Sterling Heights, MI 48314-3262 |
| 26923579 | + | Precision Mold & Machining Services, Inc, 13143 E Nine Mile Rd, Warren, MI 48089-2620 |
| 26923580 | + | Priority Health, 27777 Franklin Road, Southfield, MI 48034-8282 |
| 26923581 | #+ | Quality Cavity, Inc, 47955 Anna Court, Wixom, MI 48393-3690 |
| 26923582 | | Rapid EDM, Inc, 11555 County Rd 42, Tecumseh, ON, N8N 2M1 |
| 26923583 | | Rapid Machining, 11555 County Rd 42, Tecumseh, ON, N8N 2M1 |
| 26923584 | | Reko Mold Division, 469 Silver Creek Industrial Dr, Lakeshore, ON, N8N 4W2 |
| 26923585 | + | Renaissance Capital Alliance, 5440 Corporate Drive, Suite 275, Troy, MI 48098-2645 |
| 26923586 | + | Richardson, Cody, 3716 W. Jolly Road, Apt. #8, Lansing, MI 48911-3360 |
| 26923587 | + | Rivera, Nelson, 419 E. Lovett, Charlotte, MI 48813-1689 |
| 26923588 | + | Russ Simpson Company, 21906 Schoenherr Road, Warren, MI 48089-2899 |
| 26923590 | + | Sepro America, 765 Commonwealth Drive, #104, Warrendale, PA 15086-7620 |
| 26957729 | + | Siemens Financial Services, Inc., c/o Richard Kruger, Jaffe Raitt Heuer & Weiss, PC, 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8214 |
| 26923591 | + | Siemens Financial Services, Inc., 170 Wood Avenue South, Iselin, NJ 08830-2726 |
| 26923592 | + | Sinclair, Michael, 416 E. Lovett, Charlotte, MI 48813-1608 |

| | | |
|---|---|---|
| 26923593 | + | Skrip, Steven, 223 Prairie Street, Charlotte, MI 48813-1611 |
| 26923594 | + | Small Business Administration, SBA Disaster Loan Service Center, 2 North 20th Street, Ste. 320, Birmingham, AL 35203-4002 |
| 26923595 | + | Spicer, Robyn, 715 Arrowhead, Charlotte, MI 48813-8436 |
| 26923596 | + | Stampede Die & Engineering, 1142 Electric Ave, Wayland, MI 49348-8901 |
| 26923603 | + | TNT EDM, Inc, 47689 E Anchor Court, Plymouth, MI 48170-2455 |
| 26923597 | + | Tenbusch, Jack, 49098 Veneto Drive, Northville, MI 48167-9388 |
| 26923598 | + | Tenbusch, John, 49098 Veneto Drive, Northville, MI 48167-9388 |
| 26923599 | + | Tenibac-Graphion, Inc, 35155 Automation, Clinton Township, MI 48035-3116 |
| 26923600 | #+ | Tennessee Tool & Fixture, 852 Interstate Drive, Manchester, TN 37355-3104 |
| 26923601 | + | Thompson, Tyler, 618 Pearl Street, Charlotte, MI 48813-1826 |
| 26923602 | + | Thuma, Jacqueline, 414 Pearl Street, Charlotte, MI 48813-1822 |
| 26923604 | + | Tyler, Ryan, 10021 Barnes Road, Eaton Rapids, MI 48827-9235 |
| 26923605 | + | US Bank Equipment Finance, PO Box 790448, Saint Louis, MO 63179-0448 |
| 26967436 | + | Unifirst Corporation, 1300 Auburn Rd., Pontiac, MI 48342-3381 |
| 26923606 | + | VAC-MET, Inc, 7236 Murthum, Warren, MI 48092-1296 |
| 26967435 | #+ | William M. Ejzak, 233 South Wacker Drive, Ste. 6159, Chicago, IL 60606-6391 |
| 26947137 | + | XPO Logistics LLC, 13777 Ballantyne Corp Place, Charlotte, NC 28277-4411 |
| 26923607 | + | Young, Louis J., 34678 Pembroke, Livonia, MI 48152-4052 |

