UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                        Case No. 21-42617-mar

**LINEAR MOLD & ENGINEERING, LLC**     Chapter 11

                                                     Hon. Mark A. Randon
                  Debtor.
_____/

## STIPULATION FOR ENTRY OF AN ORDER GRANTING EXTENSION OF TIME FOR ONLY EOS NORTH AMERICA TO FILE A RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION

This is the stipulation of the Debtor and EOS North America, through their respective counsel, for the entry of an Order extending the time for only EOS North America to file a response to the *Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(A), 363, 364, 503(B), 1107(A), and 1108, Bankruptcy Rules 6003 and 6004, and Local Rule 4001-4 (A) Authorizing the Debtor to (I) Honor Certain Prepetition Obligations Owed to Certain Critical Vendors and (II) Continue Prepetition Practices with Certain Critical Vendors and (B) Authorizing All Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers; and Memorandum of Law in Support* [DN 66] (the "Critical Vendor Motion") from May 18, 2021 to May 21, 2021. A copy of the proposed Order is attached as **Exhibit A**.

[Signature Page Follows]

**WHEREFORE**, the undersigned respectfully request that the Court enter the proposed Order attached as Exhibit A hereto.

| **STROBL & SHARP PLLC** | **SCHAFER AND WEINER, PLLC** |
|---|---|
| By: /s/ Lynn M. Brimer | By: /s/ John J. Stockdale, Jr. |
| LYNN M BRIMER (P43291) | JOHN J. STOCKDALE, JR. (P71561) |
| Counsel for Debtor | Counsel for EOS North America |
| 300 East Long Lake Road, Suite 200 | 40950 Woodward Ave., Ste. 100 |
| Bloomfield Hills, MI 48304 | Bloomfield Hills, MI 48304 |
| Lbrimer@stroblpc.com | jstockdale@schaferandweiner.com |
| (248)540-2300 | (248) 540-3340 |

Dated: May 19, 2021

{00902910.2}

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 21-42617-mar

**LINEAR MOLD & ENGINEERING, LLC**  Chapter 11

Hon. Mark A. Randon

Debtor.
_____/

## ORDER GRANTING EXTENSION OF TIME
## FOR ONLY EOS NORTH AMERICA TO FILE A
## RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION

**THIS MATTER** came before the Court on the stipulation of the Debtor[1] and EOS North America, by and through their counsel, for an extension of time for only EOS North America to file a response to the Debtor's Critical Vendor Motion. The Court being fully advised in the premises,

**IT IS ORDERED** that the deadline for only EOS North America to file a response to the Debtor's Critical Vendor Motion [Docket No. 66] is extended from May 18, 2021 to and including May 21, 2021.

---

[1] Capitalized Terms not defined herein have the meanings ascribed to them in the Stipulation.