UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                Case No. 21-42617-mar

LINEAR MOLD & ENGINEERING, LLC                        Chapter 11

                                                      Hon. Mark A. Randon
                        Debtor.
_____/

# ORDER GRANTING EXTENSION OF TIME FOR ONLY EOS NORTH AMERICA TO FILE A RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION

**THIS MATTER** came before the Court on the stipulation of the Debtor[1] and EOS North America, by and through their counsel, for an extension of time for only EOS North America to file a response to the Debtor's Critical Vendor Motion. The Court being fully advised in the premises,

**IT IS ORDERED** that the deadline for only EOS North America to file a response to the Debtor's Critical Vendor Motion [Docket No. 66] is extended from May 18, 2021 to and including May 21, 2021.

**Signed on May 19, 2021**

/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge

---

[1] Capitalized Terms not defined herein have the meanings ascribed to them in the Stipulation.