UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Case No. 21-42617-mar

**Linear Mold & Engineering, LLC,**                  Chapter 11 [Sub-Chp. V]

    Debtor.                      Hon. Mark A. Randon
_____/

**STIPULATION FOR ENTRY OF ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE AND THE SUB CHAPTER V TRUSTEE TO FILE A RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION**

    This is the stipulation of the United States Trustee, the Sub Chapter V Trustee, and the Debtor, through their respective counsel, for the entry of an Order allowing additional time for the United States Trustee and the Sub Chapter V Trustee to respond to the Debtor's *Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(A), 363, 364, 503(B), 1107(A), and 1108, Bankruptcy Rules 6003 and 6004, and Local Rule 4001-4 (A) Authorizing the Debtor to (I) Honor Certain Prepetition Obligations Owed to Certain Critical Vendors and (II) Continue Prepetition Practices with Certain Critical Vendors and (B) Authorizing All Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers; and Memorandum of Law in Support.* Docket # 66 (the "Critical Vendor Motion"). A proposed Order is attached.

| ANDREW R. VARA<br>UNITED STATES TRUSTEE<br>Regions 3 and 9 | STROBL & SHARP PLLC |
|---|---|
| By: /s/ Jill M. Gies<br>Office of the U.S. Trustee<br>Jill M. Gies [P56345]<br>211 West Fort St. – Suite 700<br>Detroit, MI 48226<br>(313) 226-7999<br>Jill.Gies@usdoj.gov | /s/ Lynn M. Brimer<br>Attorney for Debtor<br>Lynn M. Brimer [P43291]<br>300 East Long Lake road – Suite 200<br>Bloomfield Hills, MI 48304<br>(248) 540-2300<br>lbrimer@stroblpc.com |

STEINBERG SHAPIRO

/s/ Mark H. Shapiro
Sub-Chapter V Trustee
Mark Shapiro [P]
25925 Telegraph Road – Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Dated: May 20, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 21-42617-mar

**Linear Mold & Engineering, LLC,**  Chapter 11 [Sub-Chp. V]

Debtor.  Hon. Mark A. Randon

_____/

# ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE AND THE SUB CHAPTER V TRUSTEE TO FILE A RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION

This matter having come before the Court on the stipulation of the United States Trustee, the Sub-Chapter V Trustee and the Debtors for an extension of time to allow the U.S. Trustee and Sub-Chapter V Trustee to file a response to the Debtor's Critical Vendor Motion. Accordingly,

**IT IS ORDERED** that the United States Trustee and the Sub-Chapter V Trustee may have additional time to file a response to the Debtor's Critical Vendor Motion (Docket #66) until and including May 25, 2021.