UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Case No. 21-42617-mar

**Linear Mold & Engineering, LLC,**        Chapter 11 [Sub-Chp. V]

      Debtor.                              Hon. Mark A. Randon

_____/

# ORDER EXTENDING TIME FOR THE UNITED STATES TRUSTEE AND THE SUB CHAPTER V TRUSTEE TO FILE A RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION

       This matter having come before the Court on the stipulation of the United States Trustee, the Sub-Chapter V Trustee and the Debtors for an extension of time to allow the U.S. Trustee and Sub-Chapter V Trustee to file a response to the Debtor's Critical Vendor Motion. Accordingly,

       **IT IS ORDERED** that the United States Trustee and the Sub-Chapter V Trustee may have additional time to file a response to the Debtor's Critical Vendor Motion (Docket #66) until and including May 25, 2021.

**Signed on May 20, 2021**



                                               /s/ Mark A. Randon
                                               **Mark A. Randon**
                                               **United States Bankruptcy Judge**