**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                    Case No. 21-42617-mar

**LINEAR MOLD & ENGINEERING, LLC**        Chapter 11

                                                          Hon. Mark A. Randon

                Debtor.

_____/

**STIPULATION FOR ENTRY OF A SECOND ORDER GRANTING**
**EXTENSION OF TIME FOR ONLY EOS NORTH AMERICA TO FILE**
**A RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION**

This is the stipulation of the Debtor and EOS North America, through their

respective counsel, for the entry of a second Order extending the time for only EOS

North America to file a response to the *Debtor's Motion for Entry of an Order*

*Pursuant to 11 U.S.C. § 105(A), 363, 364, 503(B), 1107(A), and 1108, Bankruptcy*

*Rules 6003 and 6004, and Local Rule 4001-4 (A) Authorizing the Debtor to (I) Honor*

*Certain Prepetition Obligations Owed to Certain Critical Vendors and (II) Continue*

*Prepetition Practices with Certain Critical Vendors and (B) Authorizing All Banks*

*and Other Financial Institutions to Honor and Process Related Checks and*

*Transfers; and Memorandum of Law in Support* [DN 66] (the "Critical Vendor

Motion") from May 21, 2021 to May 25, 2021. A copy of the proposed Order is

attached as **Exhibit A**.

[Signature Page Follows]

{00903300.1}

**WHEREFORE**, the undersigned respectfully request that the Court enter the

proposed Order attached as Exhibit A hereto.


**STROBL & SHARP PLLC**              **SCHAFER AND WEINER, PLLC**

By: / s / Lynn M. Brimer         .     By: /s/  John J. Stockdale, Jr.         .
LYNN M BRIMER (P43291)          JOHN J. STOCKDALE, JR. (P71561)
Counsel for Debtor                     Counsel for EOS North America
300 East Long Lake Road, Suite 200  40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304             Bloomfield Hills, MI 48304
Lbrimer@stroblpc.com                jstockdale@schaferandweiner.com
(248)540-2300                          (248) 540-3340



Dated: May 21, 2021

{00903300.1}

# EXHIBIT  A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                                      Case No. 21-42617-mar

**LINEAR MOLD & ENGINEERING, LLC**          Chapter 11

                                                            Hon. Mark A. Randon

          Debtor.

_____/

## SECOND ORDER GRANTING EXTENSION OF TIME
## FOR ONLY EOS NORTH AMERICA TO FILE  A
## RESPONSE TO DEBTOR'S CRITICAL VENDOR MOTION


**THIS MATTER** came before the Court on the stipulation of the Debtor[1] and EOS North America, by and through their counsel, for a second extension of time for only EOS North America to file a response to the Debtor's Critical Vendor Motion.  The Court being fully advised in the premises,

**IT IS ORDERED** that the deadline for only EOS North America to file a response to the Debtor's Critical Vendor Motion [Docket No. 66] is extended from May 21, 2021 to and including May 25, 2021.

---

[1] Capitalized Terms not defined herein have the meanings ascribed to them in the Stipulation.