# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| **Debtor.** | Hon. Mark A. Randon |

## CERTIFICATE OF NON-RESPONSE TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 363, 364, 503(B), 1107(A), AND 1108, BANKRUPTCY RULES 6003 AND 6004, AND LOCAL RULE 4001-4 (A) AUTHORIZING THE DEBTOR TO (I) HONOR CERTAIN PREPETITION OBLIGATIONS OWED TO CERTAIN CRITICAL VENDORS AND (II) CONTINUE PREPETITION PRACTICES WITH CERTAIN CRITICAL VENDORS AND (B) AUTHORIZING ALL BANKS AND OTHER FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS

Lynn M. Brimer states as follows:

1. I am an attorney at the law firm of Strobl Sharp PLLC, bankruptcy counsel to Debtor.

2. I make this certification upon personal knowledge. If called as a witness I would testify to the facts as set forth herein.

3. On May 4, 2021, Debtor filed a Motion for Entry of An Order Pursuant to 11 U.S.C. §§ 105(A), 363, 364, 503(B), 1107(A), and 1108, Bankruptcy Rules 6003 and 6004, and Local Rule 4001-4 (A) Authorizing the Debtor to (I) Honor

Certain Prepetition Obligations Owed to Certain Critical Vendors and (II) Continue Prepetition Practices with Certain Critical Vendors and (B) Authorizing All Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 66] (the "Motion") and Notice and Opportunity to Respond/Object to Debtor's Motion [Docket No. 67] (the "Notice"). The Motion was served on all parties via the court's electronic mailing system and Notice were served on all creditors on the Debtor's matrix. A Certificate of Service was filed on May 4, 2021 [Docket No. 68]. More than fourteen (14) days have elapsed since the Motion and Notice were filed and properly served.

4. Orders granting an extension to file a response to the Motion were entered extending the response date for the United States Trustee, the Subchapter V Trustee and creditor EOS North America to and including May 25, 2021. [Dockets No. 80, 82 and 84]

5. No response, objection or request for hearing has been filed by any party in interest with respect to the Motion.

6. Debtor has submitted an Order Granting Debtor's Motion to Limit Notice Requirements Pursuant to Fed.Bankr.R Rule 2002 and Fed.R.Bankr. E.D. Mich. L.B.R. 2002-1.

Respectfully submitted,

**STROBL SHARP PLLC**

<u>*/s/Lynn M. Brimer*</u>
LYNN M. BRIMER (P43291)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@strobllaw.com

Dated: June 1, 2021

*S&B\85363\002\PLDG\SB746321.DOCX