Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-42617**

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address<br>**Boers, Michael**<br>**302 W. Front Street**<br>**Grand Ledge, MI 48837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2**   Priority creditor's name and mailing address<br>**Burrows, Adam**<br>**30800 South Hill Road**<br>**New Hudson, MI 48165** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Coats, John**
**1651 Lansing Road**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Dickerson, David**
**20409 Luckey Road**
**Pemberville, OH 43450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Eitniear, Ike**
**564 Elm Street**
**Vermontville, MI 49096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Fanfair, Michael G.**
**2482 Burwood Court**
**Highland, MI 48357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | 21-42617 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Gonzales, Josef**<br>**765 3rd Avenue**<br>**Pontiac, MI 48340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Haglund, Joseph**<br>**33639 Beechnut Street**<br>**Westland, MI 48186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Jones, Joshua**<br>**1716 Lansing Road**<br>**Lot 20**<br>**Charlotte, MI 48813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Kerekes, Steven C.**<br>**350 Church Street**<br>**Apt. 5A**<br>**Olivet, MI 49076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**March 19, 2021** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kleinfelt, Kenneth**
43 Lake Ride Drive
Mason, MI 48854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kowalk, Douglas**
824 W. Shepherd
Charlotte, MI 48813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Krawczyk, James**
5370 E. Kinsle
Charlotte, MI 48813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kunar, Craig A.**
4429 Boydson Drive
Toledo, OH 43623

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

Priority creditor's name and mailing address
**Landgraf, Manuela**
**235 N. Cochran Avenue**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 |

Priority creditor's name and mailing address
**Lawrence, Debora**
**228 Van Lieu Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 |

Priority creditor's name and mailing address
**McFee, John**
**113 Grant Avenue**
**Alma, MI 48801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 |

Priority creditor's name and mailing address
**Mead, Jennifer**
**235 1/2 N. Cochran Avenue**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Milligan, Christina**
**3773 Toles Road**
**Mason, MI 48854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Myers, David**
**17467 Cedarlake Circle**
**Northville, MI 48168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Olivio, Sheila**
**1615 Oak Squire Lane**
**Howell, MI 48855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Peck, Trever R.**
**456 North Stine Road**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Penn, Hope**
14196 Susanna Street
Livonia, MI 48154

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Richardson, Cody**
3716 W. Jolly Road
Apt. #8
Lansing, MI 48911

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rivera, Nelson**
419 E. Lovett
Charlotte, MI 48813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sinclair, Michael**
416 E. Lovett
Charlotte, MI 48813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Skrip, Steven**
**223 Prairie Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**March 19, 2021**    **Wages**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Spicer, Robyn**
**715 Arrowhead**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**March 19, 2021**    **Wages**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tenbusch, Jack**
**49098 Veneto Drive**
**Northville, MI 48167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**March 19, 2021**    **Wages**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tenbusch, John**
**49098 Veneto Drive**
**Northville, MI 48167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |

**March 19, 2021**    **Wages**

Last 4 digits of account number            Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|

**2.31** Priority creditor's name and mailing address
**Thompson, Tyler**
**618 Pearl Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:     **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address
**Thuma, Jacqueline**
**414 Pearl Street**
**Charlotte, MI 48813**

As of the petition filing date, the claim is:     **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** Priority creditor's name and mailing address
**Tyler, Ryan**
**10021 Barnes Road**
**Eaton Rapids, MI 48827**

As of the petition filing date, the claim is:     **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address
**Young, Louis J.**
**34678 Pembroke**
**Livonia, MI 48152**

As of the petition filing date, the claim is:     **$13,650.00**    **$13,650.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 19, 2021**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Linear Mold & Engineering, LLC | Case number (if known) | 21-42617 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,515.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
2K Tool
3025 Madison Avenue SE
Grand Rapids, MI 49548

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $6,515.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Absolute Machine Tools, Inc
7420 Industrial Parkway
Lorain, OH 44053

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $24,021.12
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
AIC Equipment & Controls, Inc.
37 Summit Street
Brighton, MI 48116

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,193.84
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Air Technologies
160 84th St SW
Ste 1
Byron Center, MI 49315

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,283.10
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Alro Steel Corporation
Dept 771478
PO Box 77000
Detroit, MI 48277-1478

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $32,994.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
American Arbitration Associaiton
2200 Century Parkway, Ste. 300
Atlanta, GA 30345

