# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

## CERTIFICATE OF SERVICE

LYNN M. BRIMER states that on June 1, 2021, she caused to be served a copy of the following documents:

Cover Sheet for Third Amendments, Summary of Assets and Liabilities and Certain Statistical Information; Amended List of Creditors, Amended Schedules E/F and Amended Schedule G

upon all parties entitled via the courts electronic noticing system and upon the following parties via first class mail, properly addressed with appropriate postage affixed on June 4, 2021, as follows:

Industrial Globe Street, LLC
30987 Industrial Road
Livonia, MI 48150

I declare that the statements above are true to the best of my information, knowledge and belief.

Dated: June 4, 2021

                                               /s/ Lynn M. Brimer
                                               Lynn M. Brimer (P43291)

T:\DOCS\85363\002\PLDG\SB749167.DOCX