Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21−42617−mar
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Linear Mold & Engineering, LLC
    dba Linear AMS
    12163 Globe Street
    Livonia, MI 48150

Social Security No.:

Employer's Tax I.D. No.:
    16−1668925

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*88* − Third Cover Sheet for Amendments to Schedules and or Statements filed Re: Schedule E/F Creditors Who Have Unsecured Claims, Schedule G Executory Contracts and Unexpired Leases, Summary of Assets and Liabilities for Non−Individual, List of Creditors Fee Amount $32 Filed by Debtor In Possession Linear Mold & Engineering, LLC. (Attachments: # 1 Exhibit Schedule E/F and Schedule G) (Brimer, Lynn)

Proof of Service Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 6/2/21

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                                         Case No. 21-42617-mar

Linear Mold & Engineering, LLC                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2                             User: admin                                              Page 1 of 2
Date Rcvd: Jun 02, 2021                        Form ID: def2                                      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021                                     Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dennis W. Loughlin | on behalf of Creditor Mac-Mold Base Inc. dloughlin@wnj.com, arey@wnj.com |
| Frances Belzer Wilson | on behalf of Creditor Level One Bank fwilson@dmms.com sdewey@dmms.com;brr@dmms.com |
| Jill M. Gies (UST) | on behalf of U.S. Trustee Andrew R. Vara jill.gies@usdoj.gov |
| John J. Stockdale, Jr. | on behalf of Creditor EOS North America jstockdale@schaferandweiner.com jburns@schaferandweiner.com;nmack@schaferandweiner.com |
| Kevin N. Summers | on behalf of Creditor U.S. Bank N.A. ksummers@dflaw.com, ccook@dflaw.com |
| Lynn M. Brimer | on behalf of Debtor In Possession Linear Mold & Engineering LLC lbrimer@strobllaw.com, tcleland@strobllaw.com |
| Mark H. Shapiro | shapiro@steinbergshapiro.com harmon@steinbergshapiro.com;MHS@trustesolutions.net;mi29@ecfcbis.com;jbrown@steinbergshapiro.com |
| Mark H. Shapiro | |

| | |
|---|---|
| | on behalf of Trustee Mark H. Shapiro shapiro@steinbergshapiro.com jbrown@steinbergshapiro.com |
| Pamela S. Ritter | |
| | on behalf of Debtor In Possession Linear Mold & Engineering LLC pritter@stroblpc.com, ngirardot@stroblpc.com |
| Richard E. Kruger | |
| | on behalf of Creditor Bank of the West rkruger@jaffelaw.com dgoldberg@jaffelaw.com;tneddermeyer@jaffelaw.com |
| Richard E. Kruger | |
| | on behalf of Creditor Siemens Financial Services Inc. rkruger@jaffelaw.com, dgoldberg@jaffelaw.com;tneddermeyer@jaffelaw.com |
| Wayne Walker | |
| | on behalf of Creditor Louca Mold & Aerospace Machining Inc. wew@wwrplaw.com |

TOTAL: 12