# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| **Debtor.** | Hon. Mark A. Randon |

---

## ORDER GRANTING EXTENSION OF TIME FOR ONLY LEVEL ONE BANK TO FILE A RESPONSE TO CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION

**THIS MATTER** came before the Court on the stipulation of the Debtor and Level One Bank, by and through their counsel, for an extension of time for only Level One Bank to file an Objection to Confirmation of the Debtor's Plan of Reorganization. The Court being fully advised in the premises.

**IT IS ORDERED** that the deadline for only Level One Bank to file an Objection to Confirmation of the Debtor's Plan of Reorganization [Docket No. 100] is extended from July 19, 2021 to and including **July 26, 2021.**

**Signed on July 12, 2021**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**