UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

COVER SHEET FOR AMENDMENTS
Fourth Amendments

Case Name: Linear Mold & Engineering, LLC          Case No.: 21-42617-mar

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

☐ **Amendment to Petition:**
　　☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
　　☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)

☒ **Summary of Your Assets and Liabilities and Certain Statistical Information**

☐ **Statement of Financial Affairs**

☒ **Schedules and List of Creditors:**
　☐ Schedule A/B
　☐ Schedule C ☐ Debtor 2 Schedule C
　☒ List of Creditors ☐ Schedule D ☒ Schedule E/F and
　　　☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$32.00 Fee Required**, or
　　　☒ Change address of a creditor already on the List of Creditors – **No Fee Required**
　☐ Schedule G
　☐ Schedule H
　☐ Schedule I
　☐ Schedule J
　☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** (1) Add Throttle Engineering to Schedule F as an unsecured creditor and to correct the Schedule F claim amount for Louis Young

| → | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| Date<br>July 13, 2021 | Signature<br>/s/ Lynn Brimer (P43291) |
| → | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date<br>July 13, 2021 | Signature<br>/s/ John Tenbusch |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:
AIC Equipment & Controls, Inc.
37 Summit Street
Brighton, MI 48116-1834

PLEASE CHANGE TO:
AIC Equipment & Controls, Inc.
51100 Grand River Ave.
Wixom, MI 48393

PREVIOUS NAME/ADDRESS OF CREDITOR:

PLEASE CHANGE TO:

PREVIOUS NAME/ADDRESS OF CREDITOR:

PLEASE CHANGE TO:

PREVIOUS NAME/ADDRESS OF CREDITOR:

PLEASE CHANGE TO:

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR: Throttle Engineering

ADDRESS: 10215 Springborn
Casco, MI 48064

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Linear Mold & Engineering, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 21-42617 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................... $ 1,748,224.60

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................... $ 1,748,224.60

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 1,117,945.02

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ 13,650.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 2,729,824.67

4. **Total liabilities** ......................................................................................................... $ 3,861,419.69
   Lines 2 + 3a + 3b

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

            Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,583.02 |
|---|---|---|---|
| | **Louis Young**<br>34678 Penbroke<br>Livonia, MI 48152 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|
| | **Throttle Engineering**<br>10215 Springborn<br>Casco, MI 48064 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Design Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

            Total of claim amounts

| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
|---|---|---|---|
| 5b. Total claims from Part 2 | 5b. + | $ | 116,533.02 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 116,533.02 |