IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

Case No.: 21-42617-mar
Chapter 11

Debtor.

Hon. Mark A. Randon

---

### ORDER GRANTING EXTENSION OF TIME FOR MAC MOLD BASE, INC. TO FILE A RESPONSE TO CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION

**THIS MATTER** came before the Court on the stipulation of the Debtor and Mac Mold Base, Inc., by and through their counsel, for an extension of time for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization. The Court being fully advised in the premises.

**IT IS ORDERED** that the deadline for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization [Docket No. 100] is extended from July 19, 2021 to and including **July 26, 2021.**

**Signed on July 19, 2021**



/s/ Mark A. Randon
**Mark A. Randon
United States Bankruptcy Judge**