# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| **Debtor.** | Hon. Mark A. Randon |

## CERTIFICATE OF NON-RESPONSE TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING ASSUMPTION OF ITS EXECUTORY EQUIPMTNET LEASE WITH <u>SIEMENS FINANCIAL SERVICES, INC.</u>

Lynn M. Brimer states as follows:

1. I am an attorney at the law firm of Strobl Sharp PLLC, bankruptcy counsel to Debtor.

2. I make this certification upon personal knowledge. If called as a witness I would testify to the facts as set forth herein.

3. On June 242, 2021, Debtor filed a Motion for Entry of An Order Authorizing Assumption of its Executory Equipment Lease with Siemens Financial Services, Inc. [Docket No. 98] (the "<u>Motion</u>") and Notice and Opportunity to Respond/Object to Debtor's Motion [Docket No. 99] (the "Notice"). The Motion was served on all parties via the court's electronic mailing system and the Notice was served on all creditors on the Debtor's matrix. A Certificate of Service was

filed on June 24, 2021 [Docket No. 101]. More than twenty-one (21) days have elapsed since the Motion and Notice were filed and properly served.

4. No response, objection or request for hearing has been filed by any party in interest with respect to the Motion.

5. Debtor has submitted an Order Granting Debtor's Motion for Entry of an Order Authorizing Limit Notice Requirements Pursuant to Fed.Bankr.R Rule 2002 and Fed.R.Bankr. E.D. Mich. L.B.R. 2002-1.Respectfully submitted,

**STROBL SHARP PLLC**

*/s/Lynn M. Brimer*
LYNN M. BRIMER (P43291)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@strobllaw.com

Dated: July 19, 2021

*S&B\85363\002\PLDG\SB754140.DOCX