# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

## ORDER AUTHORIZING ASSUMPTION OF COMMERCIAL LEASE AGREEMENT WITH INDUSTRIAL GLOBE STREET, LLC

The Debtor in the above-captioned Chapter 11 case filed a motion seeking entry of an Order Authorizing Assumption of Commercial Lease Agreement with Industrial Globe Street, LLC (the "Motion"). No creditor or party in interest filed an objection to said Motion pursuant to the Notice of Motion; notice being adequate and sufficient under the circumstances, and a Certificate of No Response having been filed in this matter; the Court finds that the relief requested is in the best interest of the Debtor's estate, creditor, and other parties in interest, and that cause exists to grant the Motion.

**THEREFORE, IT IS ORDERED:**

1. The Motion is **GRANTED** in full;

2. Debtor is authorized to assume the Commercial Lease Agreement with Industrial Globe, LLC pursuant to § 365(a); and

3. This Court shall retain jurisdiction over all matters relating to enforcement of this Order.

**Signed on July 20, 2021**



/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge