# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**LINEAR MOLD & ENGINEERING, LLC,**

      **Debtor.**

Case No.: 21-42617-mar
Chapter 11

Hon. Mark A. Randon

## STIPULATION FOR ENTRY OF AN ORDER GRANTING EXTENSION OF TIME FOR MAC MOLD BASE, INC. TO FILE AN OBJECTION TO CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION

This is the stipulation of the Debtor and Mac Mold Base, Inc., through their respective counsel, for the entry of an Order extending the time for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization [DN 100] from the previously extended deadline of July 26, 2021 [DN 111] to July 28, 2021. A copy of the proposed Order is attached as **Exhibit A**.

**WHEREFORE,** the undersigned respectfully request that the Court enter the proposed Order attached as **Exhibit A** hereto.

| **STROBL SHARP PLLC** | **WARNER NORCROSS & JUDD LLP** |
|---|---|
| By: /s/ Lynn M. Brimer<br>Lynn M. Brimer (P43291)<br>300 East Long Lake Rd., Ste. 200<br>Bloomfield Hills, MI 48304<br>Phone: (248) 540-2300<br>lbrimer@strobllaw.com<br>*Counsel for Debtor* | By: /s/ Dennis W. Loughlin<br>Dennis W. Loughlin (P57084)<br>2517 Woodward Ave., Ste. 300<br>Detroit, MI 48201<br>Phone: (313) 546-6186<br>dloughlin@wnj.com<br>*Counsel for Mac Mold Base, Inc.* |

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**In re:**

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| **Debtor.** | Hon. Mark A. Randon |

**ORDER GRANTING EXTENSION OF TIME FOR MAC MOLD
BASE, INC. TO FILE A RESPONSE TO CONFIRMATION OF THE
DEBTOR'S PLAN OF REORGANIZATION**

**THIS MATTER** came before the Court on the stipulation of the Debtor and Mac Mold Base, Inc., by and through their counsel, for an extension of time for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization. The Court being fully advised in the premises.

**IT IS ORDERED** that the deadline for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization [Docket No. 100] is extended from the previously extended deadline of July 26, 2021 [Docket No. 111] to and including July 28, 2021.