# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | **Case No.: 21-42617-mar** |
| | **Chapter 11** |
| **Debtor.** | **Hon. Mark A. Randon** |

## VERIFIED SUMMARY OF BALLOT COUNT

Strobl Sharp PLLC, counsel for Linear Mold & Engineering, LLC, ("Debtor"), as Debtor and Debtor-in-Possession, and proponent of the Debtor's Plan of Reorganization (the "Plan"), submits this Verified Summary of Ballot Count pursuant to 11 U.S.C. §§ 1126 (c) and (d), and Local Bankruptcy Rule 3018-01(a) (E.D.M.):

1.     Group I consists of administrative claims to be paid in full on the effective date or to the extend such claims are for professional fees, upon the entry of an order approving such fees.

2.     Group II consists of the secured claim of the Small Business Administration ("SBA"). The SBA shall be paid in full consistent with the terms of the SBA loan documents. The claim of the SBA is not impaired.

3.     Group III consists of the remaining unpaid priority claims of the John Tenbusch and Louis Young for unpaid wages. The claims of John Tenbusch and

1

Louis Young are not impaired.

4. Class I consists of arrearage claims of the Debtor's executory contract holders, to the extent that such exist at the time of Confirmation. The Debtor has identified one executory contract holder, Siemens Financial Services, Inc., who has voted to accept the Plan. **Exhibit A.**

5. Class II consists of the secured claim of Level One Bank who has voted to reject the Plan. However, Level One Bank has indicated it will withdraw its Ballot rejecting the Plan and will vote to accept the Plan at Confirmation based upon anticipated agreed language to be included in the Order Confirming Plan. **Exhibit B.**

6. Class III consists of the secured claim of Complete Capital Services as serviced by Bank of the West who has voted to accept the Plan. **Exhibit C.**

7. Class IV consists of the secured claim of U.S. Bank as assignee of Complete Capital Services who has voted to accept the Plan. **Exhibit D.**

8. Class V consists of the secured claim of Highland Capital Corporation who has voted to accept the Plan. **Exhibit E.**

9. Class VI consists of the secured claim of Midland State Bank a/k/a/ Midland Equipment Finance who has not submitted a ballot rejecting the Plan.

10. Class VII consists of the secured claim of CIT Bank who has not submitted a ballot rejecting the Plan.

11.     Class VIII consists of the secured claim of LEAF Capital Funding as the assignee of Peoples Capital Leasing Corp who has voted to accept the Plan. **Exhibit F.**

12.     Class IX consists of the allowed prepetition general unsecured claims against the Debtor. The following Class IX creditors have voted to accept the Plan: (1) EOS North America, Inc in the amount of $50.00; (2) APAC Paper & Packaging Corporation with a claim in the amount of $2,263.30; (3) Quality Cavity, Inc. with a claim in the amount of $147,662.50; (4) Consumers Energy Corporation with a claim in the amount of $83,129.13; (5) Joelson Rosenberg, with a claim in the amount of $18,000.00; (6) Grady Bell, LLP the amount of $8,002.56; The Class IX ballots are attached hereto as **Exhibits G**. No Class IX Creditor has voted to reject the Plan. Class IX has voted to approve the Plan.

13.     Class X consists of the Debtor's Insider, John Tenbusch and Louis Young. Both John Tenbusch and Louis Young have voted to accept the Plan. The Class X ballots are attached hereto as **Exhibit H**.

14.     Class XI consists of the Debtor's sole member, Linear Acquisition, L.L.C. Each of the members of Linear Acquisition, L.L.C. have voted to accept the Plan and the Class XI ballots are attached hereto as **Exhibit I**.

All voting concluded on July 19, 2021.  All classes have voted to accept the Plan.  No Class voted to reject the Plan and no Group has indicated its rejection of the Plan.

