# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

## ORDER GRANTING EXTENSION OF TIME FOR MAC MOLD BASE, INC. TO FILE A RESPONSE TO CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION

**THIS MATTER** came before the Court on the stipulation of the Debtor and Mac Mold Base, Inc., by and through their counsel, for an extension of time for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization. The Court being fully advised in the premises.

**IT IS ORDERED** that the deadline for only Mac Mold Base, Inc., to file an Objection to Confirmation of the Debtor's Plan of Reorganization [Docket No. 100] is extended from the previously extended deadline of July 26, 2021 [Docket No. 111] to and including July 28, 2021.

**Signed on July 27, 2021**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge