Form ntconfpV

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **21−42617−mar**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
    Linear Mold & Engineering, LLC
    dba Linear AMS
    12163 Globe Street
    Livonia, MI 48150

Social Security No.:

Employer's Tax I.D. No.:
    16−1668925

## NOTICE OF CONFIRMATION UNDER SECTION 1191(a) AND OPPORTUNITY TO OBJECT TO THE CLOSING OF THE CASE

To the Creditors of the above−named Debtor:

NOTICE IS HEREBY GIVEN that the Plan of Reorganization filed on 6/24/21 was confirmed on 8/2/21 .

The Court will find that the estate has been fully administered and will enter a final decree closing the case in 60 days unless, within that time, an objection is filed. If an objection is filed, it will be set for hearing.

Dated: 8/2/21

                        BY THE COURT

                        Todd M. Stickle , Clerk of Court
                        UNITED STATES BANKRUPTCY COURT