# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | **Case No.: 21-42617-mar**<br>**Chapter 11** |
| **Debtor.** | **Hon. Mark A. Randon** |

## ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

**THIS MATTER** having come before the Court upon the stipulation of the parties, and the Court finding good cause to grant the relief requested herein:

**IT IS HEREBY ORDERED** that the automatic stay in these proceedings is lifted for the limited purpose of allowing the Debtor and Meadoworks, LLC to file a stipulated dismissal without prejudice in the matter of *Meadoworks, LLC v. Linear Mold & Engineering, LLC,* (Case No. 19-07896), pending in the United States District Court for the Northern District of Illinois.

**Signed on August 27, 2021**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**