# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| **LINEAR MOLD & ENGINEERING, LLC,** | Case No.: 21-42617-mar<br>Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT AND COMPROMISE OF PREFERENCE CLAIM WITH <u>CONSUMERS ENERGY COMPANY</u>

The Debtor having filed its Motion to Approve Settlement and Compromise (the "Motion") and having provided adequate notice and an opportunity for hearing on the Motion to all parties required to be served, and the Court finding that the proposed settlement is in the best interests of the Debtor, its estate and its creditors, and the Court being fully apprised of the premises and finding good cause exists for the entry of this order;

**IT IS HEREBY ORDERED THAT** the settlement of the Debtor's claim for preferential payments against Consumers Energy Company is approved, and the Debtor is authorized and directed to take all appropriate action to implement the settlement.

**Signed on September 9, 2021**



/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge