# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In re:**

**LINEAR MOLD & ENGINEERING, LLC,**

      Debtor.

Case No.: 21-42617-mar
Chapter 11

Hon. Mark A. Randon

## ORDER ALLOWING
## PROOF OF CLAIM OF MAC-MOLD BASE, INC.

This matter having come before the Court upon the stipulation of the Parties; the Court having reviewed the stipulation and finding good cause to grant the relief agreed upon therein;

**NOW, THEREFORE, IT IS ORDERED:**

1. The Proof of Claim of Mac-Mold Base, Inc. (Claim No. 23) is hereby ALLOWED as an unsecured claim in the amount of $212,678.06;

2. Mac-Mold Base, Inc. shall retain possession of on any and all Collateral which remains in its possession; specifically, the collateral underlying Mac-Mold Base, Inc.'s invoices 14417-4, 14417-5, and 14417-6, as referenced in the Claim and may dispose of it via sale or any other method it deems acceptable in its sole discretion;

3. Creditor shall not be required to amend its allowed proof of claim in the event the Collateral is sold to reflect the application of any sale proceeds;

4. Such rights to possess and dispose of the Collateral shall not be extinguished or affected by the confirmation, conversion or dismissal of the instant bankruptcy;

5. The parties shall dismiss the litigation in Macomb County Circuit Court without prejudice and without costs to either party;

6. This Court shall retain jurisdiction regarding any disputes regarding the subject matter contained herein.

**Signed on September 14, 2021**

/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge