# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

Case No.: 21-42617-mar
Chapter 11

    Debtor.

Hon. Mark A. Randon

---

## DEBTOR'S OBJECTION TO CASE CLOSING

Debtor hereby objects to the Case Closing for the purpose of allowing it time to resolve outstanding Objections to Claims.

Respectfully submitted,

**STROBL SHARP PLLC**

*/s/Lynn M. Brimer*
LYNN M. BRIMER (P43291)
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304-2376
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
lbrimer@strobllaw.com

Dated: October 1, 2021