# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

LINEAR MOLD & ENGINEERING, LLC,

Case No.: 21-42617-mar
Chapter 11

Debtor.

Hon. Mark A. Randon

---

## ORDER ALLOWING PROOF OF CLAIM OF INDUSTRIAL DEVELOPMENT AND HOLDINGS, LLC

This matter having come before the Court upon the stipulation of the Parties; the Court having reviewed the stipulation and finding good cause to grant the relief agreed upon therein;

**NOW, THEREFORE, IT IS ORDERED:**

1.      The Proof of Claim of Industrial Development and Holdings, LLC (Claim No. 15) is hereby ALLOWED as a Class IX general unsecured claim in the amount of $200,000.00 under the Debtor's Plan of Reorganization [Docket No. 100], which was confirmed by Order of this Court on August 2, 2021 [Docket No. 128];

2.      The parties shall dismiss the litigation in Wayne County Circuit Court with prejudice and without costs to either party;

3.      This Court shall retain jurisdiction regarding any disputes regarding the subject matter contained herein.

Signed on October 4, 2021



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**