TOTAL: 120

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26923501 | | Email/Text: Lhixon@apacpaper.com | May 10 2021 21:18:00 | Apac Paper & Packaging Corp., 4000 Enterprise Drive, Allen Park, MI 48101 |
| 26923503 | + | Email/Text: bknotices@bankofthewest.com | May 10 2021 21:19:48 | Bank of the West, 2527 Camino Ramon, MSN: NC-B07-3F-R, San Ramon, CA 94583-4292 |
| 26960000 | + | Email/Text: bankruptcy_notices@cmsenergy.com | May 10 2021 21:19:00 | CONSUMERS ENERGY COMPANY, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 26923508 | + | Email/Text: dsexton@chaseplastics.com | May 10 2021 21:18:00 | Chase Plastics, 6467 Waldon Center Drive, Clarkston, MI 48346-4830 |
| 26923514 | + | Email/Text: bankruptcy_notices@cmsenergy.com | May 10 2021 21:19:00 | Consumers Energy, PO Box 30079, Lansing, MI 48909-7579 |
| 26923515 | + | Email/Text: mlmueller@creativefoam.com | May 10 2021 21:18:00 | Creative Foam Corporation, 300 N Alloy Dr, Fenton, MI 48430-2649 |
| 26923517 | | Email/PDF: DellBKNotifications@resurgent.com | May 10 2021 21:32:41 | Dell Financial Services, Payment Processing Center, PO Box 5275, Carol Stream, IL 60197-5275 |
| 26955863 | + | Email/Text: brupt1@dteenergy.com | May 10 2021 21:19:00 | DTE ENERGY, ONE ENERGY PLAZA WCB735, DETROIT, MI 48226-1221 |
| 26923520 | | Email/Text: brupt1@dteenergy.com | May 10 2021 21:19:00 | DTE Energy, PO Box 2859, Detroit, MI 48260-0001 |
| 26923526 | | Email/Text: ebn@fmins.com | May 10 2021 21:18:00 | Frankenmuth Insurance, One Mutual Ave, Frankenmuth, MI 48787-0001 |
| 26923589 | | Email/Text: bankruptcy@safety-kleen.com | May 10 2021 21:18:00 | Safety-Kleen, PO Box 382066, Pittsburgh, PA 15250-8066 |
| 26928814 | + | Email/Text: Bankruptcy@tcfbank.com | May 10 2021 21:18:00 | TCF National Bank, 11100 Wayzata Blvd, suite 801, Minnetonka, MN 55305-5503 |
| 26949828 | + | Email/Text: accounts.receivable@uline.com | May 10 2021 21:19:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| ust | | Andrew R. Vara |
| cr | | Bank of the West |
| acc | | James Bauters |
| cr | | Mac-Mold Base, Inc. |
| cr | | Siemens Financial Services, Inc. |
| 26923560 | | Michael Sinclair |
| 26936619 | *+ | Gerotech Inc, 29220 Commerce Dr., Flat Rock, MI 48134-2749 |
| 26964177 | * | Materialise, 44659 Helm Court, Plymouth, MI 48170 |
| 26923498 | ##+ | AIC Equipment & Controls, Inc., 37 Summit Street, Brighton, MI 48116-1834 |

TOTAL: 6 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Dennis W. Loughlin | on behalf of Creditor Mac-Mold Base Inc. dloughlin@wnj.com, arey@wnj.com |
| Frances Belzer Wilson | on behalf of Creditor Level One Bank fwilson@dmms.com sdewey@dmms.com;brr@dmms.com |
| Jill M. Gies (UST) | on behalf of U.S. Trustee Andrew R. Vara jill.gies@usdoj.gov |
| John J. Stockdale, Jr. | on behalf of Creditor EOS North America jstockdale@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com |
| Kevin N. Summers | on behalf of Creditor U.S. Bank N.A. ksummers@dflaw.com, ccook@dflaw.com |
| Lynn M. Brimer | on behalf of Debtor In Possession Linear Mold & Engineering LLC lbrimer@strobllaw.com, tcleland@strobllaw.com |
| Mark H. Shapiro | on behalf of Trustee Mark H. Shapiro shapiro@steinbergshapiro.com jbrown@steinbergshapiro.com |
| Mark H. Shapiro | shapiro@steinbergshapiro.com harmon@steinbergshapiro.com;MHS@trustesolutions.net;mi29@ecfcbis.com;jbrown@steinbergshapiro.com |
| Pamela S. Ritter | on behalf of Debtor In Possession Linear Mold & Engineering LLC pritter@stroblpc.com, ngirardot@stroblpc.com |
| Richard E. Kruger | on behalf of Creditor Bank of the West rkruger@jaffelaw.com dgoldberg@jaffelaw.com;tneddermeyer@jaffelaw.com |
| Richard E. Kruger | |

on behalf of Creditor Siemens Financial Services  Inc. rkruger@jaffelaw.com, dgoldberg@jaffelaw.com;tneddermeyer@jaffelaw.com

Wayne Walker

on behalf of Creditor Louca Mold & Aerospace Machining  Inc. wew@wwrplaw.com

TOTAL: 12