Date(s) debt was incurred  2/15/2021
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $1,725.00
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Arbitration fees
Is the claim subject to offset? ■ No ☐ Yes

**3.7** Nonpriority creditor's name and mailing address
Apac Paper & Packaging Corp.
4000 Enterprise Drive
Allen Park, MI 48101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $2,263.30
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade debt
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Linear Mold & Engineering, LLC** | Case number (if known) | **21-42617** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,750.00 |
|---|---|---|---|
| | **Arcam**<br>**Krokslatts Fabriker 27A**<br>**Se-431 37**<br>**Molbdal Sweden** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,245.00 |
|---|---|---|---|
| | **Birch Machinery Co**<br>**PO Box 15**<br>**Birch Run, MI 48415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|
| | **CBS Tool**<br>**51601 Oro Drive**<br>**Shelby Township, MI 48315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _February 1, 2019_ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,040.00 |
|---|---|---|---|
| | **Chase Plastics**<br>**6467 Waldon Center Drive**<br>**Clarkston, MI 48346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,427.99 |
|---|---|---|---|
| | **City of Charlotte**<br>**111 E. Lawrence Ave**<br>**Charlotte, MI 48813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Property taxes_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292,849.16 |
|---|---|---|---|
| | **Clinton Aluminum & Stainless Steel Sales**<br>**6720 Van Buren**<br>**Clinton, OH 44216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,519.95 |
|---|---|---|---|
| | **Consumers Energy**<br>**PO Box 30079**<br>**Lansing, MI 48937-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Trade debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

21-42617-mar    Doc 88-1    Filed 06/01/21    Entered 06/01/21 12:07:07    Page 11 of 23

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,510.00 |
|---|---|---|---|
| | **Creative Foam Corporation**<br>300 N Alloy Dr<br>Fenton, MI 48430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,950.66 |
|---|---|---|---|
| | **Dassault Systemes**<br>175 Wyman Street<br>Waltham, MA 02451-1223 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,224.78 |
|---|---|---|---|
| | **Dell Financial Services**<br>Payment Processing Center<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,100.00 |
|---|---|---|---|
| | **DRS Industries Inc.**<br>1067 Hamilton Dr. E<br>Holland, OH 43528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,880.27 |
|---|---|---|---|
| | **DTE Energy**<br>PO Box 2859<br>Detroit, MI 48260-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,221.00 |
|---|---|---|---|
| | **Ellwood Specialty Steel**<br>499 Honeybee Lane<br>New Castle, PA 16105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,240.77 |
|---|---|---|---|
| | **EOS of North America Inc**<br>28970 Cabot Dr<br>Novi, MI 48377-2978 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 12 of 20

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,299.00 |
|------|--------|--------|--------|
| | **Frankenmuth Insurance** <br> **One Mutual Ave** <br> **Frankenmuth, MI 48787-0001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.45 |
|------|--------|--------|--------|
| | **Fraza Forklifts** <br> **PO Box 77000** <br> **Detroit, MI 48277-1318** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,669.21 |
|------|--------|--------|--------|
| | **General Electric Company** <br> **Bank of America** <br> **PO Box 412271** <br> **Boston, MA 02241-2271** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,447.50 |
|------|--------|--------|--------|
| | **Gerotech, Inc.** <br> **29220 Commerce Dr** <br> **Flat Rock, MI 48134** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,335.00 |
|------|--------|--------|--------|
| | **Grady Bell LLP** <br> **53 W Jackson Blvd** <br> **Suite 1250** <br> **Chicago, IL 60604** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,168.48 |
|------|--------|--------|--------|
| | **Graye Electrical Services, Inc** <br> **12257 Market St** <br> **Livonia, MI 48150** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,593.55 |
|------|--------|--------|--------|
| | **Guardian Environmental Services** <br> **34400 Glendale St** <br> **Livonia, MI 48150** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F                   Schedule E/F: Creditors Who Have Unsecured Claims                   Page 13 of 20

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | Linear Mold & Engineering, LLC | Case number (if known) | 21-42617 |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,545.00**
---

H & M Machine Tool
3823 Seiss Ave
Toledo, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,272.53**

In Mold Solutions, LLC
7230 Cuesta Way Drive NE
Rockford, MI 49341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,136.32**

Industrial Development & Holdings
32400 Telegraph Road, Ste. 202
Bingham Farms, MI 48025