**STROBL SHARP PLLC**

Date: July 26, 2021

/s/ Lynn M. Brimer
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Ph: 248-540-2300; Fax: 248- 645-2690
Attorneys for Debtor and DIP
lbrimer@strobllaw.com

4

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | **Case No.: 21-42617-mar** |
| | **Chapter 11, Subchapter V** |
| **Debtor.** | **Hon. Mark A. Randon** |

## CLASS I – BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class I Claim, in the unpaid principal amount of no less than $405,612.65 plus attorneys' fees and costs and all other amounts due under the Siemens Executory Lease as amended by the Amendment attached to the Assumption Motion.

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____X_____          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                         INDIVIDUAL:

_Siemens Financial Services, Inc.___     _____
Company Name (Please Print)      Print Name of Creditor

By: __/s/ Arlene N. Gelman____     _____

Its:___Attorney_____     Signature

Address:                         Address:

___170 Wood Avenue South_____     _____

Iselin, New Jersey 08830

_____     _____

_____     _____

**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021 to**:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751837.DOCX

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

             Debtor.

Case No.: 21-42617-mar
Chapter 11, Subchapter V
Hon. Mark A. Randon

---

## **CLASS II– BALLOT FOR ACCEPTING OR REJECTING PLAN**

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class II Claim, in the unpaid principal amount of $971,753.32.

[Ballot Continued on Reverse Side]

**(Check One Only)**

Accepts _____          Rejects ____✓_____

the Plan proposed by the Debtors.

LEVEL ONE BANK:

By: _____
Jacob Hachey, VP Managed Assets
32991 Hamilton Court
Farmington Hills, MI 48334
(248)205-1432

**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021 to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**In re:**

**LINEAR MOLD & ENGINEERING, LLC,**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

**Debtor.**

**Hon. Mark A. Randon**

---

## CLASS III– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class III Claim, in the unpaid principal amount of $ 346,427.28

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts ___✓___            Rejects _____

the Plan proposed by the Debtors.

COMPANY:                              INDIVIDUAL:

Bank of the West                      Tyerone Tye
Company Name (Please Print)           Print Name of Creditor

By: _____

Its: AVP. Workout officer             Signature

Address:                              Address:

1625. W Fountainhead                  1625 W Fountainhead
Parkway tempe Az 85282                Parkway Tempe Az 85282

_____               _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
. **to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751840.DOCX

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

        **Debtor.**

Case No.: 21-42617-mar
Chapter 11, Subchapter V

Hon. Mark A. Randon

---

## <u>CLASS IV– BALLOT FOR ACCEPTING OR REJECTING PLAN</u>

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IV Claim, in the unpaid principal amount of $ 278,130.02.

**[Ballot Continued on Reverse Side]**

## (Check One Only)

Accepts ___X___          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                          INDIVIDUAL:

U.S. BANK, N.A. d/b/a
US BANK EQUIPMENT FINANCE         _____
Company Name (Please Print)       Print Name of Creditor

By: _Keri M. Immer (P-34458)_     _____
                                  Signature
Its: _attorney & agent_

Address:                          Address:

_801 W. Big Beaver RD._           _____


_STE. 500_                        _____


_TROY, MI 48084_                  _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021 to**:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751841.DOCX

# EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

Debtor.

Case No.: 21-42617-mar
Chapter 11, Subchapter V

Hon. Mark A. Randon

---

## CLASS V– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class V Claim, in the unpaid principal amount of $ _276,632.40_

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts ____✓____          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                          INDIVIDUAL:

*High land Capital Corporation*
Company Name (Please Print)      _____
                                 Print Name of Creditor

By: _____       _____
                                 Signature
Its: *Vice President*

Address:                         Address:

*1 Passaic Avenue*               _____

*Fairfield, NJ 07004*            _____

                                 _____

_____           _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

2

# EXHIBIT F

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**In re:**

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | **Case No.: 21-42617-mar** |
| | **Chapter 11, Subchapter V** |
| **Debtor.** | **Hon. Mark A. Randon** |

---

## CLASS VIII– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class VIII Claim, in the unpaid principal amount of $ 89,832.27 .