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,982.50**

Joelson Rosenberg
30665 Northwestern Hwy
Ste 200
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,075.00**

John Bay Electric, Inc.
317 Hall Street
Charlotte, MI 48813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250,000.00**

John Tenbusch
49098 Veneto
Northville, MI 48167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,106.97**

Konica Minolta Business Solutions
Dept CH 19188
Palatine, IL 60055-9188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,145.00 |
| | Legacy Industries<br>1925 Taylor Rd<br>Auburn Hills, MI 48326-1574 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554,133.00 |
| | Level One Bank<br>Attn:  Jacob Hachey<br>32991 Hamilton Court<br>Farmington, MI 48334 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Paycheck Protection Progam Loan | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555,058.58 |
| | Level One Bank<br>Jacob Hachey<br>32991 Hamilton Court<br>Farmington, MI 48334 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2021 | Basis for the claim:  PPP Loan | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | Louis Young<br>34678 Penbroke<br>Livonia, MI 48152 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Past due compensation | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $47,657.46 |
| | Mac Mold Base, Inc<br>14921 32 Mile Rd<br>Romeo, MI 48065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | Meadoworks, LLC<br>1051 Perimeter Dr., Ste. 525<br>Schaumburg, IL 60173 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  March 2019 | Basis for the claim:  Alleged Breach of Contract Claim | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
| | Michael Leib<br>Leib ADR, LLC<br>6632 Telegraph Road, Ste. 293<br>Bloomfield Hills, MI 48301-3012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/15/2021 | Basis for the claim:  Arbitrator's fees | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.17 |
|---|---|---|---|

**Michael Sinclair**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,860.00 |
|---|---|---|---|

**Michigan Pallet, Inc**
PO Box 436
Clinton, MI 49236

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,340.00 |
|---|---|---|---|

**Molders Services, Inc.**
1556 Telegraph Drive
Pontiac, MI 48340

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,932.00 |
|---|---|---|---|

**Moldex 3D Northern America, Inc.**
27725 Stansbury Blvd
Ste 190
Farmington, MI 48334

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,416.67 |
|---|---|---|---|

**MS Manufacturing, Inc**
44431 Reynolds Dr
Clinton Township, MI 48036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,184.72 |
|---|---|---|---|

**Nexeo Solutions**
PO Box 74007392
Chicago, IL 60674-7392

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,248.43 |
|---|---|---|---|

**NSF International Strategic Registration**
Lockbox 771380
Detroit, MI 48277-1380

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,997.98 |
|---|---|---|---|

**Paycor**
4811 Montomery Rd.
Cincinnati, OH 45212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.44 |
|---|---|---|---|

**Peoples Capital & Leasing**
PO Box 5066
Hartford, CT 06102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,807.60 |
|---|---|---|---|

**Pirtek Westland**
28540 Van Born Road
Westland, MI 48186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,741.25 |
|---|---|---|---|

**PJF Metrology North**
4030 Cedar Commercial Dr NE
Cedar Springs, MI 49319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,591.00 |
|---|---|---|---|

**Planview Delaware LLC**
12301 Research Boulevard
Building 5, Suite 101
Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,813.00 |
|---|---|---|---|

**Plastic Molding Development, Inc**
42400 Yearego Dr
Sterling Heights, MI 48314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,312.92 |
|---|---|---|---|

**Precision Mold & Machining Services, Inc**
13143 E Nine Mile Rd
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,588.90 |
|---|---|---|---|

**Priority Health**
27777 Franklin Road
Southfield, MI 48034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,662.50 |
|---|---|---|---|

**Quality Cavity, Inc**
47955 Anna Court
Wixom, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,730.00 |
|---|---|---|---|

**Rapid EDM, Inc**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Rapid Machining**
11555 County Rd 42
Tecumseh, ON
N8N 2M1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,730.03 |
|---|---|---|---|