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____X_____          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                            INDIVIDUAL:

_____          _____
LEAF Capital Funding, LLC          Print Name of Creditor

By: <u>Brian Kestenbaum</u>        _____
                                   Signature
Its:<u>SVP</u>

Address:                           Address:

2005 Market Street                 _____
14th Floor
Philadelphia, PA 19103             _____

                                   _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751846.DOCX

# EXHIBIT G

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

**LINEAR MOLD & ENGINEERING,**
**LLC,**

         **Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

**Hon. Mark A. Randon**

---

## CLASS IX– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IX Claim, in the unpaid principal amount of $ _50. ⁰⁰_ .

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts ___X___          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                          INDIVIDUAL:

_EOS of North America, Inc._      _____
Company Name (Please Print)       Print Name of Creditor

By: _John Parker_                 _____
                                  Signature
Its: _Counsel_

Address:                          Address:

_28970 Cabot Dr._                 _____

_Suite 700_                       _____

_Novi, MI 48377_                  _____

**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

**LINEAR MOLD & ENGINEERING,**
**LLC,**

Case No.: **21-42617-mar**
**Chapter 11, Subchapter V**

**Debtor.**

**Hon. Mark A. Randon**

---

## CLASS IX– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IX Claim, in the unpaid principal amount of $ 2,263.30 .

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts ____X____          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                    INDIVIDUAL:

_APAC PAPER & PACKAGING CORPORATION_
Company Name (Please Print)      Print Name of Creditor

By: _Lisa Ithxou_               _____

Its: _Controller_               Signature

Address:                    Address:

_4000 ENTERPRISE DR_           _____

_ALLEN PARK MI 48101_          _____

_____      _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

      Debtor.

Case No.: 21-42617-mar
Chapter 11, Subchapter V

Hon. Mark A. Randon

---

## CLASS IX– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IX Claim, in the unpaid principal amount of $ _147,662.50_

[Ballot Continued on Reverse Side]

## (Check One Only)

Accepts ___X___          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                              INDIVIDUAL:

_QUALITY CAVITY INC,_ _____
Company Name (Please Print)          Print Name of Creditor

By: _____                _____
_DENNIS CRAIG_                        Signature
Its: _PRESIDENT_

Address:                             Address:

_3958 NAPIER_                         _____

_CANTON, MI 48187_                    _____

_____                    _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
to:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

Case No.: 21-42617-mar
Chapter 11, Subchapter V

Debtor.

Hon. Mark A. Randon

---

## CLASS IX– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IX Claim, in the unpaid principal amount of $ 83,129.13

[Ballot Continued on Reverse Side]

(Check One Only)

Accepts ____✓____          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                        INDIVIDUAL:

_Consumers Energy Company_      _____
Company Name (Please Print)     Print Name of Creditor

By: _Jason M Milonic_           _____

Its: _Attorney and authorized_  Signature
     _agent_

Address:                        Address:

_One Energy Plaza_              _____

_Jackson MI 49201_             _____

_____             _____

**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
to:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

**Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

**Hon. Mark A. Randon**

---

## CLASS IX– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IX Claim, in the unpaid principal amount of $ _1,000_ .

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____          Rejects _____

the Plan proposed by the Debtors.


COMPANY:                          INDIVIDUAL:

_Joe/for/coserh_

_____          _____
Company Name (Please Print)      Print Name of Creditor

By: _____      _____
                                 Signature
Its: _____

Address:                         Address:

_____          _____


_____          _____


_____          _____



**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021 to**:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**In re:**

**LINEAR MOLD & ENGINEERING, LLC,**

      **Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

**Hon. Mark A. Randon**

---

## CLASS IX– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class IX Claim, in the unpaid principal amount of $8,002.56.

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____                    Rejects _____

the Plan proposed by the Debtors.


COMPANY:                                   INDIVIDUAL:

Grady Bell LLP
_____                  _____
Company Name (Please Print)                Print Name of Creditor

By: __John F. Grady__                      _____
                                           Signature
Title:_ Partner ____

                                           Address:
Address:
53 West Jackson Blvd., Ste. 1250           _____
_____

Chicago, Illinois 60604                    _____
_____

312-939-0964                               _____
_____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to**:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751842.DOCX

# EXHIBIT H

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

          **Debtor.**

Case No.: 21-42617-mar
Chapter 11, Subchapter V

Hon. Mark A. Randon

---

## CLASS X– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class X Claim, in the unpaid principal amount of $ 111,583.02 .

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____X_____          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                         INDIVIDUAL:

_____         Louis Yosny
Company Name (Please Print)      Print Name of Creditor

By: _____         _____
                                 Signature
Its: _____

Address:                         Address:

_____         34678 Pembroke Ave

_____         Livonia MI 48152

_____         _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to**:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751848.DOCX

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**In re:**

**LINEAR MOLD & ENGINEERING, LLC,**

        **Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

**Hon. Mark A. Randon**

---

## CLASS X– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class X Claim, in the unpaid principal amount of $ 1,226,696.24

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts ___✓___          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                    INDIVIDUAL:

_____    JOHN F. TENBUSCH
Company Name (Please Print)   Print Name of Creditor

By: _____    _____
                             Signature
Its: _____

Address:                    Address:

_____    49098 VENETO DRIVE

_____    NORTHVILLE, MI 48167

_____    _____

**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021**
**to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

**\*S&B\85363\002\PLDG\SB751848.DOCX**

# EXHIBIT I

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

      **Debtor.**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

**Hon. Mark A. Randon**

---

## <u>CLASS XI– BALLOT FOR ACCEPTING OR REJECTING PLAN</u>

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class XI Claim, in the unpaid principal amount of $_____.

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts _____ ✕ _____          Rejects _____

the Plan proposed by the Debtors.


COMPANY:                                   INDIVIDUAL:

Linear Acquistion, LLC                     _____
Company Name (Please Print)                Print Name of Creditor

By: _____                _____
                                           Signature
Its: Member _____

Address:                                   Address:

_____                    _____


_____                    _____


_____                    _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021
to**:

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751849.DOCX

2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

**LINEAR MOLD & ENGINEERING, LLC,**

**Case No.: 21-42617-mar**
**Chapter 11, Subchapter V**

        **Debtor.**

**Hon. Mark A. Randon**

---

## CLASS XI– BALLOT FOR ACCEPTING OR REJECTING PLAN

On June 24, 2021, the Debtor filed Debtor's Plan of Reorganization (the "Plan"). [Docket No. 100]. You should review the Plan before you vote and you may wish to seek legal advice regarding the Plan and your classification and/or treatment under the Plan.

The Plan proposed by the Debtor and referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this Ballot.

The undersigned, holds a Class XI Claim, in the unpaid principal amount of $ UNKNOWN .

**[Ballot Continued on Reverse Side]**

**(Check One Only)**

Accepts ___✓___          Rejects _____

the Plan proposed by the Debtors.

COMPANY:                          INDIVIDUAL:

LINEAR Acquisition LLC    _____
Company Name (Please Print)     Print Name of Creditor

John Pettengill
By: _____    _____
                                              Signature
Its: ___CEO___

Address:                          Address:

12163 Globe Street              _____

Livonia, MI. 48150              _____

_____           _____


**PLEASE RETURN THIS BALLOT ON OR BEFORE JULY 19, 2021 to:**

LYNN M. BRIMER
Strobl Sharp PLLC
300 East Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
(248) 540-2300; Fax: (248) 645-2690
lbrimer@strobllaw.com

*S&B\85363\002\PLDG\SB751849.DOCX