**Reko Mold Division**
469 Silver Creek Industrial Dr
Lakeshore, ON
N8N 4W2

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.18 |
|---|---|---|---|

**Russ Simpson Company**
21906 Schoenherr Road
Warren, MI 48089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2019

**Basis for the claim:** Trade debt

Last 4 digits of account number  5141

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,357.98 |
|---|---|---|---|

**Safety-Kleen**
PO Box 382066
Pittsburgh, PA 15250-8066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,468.21 |
|---|---|---|---|
| | **Sepro America**<br>765 Commonwealth Drive, #104<br>Warrendale, PA 15086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,045.00 |
|---|---|---|---|
| | **Stampede Die & Engineering**<br>1142 Electric Ave<br>Wayland, MI 49348 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|
| | **Tenibac-Graphion, Inc**<br>35155 Automation<br>Clinton Township, MI 48035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,738.00 |
|---|---|---|---|
| | **Tennessee Tool & Fixture**<br>852 Interstate Drive<br>Manchester, TN 37355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/01/2018 and 11/29/2018 | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.00 |
|---|---|---|---|
| | **TNT EDM, Inc**<br>47689 E Anchor Court<br>Plymouth, MI 48170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,156.75 |
|---|---|---|---|
| | **Unifirst Corporation**<br>1300 Auburn Road<br>Pontiac, MI 48342 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  February 5, 2021 | Basis for the claim:  Arbitration Award | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,848.43 |
|---|---|---|---|
| | **US Bank Equipment Finance**<br>PO Box 790448<br>Saint Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Linear Mold & Engineering, LLC | Case number (if known) | 21-42617 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,910.00 |
| | VAC-MET, Inc<br>7236 Murthum<br>Warren, MI 48092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt  | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Kevin Erskine<br>211 W. Fort Street, Ste. 2100<br>Detroit, MI 48226-3220 | Line  3.37 <br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | William M. Ejzak<br>233 S. Wacker Dr., STe. 6159<br>Chicago, IL 60606 | Line  3.41 <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 13,650.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 3,863,291.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,876,941.65 |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 20 of 20

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Linear Mold & Engineering, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-42617**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

2. **List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease |
| | State the term remaining | Bank of the West |
| | List the contract number of any government contract | 2527 Camino Ramon<br>MSN: NC-B07-3F-R<br>San Ramon, CA 94583 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease |
| | State the term remaining | CIT Bank, N.A. |
| | List the contract number of any government contract | 10201 Centurion Parkway N. #100<br>Jacksonville, FL 32256 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease |
| | State the term remaining | Complete Capital Services, Inc. |
| | List the contract number of any government contract | 22811 Mack Avenue<br>Suite 203<br>Saint Clair Shores, MI 48080 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease |
| | State the term remaining | Complete Capital Services, Inc. |
| | List the contract number of any government contract | 22811 Mack Avenue<br>Suite 203<br>Saint Clair Shores, MI 48080 |



### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Computer Hardware Leases 001-9007223 and 001-9021911 | |
|---|---|---|---|
| | State the term remaining | | Dell Financial Services, L.L.C. One Dell Way, MS RR2DF-36 Round Rock, TX 78682 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Eqipment Lease | |
|---|---|---|---|
| | State the term remaining | | Highland Capital Corporation 5 Center Avbenue Little Falls, NJ 07424 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | In-Mold Solutions LLC 14201 Thompson Drive Lowell, MI 49331 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Commercial real estate lease | |
|---|---|---|---|
| | State the term remaining | 58 months | Industrial Globe Street, LLC Attn: David Simcha 30987 Industrial Road Livonia, MI 48150 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Order Package No. S00307381 - Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | Konica Minolta 100 Williams Drive Ramsey, NJ 07446 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Software Lease | |
|---|---|---|---|
| | State the term remaining | | Materialize 44650 Helm Court Plymouth, MI 48170 |
| | List the contract number of any | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|                          | government contract | _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
|-------|---|---|
|       | State the term remaining |   |
|       | List the contract number of any government contract | _____ |

**Midland States Bank**
**7700 Bonhomme**
**Suite 300**
**Saint Louis, MO 63105**

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Software Lease** |
|-------|---|---|
|       | State the term remaining |   |
|       | List the contract number of any government contract | _____ |

**Moldex 3D Northern America, Inc.**
**27725 Stansbury Blvd**
**Ste 190**
**Farmington, MI 48334**

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Euipment Lease** |
|-------|---|---|
|       | State the term remaining |   |
|       | List the contract number of any government contract | _____ |

**Renaissance Capital Alliance**
**5440 Corporate Drive**
**Suite 275**
**Troy, MI 48098**

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
|-------|---|---|
|       | State the term remaining |   |
|       | List the contract number of any government contract | _____ |

**Siemens Financial Services, Inc.**
**170 Wood Avenue South**
**Iselin, NJ 08830**

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 3 of 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy